BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

FILED

MAR 06 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

              Plaintiff,

      v.

BRIAN CAPUTO,

              Defendant.

CASE NO: 1: 14 CR 0 0 0 4 1 - LJO SKO

VIOLATIONS: 18 U.S.C. §§ 2251(a) AND (e) - SEXUAL EXPLOITATION OF A MINOR AND ATTEMPT; 18 U.S.C. § 2252(a)(2) - RECEIPT OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE

## I N D I C T M E N T

COUNT ONE: [18 U.S.C. §§ 2251(a) and (e) - Sexual Exploitation of a Minor and Attempt]

The Grand Jury charges: T H A T

BRIAN CAPUTO,

defendant herein, beginning on an unknown date no later than in approximately December 2008, through approximately February 21, 2014, in Kern County, within the State and Eastern District of California, and elsewhere, knowingly employed, used, persuaded, induced, enticed, or coerced a minor to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct knowing or having reason to know that the visual depiction would be transported or transmitted using any means or facility of interstate or foreign commerce on in or affecting interstate commerce or mailed, or that the visual

INDICTMENT                     1

depiction would be produced or transmitted using materials that had been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, and attempted to do so, all in violation of Title 18, United States Code, Sections 2251(a) and (e).

COUNT TWO: [18 U.S.C. § 2252(a)(2) - Receipt of a Visual Depiction of a Minor Engaged in Sexually Explicit Conduct]

The Grand Jury further charges:  T H A T

BRIAN CAPUTO,

defendant herein, beginning no later than in December 2008, and continuing through approximately February 21, 2014, in Kern County within the State and Eastern District of California, and elsewhere did knowingly receive and distribute via the internet, at least one visual depiction, the producing of which involved at least one minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, which depiction had been transported in interstate or foreign commerce, had been sent or received using any means or facility of interstate or foreign commerce, or which contained materials which had been mailed, shipped, or transported in interstate or foreign commerce by any means, including computer, all in violation of Title 18, United States Code, Section 2252(a)(2).

FORFEITURE ALLEGATION: [18 U.S.C. § 2253 - Criminal Forfeiture]

Upon conviction of one or more of the offenses, alleged in Counts One or Two of this Indictment, defendant Brian Caputo, shall forfeit to the United States under 18 U.S.C. § 2253, his interest in any and all matters which contain any visual depiction(s) produced or possessed in violation thereof; any property, real or personal, constituting or traceable to gross profits or other proceeds the defendant obtained from such offense(s); and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense(s) or any property traceable to such property.

Under 18 U.S.C. §§ 2253(a)(1), 2253(a)(2), 2253(a)(3), 2253(b), and 21 U.S.C. § 853, if any property subject to forfeiture, as a result of any act or omission of the defendant or upon direction by the defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

INDICTMENT    2

      d.      has been substantially diminished in value; or

      e.      has been commingled with other property which cannot be divided without difficulty, the United States of America shall be entitled to forfeiture of any other property of the defendant, up to the value of the property subject to forfeiture, including but not limited to a personal forfeiture money judgment, under Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

By **Mark E. Cullers**
_____
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office