No. _____

## UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*



FILED
MAR 06 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

### THE UNITED STATES OF AMERICA

vs.

BRIAN CAPUTO

1: 14 CR 0 0 0 4 1 - LJO SKO

### I N D I C T M E N T

**VIOLATIONS:** 18 U.S.C. §§ 2251(a) AND (e) - SEXUAL EXPLOITATION OF A MINOR AND ATTEMPT; 18 U.S.C. § 2252(a)(2) - RECEIPT OF A VISUAL DEPICTION OF A MINOR ENGAGED IN SEXUALLY EXPLICIT CONDUCT; 18 U.S.C. § 2253 - CRIMINAL FORFEITURE

*A true bill,*

/s/
_____
*Foreman.*

*Filed in open court this* _____ *day*

*of* _____, *A.D. 20* _____

_____
*Clerk.*

Bail, $ **AS PREVIOUSLY SET**

_____

GPO 863 525

___ YES: SAB conflict in USAO (Before 01/01/13)   ___Yes: SKO conflict in USAO (Before 4/12/10)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case

Name of District Court, and/or Judge/Magistrate Judge
EASTERN DISTRICT OF CALIFORNIA

**OFFENSE CHARGED**
Coercion and Enticement

☐ Petty
☐ Minor
☐ Misdemeanor
☐ Felony

Place of offense: Kern County

U.S.C.
18 USC. § 2252
18 USC 2251

**DEFENDANT -- U.S. vs.**
BRIAN CAPUTO

Address: 1:14 CR 0 0 0 4 1 - LJO SKO

Birth Date: 
☐ Male  ☐ Alien
☐ Female  (if
(Optional unless a juvenile)

Name of Complainant Agency, or Person (& Title, if any)
Jeff Jones/FBI

☐ person is awaiting trial in another Federal or State Court, give of court

☐ this person/proceeding is transferred from another district per FRCr ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a case involving this same

☒ prior proceedings or before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

➤ MAGISTRATE JUDGE CASE NO. 5:14-MJ-008 JLT

**DEFENDAN**
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this
    If not detained, give date any prior summons was served on above
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other   ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes   If "Yes," give date filed
                         ☐ No
                         Mo.  Day  Year
DATE OF
Or... if Arresting Agency & Warrant were not Federal
                         Mo.  Day
DATE TRANSFERRED ◇

Name and Office of Person Furnishing Information on THIS FORM: Susan K. Sok

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): DAVID L. GAPPA

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR
[X] **ADD FORFEITURE UNIT (Check if Forfeiture Allegation)**
PENALTIES: Please see penalty slip
STATUS: Next court date, 3/10/2014 at 1:30 before Judge Oberto

AUSA INITIALS

PENALTY SLIP

1: 14 CR 0 0 0 4 1 - LJO SKO

**DEFENDANT:** BRIAN CAPUTO

**COUNT ONE:**

    VIOLATION: 18 U.S.C. §2252(a)(2) -
Receipt/Distribution of Child Pornography

    PENALTY: 5-20 years imprisonment
$250,000 fine
Lifetime supervised release
$100.00 penalty assessment

**COUNT TWO:**

    VIOLATION: 18 U.S.C. §§2251 (a) and (e) -
Sexual Exploitation of a Minor and Attempt

    PENALTY: 5-20 years imprisonment
$250,000 fine
Lifetime supervised release
$100.00 penalty assessment

**FORFEITURE ALLEGATION:**

    18 U.S.C. §2253 - Criminal Forfeiture