BENJAMIN B. WAGNER
United States Attorney
DAVID L. GAPPA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00041 LJO |
|---|---|
| Plaintiff, | APPLICATION FOR STAY OF MAGISTRATE'S ORDER SETTING CONDITIONS OF RELEASE ON UNSECURED BOND, PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION OF RELEASE ORDER |
| v. | |
| BRIAN CAPUTO, | |
| Defendant. | DATE: TBD |

The United States of America respectfully files this application for a stay of U.S. Magistrate Judge Sheila K. Oberto's order, setting conditions of release for the defendant, pending hearing on the government's motion to revoke the order. This court may consider the motion to revoke the release order of Magistrate Judge Oberto. 18 U.S.C. § 3145(a).

On February 28, 2014, the defendant initially appeared in Bakersfield, California on a no-bail warrant signed and issued by U.S. Magistrate Jennifer K. Thurston in connection with the criminal complaint filed in this case. A detention hearing was scheduled for March 3, 2014, but was rescheduled for March 5, 2014, and at the conclusion of the hearing, the defendant was ordered released on conditions. The hearing concluded on March 10, 2014. The defendant has been charged in the Eastern District of California with two serious criminal offenses: 1.) sexual exploitation of a minor, in violation of 18 U.S.C. § 2251(a); and 2.) receipt and distribution of child pornography in violation of 18 U.S.C.

1

§ 2252(a)(2) by way of an indictment.   A complaint affidavit, found at Docket Item 1, outlines some of the grounds which demonstrate that the defendant is a danger to the community and/or a flight risk.

Judge Oberto ordered the defendant released on conditions.  The government is moving to revoke the release order under 18 U.S.C. § 3145.  The defendant is a flight risk and danger to the community, and no combination of conditions are adequate to assure the safety of the community and the defendant's appearance at future court proceedings.  If this stay is granted, the government will be requesting that the matter of the defendant's detention be heard promptly.  Some of the factors that justify the defendant's detention, which will be more fully explained at the detention hearing, include:

- there is a presumption that the defendant is both a flight risk and a danger to the community;
- the defendant has a prior criminal history that includes commission of a battery and a theft offense;
- his USSG range, if convicted for the charged offenses, is likely in the range of at least 360 months to life;
- the defendant has, for approximately the past eight years, victimized an untold number of girls across the United States by threatening to harm them (including threats of kidnapping and sending sexually explicit images of them to thousands of other people);
- the defendant routinely communicated with girls ages 9-15 by posing as different females in an effort to befriend them and convince them to take and send nude and sexually explicit images of themselves to him;
- the defendant was able to extort, in at least one case, more than 600 images from a victim who deposited the photos into an online photo storage site;
- although an investigation is ongoing, at least eight different minor female victims so far have been identified;
- the defendant acquired thousands of images of his minor female victims by creating numerous "fake" Facebook profiles and other social media accounts and communicating with the victims through these platforms;

2

- once the defendant acquired sexually explicit images of his victims, he communicated with other offenders about the images and exchanged images of the victims with other offenders;
- even while the defendant was being investigated by the FBI, a separate investigation of the defendant by Immigration and Customs Enforcement in Bakersfield began after the National Center for Missing & Exploited Children reported that someone using the internet protocol address at his residence had uploaded approximately 12 images of child pornography to a Facebook account;
- when Bakersfield ICE agents contacted the defendant and his mother and sister in early January 2014, he denied that he was responsible for uploading child pornography to a Facebook account.  He falsely stated that the family's wireless internet connection was not secured, and he denied any knowledge of the crimes being investigated.  After the ICE agents interviewed him, he continued to sexually exploit minor females and access child pornography.  The defendant's mother, his proposed third-party custodian, was present when ICE agents interviewed the defendant, his mother, and his sister.  She obviously did not monitor or stop his criminal conduct.
- although the defendant apparently has lived with his mother since early 2013, he was homeless for most of 2007-2010.  During this time he was still able to continue committing the charged offenses, presumably by accessing a cell phone and/or computer;
- the defendant appears to have anger management issues since he was terminated from previous employment after shouting at colleagues and accusing them of not doing their jobs;
- the district attorney's office in El Paso, Texas has stated its interest in filing criminal charges against the defendant in Texas, since there are multiple victims that have been identified there

The government moves to stay the order of Magistrate Judge Oberto, pending this court's disposition of the motion for revocation of the release order.  The government notes that the release order is not to take effect until March 14, 2014, so that the Pretrial Services officer can verify the installation of a phone capable of using an electronic monitoring device.  This Court has the authority to authorize the stay.  Under 18 U.S.C. § 3142(f), a defendant may be detained pending completion of the detention hearing.  Congress expressly identified a clear public interest in permitting review of a magistrate's release order under section 3145.  Requiring release pending review by the district court would frustrate the very purpose of this review.  United States v. Huckabay, 707 F. Supp. 35, 37 (D.Me. 1989).  Subsection 3145(a) mandates a prompt review of the motion to revoke, thereby providing a reasonable safeguard against unduly extended detention during review.  Since the defendant has been detained at the Lerdo detention facility in Kern County, the United States Marshals Service has requested  that any future hearing be scheduled for a Monday or Wednesday.

As the Huckabay court explained, there is nothing in the statute or in its legislative history to suggest that Congress intended to deny the district court a reasonable opportunity to inform and exercise its discretion, which necessarily contemplates a hearing and/or de novo consideration of the record presented before the magistrate.  Id. at 37.     Section 3142(f) incorporates the important Congressional aim of assuring meaningful review of release orders, inasmuch as subsection 3142(f) permits detention "pending completion of the [detention] hearing," which reasonably includes a limited period for prompt review of the magistrate's release order under subsection 3145(a).  Id.

The authority for staying the release order is also found within the provisions of 18 U.S.C. § 3142(d) which provides for temporary detention pending the revocation of an order for conditional release. United States v. Geerts, 629 F.Supp. 830, 831 (E.D.Pa. 1985).

The government respectfully requests that the district court now stay the magistrate's order of release pending this court's disposition of the motion for revocation of release order.

Dated:  March 10, 2014                                   BENJAMIN B. WAGNER
                                                         United States Attorney


                                                    By:  /s/ DAVID L. GAPPA
                                                         Assistant United States Attorney
                                                         Fresno, California

4

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 1:14-CR-00041 LJO |
| Plaintiff, | ) |
| v. | ) ORDER STAYING MAGISTRATE JUDGE'S<br>) ORDER RELEASING DEFENDANT ON<br>) CONDITIONS PENDING HEARING ON |
| BRIAN CAPUTO, | ) THE GOVERNMENT'S MOTION FOR<br>) REVOCATION HEARING |
| Defendant. | ) |
| | ) |

Upon application of the United States for a stay of the order of U.S. Magistrate Sheila K. Oberto's order setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT Magistrate Judge Oberto's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke the order.

IT IS FURTHER ORDERED that the matter of the defendant's detention be calendared as soon as convenient to the court and the parties.

Dated: _____    _____
                                  Lawrence J. O'Neill
                                  U.S. District Judge

5