



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRIAN CAPUTO,<br><br>  Defendant. | CASE NO. 1:14-CR-00041 LJO<br><br>ORDER STAYING MAGISTRATE JUDGE'S ORDER RELEASING DEFENDANT ON CONDITIONS PENDING HEARING ON THE GOVERNMENT'S MOTION FOR REVOCATION HEARING |

Upon application of the United States for a stay of the order of U.S. Magistrate Sheila K. Oberto's order setting conditions of release for the above-named defendant, and good cause appearing,

IT IS HEREBY ORDERED THAT Magistrate Judge Oberto's order setting conditions for release of the above-named defendant, be stayed pending the disposition of the government's motion to revoke the order.

IT IS FURTHER ORDERED that the matter of the defendant's detention be calendared as soon as convenient to the court and the parties. *To be set at a convenient time tomorrow, 3-12-14.* 

Dated: *3-11-14*

Lawrence J. O'Neill
U.S. District Judge

1