1   HEATHER E. WILLIAMS, SBN #122664
    Federal Defender
2   VICTOR M. CHAVEZ, SBN #113752
    JEROME PRICE, SBN # 282400
3   Assistant Federal Defenders
    Designated Counsel for Service
4   2300 Tulare Street, Suite 330
    Fresno, CA  93721-2226
5   Telephone: (559) 487-5561
    Fax: (559) 487-5950
6
    Attorneys for Defendant
7   BRIAN A. CAPUTO

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,          )  Case No.  1:14-cr-00041 LJO-SKO
                                        )
12                 Plaintiff,           )  **STIPULATION TO CONTINUE MOTIONS**
                                        )  **SCHEDULE; ORDER**
13   vs.                                )
                                        )  Date:  December 8, 2014
14   BRIAN A. CAPUTO,                   )  Time: 8:30 a.m.
                                        )  Judge: Hon. Lawrence J. O'Neill
15                 Defendant.           )
                                        )
16   _____   )

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their

18   respective attorneys of record, that the schedule for filing motions may be modified as follows:

19   defense motions now due on October 14, 2014, may be filed on October 28, 2014.  Opposition

20   shall be filed November 26, 2014; Optional reply December 3, 2014, and hearing date to be

21   December 8, 2014 at 8:30 a.m.

22        This stipulation is proposed by defense based on the need for additional time due to the

23   press of other motions that are due and a trial presently set for November 18, 2014.  The parties

24   agree that the delay resulting from the continuance shall be excluded in the interests of justice,

25   including but not limited to, the need for the period of time set forth herein for effective defense

26   preparation, pursuant to 18 U.S.C.  §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

27   ///

28   ///

1   Dated:  October 10, 2014

2                                       BENJAMIN B. WAGNER
                                        United States Attorney

3                                        */s/ David L. Gappa*

4                                        DAVID L. GAPPA
                                        Assistant United States Attorney

5                                        Attorney for Plaintiff

6

7   Dated:  October 10, 2014

8                                        HEATHER E. WILLIAMS
                                       Federal Defender

9                                        */s/ Victor M. Chavez*

10                                     VICTOR M. CHAVEZ
                                    Assistant Federal Defender

11                                     Attorney for Defendant
                                    BRIAN A. CAPUTO

12

13

14                               **O R D E R**

15

16

17   IT IS SO ORDERED.

18       Dated:  __**October 14, 2014**__             __**/s/ Lawrence J. O'Neill**__
                                              UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28