HEATHER E. WILLIAMS, SBN #122664
Federal Defender
VICTOR M. CHAVEZ, SBN # 113752
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-00041-LJO-SKO |
| Plaintiff, | **STIPULATION FOR DEFENDANT TO BE TEMPORARILY PLACED IN THE THIRD PARTY CUSTODY OF THE OFFICE OF THE FEDERAL DEFENDER; ORDER THEREON** |
| vs. | |
| BRIAN CAPUTO, | |
| Defendant. | Date: March 23, 2015<br>Time: 8:00 AM<br>Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, Assistant United States Attorney, Michael Tierney, Counsel for Plaintiff, and Assistant Federal Defender, Jerome Price, Counsel for Defendant, Brian Caputo, that the defendant may be temporarily placed in the third-party custody of Victor Gonzalez, an investigator employed at the Office of the Federal Defender, on March 23, 2015, from 8:00 a.m. to no later than 3:00 p.m., for the purposes of receiving the medical services set forth at the last court hearing on March 2, 2015. The parties agree that Mr. Caputo would be released from the Marshal's Office to Victor Gonzalez no earlier than 8:00 a.m., taken immediately to the Office of the Federal Defender, and returned to the Marshal's Office by Victor Gonzalez no later than 3:00 p.m.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   |   |
|   | BENJAMIN B. WAGNER<br>United States Attorney |

Date: March 9, 2015  /s/ Michael Tierney
MICHAEL TIERNEY
Assistant United States Attorney
Attorneys for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: March 9, 2015  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
BRIAN CAPUTO

**O R D E R**

The above stipulation is accepted.  On March 23, 2015, the United States Marshal shall temporarily release Defendant Brian Caputo in Fresno, California to the third-party custody of Victor Gonzalez, investigator at the Office of the Federal Defender, at 8:00 a.m.  Brian Caputo shall return to the United States Marshal's office with Victor Gonzalez at no later than 3:00 p.m. on March 23, 2015, to surrender himself back to the custody of the United States Marshal.

IT IS SO ORDERED.

Dated:   **March 10, 2015**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE