BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street
Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

MAUREEN CAIN
Trial Attorney
U.S. Department of Justice
Criminal Division
Child Exploitation & Obscenity Section
1400 New York Avenue NW, Suite 600
Washington, D.C. 20530
Telephone: (202) 514-5780
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>BRIAN CAPUTO,<br><br>            Defendant. | CASE NO. 1:14-CR-00041-LJO<br><br>MOTION AND ORDER TO DOCKET ATTACHMENTS TO GOVERNMENT'S MARCH 12, 2014 DETENTION MEMORANDUM<br><br>DATE:    August 3, 2015[1]<br>TIME:    8:30 a.m.<br>JUDGE:  Hon. Lawrence J. O'Neill |

**BACKGROUND**

On March 12, 2014, the government electronically filed a "Memorandum in Support of the Government's Motion for Revocation of Release Order" (the "Detention Memorandum"). Dkt. 16. The Detention Memorandum referenced three Attachments, Attachments A, B, and C, that contained factual information supporting the Government's request for detention (the "Attachments"). Id. at 4, 7. The government provided the Attachments to the Court and defense counsel in hard copy in advance of the

---

[1] The Government is noticing a hearing date as required by Local Rule 430.1(c). However, the Government does not believe oral argument is necessary to resolve this Motion.

1

March 12, 2014 hearing, but it appears the Attachments were not entered on the Court's electronic docket. The Attachments appear at Enclosure 1 to this filing.

The defendant's detention is currently on appeal to the United States Court of Appeals for the Ninth Circuit. Dkt. 58. In order to ensure the appellate court has a complete record of facts submitted to this Court, the Government requests that this Court enter the Attachments on the docket, retroactive to the date of the filing of the Detention Memorandum, March 12, 2014.

A proposed order appears below.

## [PROPOSED] ORDER

**IT IS HEREBY ORDERED** that Attachments A, B, and C to the United States' March 12, 2014 Memorandum in Support of the Government's Motion for Revocation of Release Order are hereby docketed, effective March 12, 2014.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: July 16, 2015          By:   /s/ Michael G. Tierney
                                    Michael G. Tierney
                                    Assistant United States Attorney

## O R D E R

IT IS SO ORDERED.

Dated:   **July 20, 2015**              /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

LAWRENCE J. O'NEILL
UNITED STATES DISTRICT JUDGE