# Attachment A

FD-302 (Rev. 5-8-10)


OFFICIAL RECORD

**FEDERAL BUREAU OF INVESTIGATION**

Date of entry  01/22/2014

## CHILD VICTIM/WITNESS IDENTITY INFORMATION

Protect identity in compliance with 18 USC 3509.

▇▇▇▇▇▇▇ (▇▇▇), a Hispanic female, date of birth October 11, 1998, residential address ▇▇▇▇▇▇▇ San Antonio, Texas, telephone number ▇▇▇▇▇▇▇, was interviewed at her residence. Present during parts of the interview was ▇▇▇▇▇▇▇, date of birth: June 17, 1981, ▇▇▇▇▇▇▇ mother, telephone ▇▇▇▇▇▇▇. After being advised of the identity of the interviewing Agents and the nature of the interview, ▇▇▇▇ provided the following information:

▇▇▇▇▇▇▇ works for ▇▇▇▇▇ in San Antonio, Texas. ▇▇▇▇'s father is named ▇▇▇▇▇▇▇, and he is self-employed. ▇▇▇▇ has an older sister named ▇▇▇▇▇▇▇ date of birth: June 20, 1996, and two younger brothers named ▇▇▇▇▇▇▇., date of birth: June 6, 2000, and ▇▇▇▇▇, date of birth: August 24, 2001. ▇▇▇▇ is a member of the Freshman class at ▇▇▇▇▇▇▇ School in San Antonio, Texas. She formerly attended the ▇▇▇ Middle School.

In 2012 or possibly 2013, when ▇▇▇▇ was either in the 7th or 8th grade at the ▇▇▇ Middle School, ▇▇▇▇ was contacted by an individual, who advised that her name was Katrina Royal (Royal), via a text-over Internet protocol application named Text Plus that was stored on ▇▇▇▇ previous cellular telephone, a black LG brand My Touch model cellular telephone. Royal advised that she was a 12 or 13 year old female, who had communicated with Gomez prior to this text message. Royal advised ▇▇▇▇ that Royal's friends call her "Kat." Royal advised ▇▇▇▇ that Royal had previously transmitted images of Royal to ▇▇▇▇. ▇▇▇▇ provided Royal with information regarding ▇▇▇▇'s true age and her level of schooling during this and subsequent text messaging sessions.

In one of the early text messaging sessions between Royal and ▇▇▇▇, Royal transmitted images of a nude white female, approximately 12 years old, to ▇▇▇▇. Royal advised ▇▇▇▇ that this 12 year old female was Royal. Shortly after transmitting these nude images to Gomez, Royal requested that ▇▇▇▇ produce nude images of ▇▇▇▇ and transmit them to Royal via

Investigation on 01/03/2014 at San Antonio, Texas, United States (In Person)

File # 305C-EP-3332123                          Date drafted 01/03/2014

by Jeffrey M. Allovio

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

FD-302a (Rev. 05-08-10)

305C-EP-3332123

Continuation of FD-302 of  Brittany Gomez  , On  01/03/2014  , Page  2 of 4

email and texting applications. Royal was very specific regarding what the images should depict, and Royal specifically advised that the images should graphically depict Gomez's bare vagina. ▇▇ did initially voluntarily produce nude images of ▇▇ at Royal's request and transmit them to Royal. ▇▇ initially felt very comfortable with Royal and considered her a friend.

▇▇ provided Royal with the account name and password, "ihateyou4ever", for ▇▇'s primary email account, peaceluv2312@gmail.com. ▇▇ also accepted a "friend request" from Royal on Facebook. The email account that is associated with ▇▇'s Facebook account is peaceluv2312@gmail.com.

Shortly after providing Royal with the account information for the peaceluv2312@gmail.com email account, ▇▇ began receiving threatening emails from Royal at this email address. The last email that ▇▇ received from Royal that was threatening in nature was received on November 3, 2013. At Royal's direction, ▇▇ distributed sexually explicit videos of ▇▇ to Royal via ▇▇'s email account based on the threat. Royal utilized an email account named loved_one11@ymail.com.

Shortly after producing nude images of her, ▇▇ began to regret her actions. After experiencing these feeling of regret, ▇▇ was approached by Royal regarding producing more nude images for Royal. ▇▇ advised Royal at this time that she would not produce any more nude images for Royal. Royal advised ▇▇ that if ▇▇ failed to produce more nude images of ▇▇, Royal would distribute previously manufactured nude images of ▇▇ to ▇▇'s parents and friends. Royal told ▇▇ via text plus, "If you don't send the images, I am going to hurt your family." Royal subsequently provided ▇▇ with accurate email addresses for ▇▇'s parents and the true names of a number of ▇▇'s friends in order to prove to ▇▇ that Royal's threats were legitimate. Royal threatened to send the images and videos to ▇▇'s school and spread them throughout Facebook. Royal's threats scared ▇▇ and ▇▇ began to produce additional nude images and videos per Royal's request. Royal demanded that ▇▇ produce nude images on a near daily basis for the majority of 2013.

