# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:14CR00041-001 LJO |
| Plaintiff, | |
| vs. | ORDER |
| BRIAN CAPUTO | |
| Defendant. | |

The Court has received and reviewed the Stipulation to Continue Trial, currently set for March 1, 2016. The new proposed date for trial is June 14, 2016 at 8:30 a.m.. The basis for the stipulation is two-fold:

1. The defense need for further psych evaluations to determine whether or not the defendant can meet the burden if they raise an affirmative insanity defense pursuant to 29 USC section 17 at trial; and

2. To allow defense counsel enough time to prepare, after facing unanticipated severe problems with his law office personnel causing the need to terminate some and move the location of the office.

The Court finds Good Cause, both for the continuance AND time exclusion under the Speedy Trial Act on the basis stated in the submitted stipulation and declaration by Defense Counsel.

///

1

The Court makes an assumption: that the Defendant himself is in agreement. If that is NOT the case, Defense Counsel must notify the Court by Tuesday, January 26, 2015, 4:00 p.m., and the Court will set a hearing immediately. If no notice of such a disagreement, the Trial is continued to Tuesday, June 14, 2016 at 8:30 a.m.. No further continuances will be entertained. Trial Confirmation to be held Monday, May 16, 2016 at 10:00 a.m..

IT IS SO ORDERED.

Dated: January 25, 2016     /s/ Lawrence J. O'Neill
                            HONORABLE LAWRENCE J. O'NEILL
                            U.S. DISTRICT JUDGE