Royal advised ▇▇ that ▇▇ would be required to produce one hundred nude and/or sexually explicit images and/or videos on a daily basis or Royal would transmit nude and/or sexually explicit images or videos of ▇▇ to ▇▇'s parents and ▇▇'s friends and classmates. ▇▇ did, on at least a few occasions, produce the one hundred nude and/or sexually explicit images or videos on a given day at Royal's behest. Typically, however, ▇▇ would provide Royal with an excuse for why she could not meet the one hundred image/video quota for a given day and would, instead,

FD-302a (Rev. 05-08-10)

305C-EP-3332123

Continuation of FD-302 of  Brittany Gomez ,On  01/03/2014 ,Page  3 of 4

only produce a fraction of the required images/videos. ▓▓▓ is confident that she has produced in excess of one thousand nude and/or sexual explicit images and videos at Royal's direction and distributed them to accounts controlled by Royal that included texting, emails, and file transfer applications. ▓▓▓ last produced and distributed nude and sexually explicit images at Royal's behest on or about January 1, 2014. Gomez produced approximately 10 nude and sexually explicit images of ▓▓▓ on this date and distributed them to Royal.

Gomez transmitted nude and sexually explicit images of ▓▓▓ to Royal via a texting application installed on ▓▓▓'s cellular telephone named Touch. ▓▓▓ established her Touch account at Royal's direction. ▓▓▓'s Touch account was named "▓▓▓▓▓▓▓▓▓▓." Royal utilized a Touch account with the account name "LetLoveLoveMe" or "Let Love Love Me." ▓▓▓ believes that she first began communicating with Royal via Touch approximately 7 months ago. Royal transitioned ▓▓▓ to the Touch application because it was easier to send images through Touch than through other texting applications.

One of the videos Royal demanded that ▓▓▓ produce was one of ▓▓▓ masturbating and inserting a marker into her vagina. ▓▓▓ complied with this request and produced this video, and numerous other videos of her masturbating, and distributed them to Royal. Some of the sexually explicit videos that Royal required ▓▓▓ to produce were so large in size she could not transmit them to Royal through the applications she had previously utilized. As such, Royal transitioned ▓▓▓ to a file transferring program named Dropbox to facilitate the transfer of these larger video files. Royal established the Dropbox account and provided ▓▓▓ with the account information so ▓▓▓ could access the account. The email address that Royal used to establish the Dropbox account was "bibaby123@hotmail.com."

▓▓▓ and Royal also communicated with each other via a texting application named Kik Messenger. ▓▓▓'s Kik Messenger account was named "▓▓▓▓▓▓▓." The password ▓▓▓ established for this account was "password23". ▓▓▓ currently has Kik Messenger installed on her current cellular telephone, a Samsung Galaxy cellular telephone. ▓▓▓'s Kik Messenger account stored on her cellular telephone will house a number of text communications between ▓▓▓ and Royal. The last threat ▓▓▓ received from Royal was on sent on or about January 1, 2014,

▓▓▓ has never physically met Royal or conducted a telephonic conversation with Royal. ▓▓▓ has no information that would suggest that Katrina Royal is the real name of the individual that has caused ▓▓▓ to produce and distribute child pornography images and videos of ▓▓▓.

▓▓▓ produced all of the nude images and sexually explicit videos in

FD-302a (Rev. 05-08-10)

305C-EP-3332123

Continuation of FD-302 of  Brittany Gomez _____ , On  01/03/2014 , Page  4 of 4

her residence, located at ▓▓▓▓▓▓▓▓, San Antonio, Texas. ▓▓▓▓ utilized her current Samsung Galaxy cellular telephone and her previous cellular telephone, an LG brand My Touch model cellular telephone, to produce all of the nude and sexually explicit images for Royal and to communicate with Royal.

The interviewing Agents showed ▓▓▓▓ three redacted images provided to interviewing Agents by FBI-El Paso. ▓▓▓▓ advised interviewing Agents that all three images depicted ▓▓▓▓.

Royal's actions regarding ▓▓▓▓ have taken a physical and emotional toll on ▓▓▓▓ as she has been "living in fear" that nude images and/or sexual videos would be distributed to ▓▓▓▓'s family and friends.

At the conclusion of the interview, ▓▓▓▓ and ▓▓▓▓ provided their consent for the FBI to assume ▓▓▓▓'s online presence and to utilize her email, texting and file transfer accounts to further this investigation. ▓▓▓▓ and ▓▓▓▓ subsequently executed a Consent to Assume Online Presence form for these accounts. ▓▓▓▓ and ▓▓▓▓ voluntarily relinquished custody of ▓▓▓▓'s Samsung Galaxy cellular telephone and her LG brand My Touch model cellular telephone. ▓▓▓▓ and ▓▓▓▓ also provided their consent to search ▓▓▓▓ two cellular telephones and assorted email, texting, social networking and file transfer accounts to further this investigation. ▓▓▓▓ and ▓▓▓▓ subsequently executed an FD-26 form providing their written consent to search these accounts. These forms, as well as the printed copies of these three images of ▓▓▓▓ shown to her by interviewing Agents, will be placed in the 1A section of this case file.

# Attachment B

FD-302 (Rev. 5-8-10)                          - 1 of 1 -



# FEDERAL BUREAU OF INVESTIGATION

Date of entry   01/24/2014

    On January 23, 2013, Special Agent (SA) Adam Reynolds accessed the e-mail account peaceluv2312@gmail.com via a consent form signed by ▮▮▮▮▮ (PROTECT IDENTITY) and changed the password to ▮▮▮▮▮.

    While logged into the e-mail account SA Reynolds noticed two emails from Loved One.

    One e-mail on January 12, 2014, stated "Brittany message me now before I sendout everything."

    The second e-mail on January 18, 2014, stated "Your pics and vids I'm going to send them all out."

    SA Reynolds took a screen shot of the e-mail account home screen and has attached and hereto made a part of this document.

    SA Reynolds attempted to login in the Facebook account associated with peaceluv2312@gmail.com.  The passwords provided did not work.  SA Reynolds attempt to create a new password and was successful and the password was changed to ▮▮▮▮▮

    After creating a new password Facebook wanted to confirm that the account was not being hacked and forced SA Reynolds to attempt to identify friends of ▮▮▮.  SA Reynolds was unable to identify the pictures and was therefore unable to access the Facebook account.

---

Investigation on   01/23/2014   at   El Paso, Texas, United States (, Other (Password Change))

File #   305C-EP-3332123                                                      Date drafted   01/23/2014

by   Adam L. Reynolds

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

# Attachment C

FD-1057 (Rev. 5-8-10)

UNCLASSIFIED


OFFICIAL RECORD

# FEDERAL BUREAU OF INVESTIGATION
## Electronic Communication

**Title:** (U) Lead to Sacramento Division Bakersfield Resident Agency

**Date:** 12/16/2013

**From:** EL PASO
    EP-13
    **Contact:** Adam L. Reynolds, ▓▓▓▓▓▓▓▓

**Approved By:** SSA David Brooks

**Drafted By:** Adam L. Reynolds

**Case ID #:** 305C-EP-▓▓▓▓▓▓     (U) Loved_one11@ymail.com;
    PRODUCTION OF CHILD PORNOGRAPHY:
    IINI;

**Synopsis:** (U) To set lead to Sacramento Division Bakersfield Resident Agency

**Full Investigation Initiated:** 10/07/2013

**Details:**

   In September 2013, Special Agent (SA) Adam Reynolds was contacted by Federal Task Force Officer (TFO) Robert Hanner. TFO Hanner had been contacted by a uniform officer regarding the possible production and distribution of child pornography. TFO Hanner conducted further investigation into the matter and determined that an unknown subject using the e-mail account Loved_one11@ymail.com, had been extorting underage girls to send nude pictures and videos to the e-mail account.

   TFO Hanner identified approximately 1661 images and 146 videos containing child pornography. SA Reynolds opened an FBI investigation into the individual operating the e-mail account Loved_one11@ymail.com.

   SA Reynolds has issued numerous administrative subpoenas and and has executed numerous search warrants to obtain more information on the location and true identity of the owner of the above mentioned e-mail

UNCLASSIFIED

UNCLASSIFIED

Title:  (U) Lead to Sacramento Division Bakersfield Resident Agency
Re:    305C-EP-~~~~~~~, 12/16/2013

account.  Below are the different IP addresses and locations that have been identified as being utilized by the unknown subject in Bakersfield, Arvin and the Kern County area:

On September 23, 2013, Special Agent (SA) Adam Reynolds served an Administrative Subpoena on Century Link for IP address 63.146.74.219 used on 5/21/2013 at 19:46:41 GMT.  SA Reynolds received a response on September 26, 2013.  The following information was provided in the return:

| | |
|---|---|
| **Enterprise Name:** | San Joaquin Valley |
| **Customer Account:** | 77286837 |
| **Address:** | 2420 Mariposa St |
| **City:** | Fresno |
| **State:** | CA |
| **Zip:** | 93721 |

On September 25, 2013, Special Agent (SA) Adam Reynolds served an administrative subpoena on AT&T Internet services regarding IP address 99.32.220.203 on 3/26/213 at 22:16:39 GMT.  On October 3, 2013 SA Reynolds received a response.  The response provided the following information:

| | |
|---|---|
| **Customer Name:** | City of Kern |
| **Address:** | 201 Campus Dr |
| **City:** | Arvin |
| **State:** | CA |
| **Zip:** | 93203 |

UNCLASSIFIED

UNCLASSIFIED

Title:   (U) Lead to Sacramento Division Bakersfield Resident Agency
Re:    305C-EP-▓▓▓▓▓, 12/16/2013

On October 21, 2013, Special Agent (SA) Adam Reynolds served an administrative subpoena via e-mail to Textme Inc. The subpoena requested information on phone number 805-410-5714.  On October 21, 2013, SA Reynolds received a response to the subpoena.  The following information was provided:

**user id: 16482560**

**Username: giavannadurran1**

**Signup Date (UTC): June 21, 2013, 2:38 AM**

**Last Login (UTC): September 18, 2013, 3:13 AM**

**E-mail: loved_one11@ymail.com**

**Phone Number:  Not Verified - as specified by user**

**IP on signup: None provided**

**Device ID: 1BB3E378-B8DB-39A4-B1DD-BF2936E8830E**

**Geolocation: Longitude: -119.0187 / Latitude 35.3733 (May      be inaccurate)**

On October 21, 2013, Special Agent (SA) Adam Reynolds performed analysis on the following Latitude Longitude provided to SA Reynolds by Textme Inc.:

**Longitude: -119.0187 / Latitude 35.3733**

Utilizing Google Maps SA Reynolds determined the location to be the cross streets of Chester Avenue and Truxtun Avenue, Bakersfield, California.  These cross streets are right next to the Kern County Superior Court.

On October 30, 2013 Special Agent (SA) Adam Reynolds served an administrative subpoena on AT&T Internet Services, requesting

UNCLASSIFIED

**UNCLASSIFIED**

Title:  (U) Lead to Sacramento Division Bakersfield Resident Agency
Re:  305C-EP-███████, 12/16/2013

information on the following IP addresses:

**108.93.128.78 on 09/03/2013 at 05:20:30 UTC**

**64.134.226.209 on 09/01/2013 at 23:09:17 UTC**

On November 7. 2013, SA Reynolds received a response from AT&T Internet Services that contained the following information:

IP 64.134.226.209 on 09/01/2013 at 23:09:17 GMT was assigned to the following wireless venue that provided public WiFi internet access.

**McDonald's**

**798 Bear Mountain Blvd**

**Arvin, CA 93203**

**(661) 854-7512**

IP 108.93.128.78 on 09/03/2013 at 05:20:30 UTC was assigned to following:

**Name:**   Brandon Hinojosa

**Address:**  668 Comanche Dr.

**City:**    Arvin

**State:**   CA

**Zip:**     93203

**Name:**    Arvin Family Housing Partner

On October 21, 2013, Special Agent (SA) Adam Reynolds served an administrative subpoena on Bright House Networks, requesting information on the following IP addresses 174.134.121.209 on 10/07/2013 at 6:26:46 UTC and 174.134.112.16 on 07/26/2013 at 20:29:37 GMT.  On

**UNCLASSIFIED**

4

**UNCLASSIFIED**

Title:  (U) Lead to Sacramento Division Bakersfield Resident Agency
Re:   305C-EP-███████, 12/16/2013

November 11, 2013 Bright House networks responded to the subpoena with the following information:

**Customer Name : PATRICIA L. CAPUTO**

**Customer Address(Service address):**

**1311 Haven DR, APT 8   Arvin, CA 93203**

**Length of Service: 01/12/2013 - current**

**Contact Phone: 818-582-7253; 661-412-6801**

**E-mail: patcaputo71@gmail.com; PCAPUTO@bak.rr.com**

The El Paso Division requests that the Sacramento Division Bakersfield Resident Agency begin to conduct a logical investigation to attempt to discern a pattern for the above mentioned locations in an attempt determine who might be utilizing these Internet connections to trade and produce child pornography.  If possible attempt to determine if there are unsecured WI-FI, surveillance cameras, and any other pertinent information they deem relevant to locating and identifying the subject.

The El Paso Division also requests a logical investigation be conducted regarding the two home residences listed above, contact should not be made at either home residence before talking to SA Adam Reynolds.  If it is determined through surveillance that the subject does reside at either residence SA Reynolds will write a search warrant for the residence.

The El Paso Division is considering obtaining a Pen Trap and Trace order for the Loved_one11@ymail.com e-mail account when and if it will assist Bakersfield Resident Agency in locating and identifying the subject.

Please contact SA Adam Reynolds at 4██████████with questions or

**UNCLASSIFIED**

5

**UNCLASSIFIED**

Title: (U) Lead to Sacramento Division Bakersfield Resident Agency
Re: 305C-EP-█████, 12/16/2013

concerns.

◆◆

**UNCLASSIFIED**