ERIC A. CHASE, SBN #148030
The Criminal Defense Group
2600 West Olive Ave., St. 500
Burbank, CA  91505
Ph: 818-487-7400
Fx: 818-301-2571
Attorneys for Defendant
BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN CAPUTO,<br><br>　　　　　　　Defendant. | CASE NO.  1:14-CR-00041-LJO<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING |

On May 16, 2016 the Defendant entered his plea of guilty pursuant to a plea agreement with the Government.  This matter is currently scheduled for sentencing on **August, 8, 2016**.   Both parties have conferred.  The Government agrees that sufficient cause exists to continue the Sentencing for approximately 90 days to November 7, 2016 or to a date otherwise convenient for the Court and counsel.

　　　The reason for this request is to allow counsel to better prepared to present to the Court an accurate assessment of the defendant's mental condition at the time of sentencing. This process, so far, has been a complicated one including the acquiring of the appropriate medical records as well as the testimony of experts who previously testified at governmental hearings regarding the Defendants condition.  In addition, counsel will be petitioning the court for the appointment of one of the experts who,has already reviewed the Defendant's records and has testified at an SSI hearing regarding his condition.

　　　Counsel has previously conferred with the Probation Officer assigned to prepare the report in this case, Michael Armistead. He stated  that he has not objection to this request. I recently received an email

1

form his supervisor, Brian Bedrosian, who informed me that Mr. Armistead is currently on vacation and has not prepared the PSR based on my informing him of my intention to file this request. Counsel has also conferred with the AUSA assigned to this case, Michael Tierney, and he has no objection to, and stipulates to the granting of, this request. This request is not being made for the purpose of delay and the Defendant is in custody. Neither he nor the Government will be prejudiced by this request.

## STIPULATION AND [PROPOSED] ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that Sentencing currently set for **August 8, 2016** be continued to November 7, 2015.  The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

DATED: July 20, 2016     By:     /s/ Eric Chase_____  _____
                                  Eric Chase
                                  Attorney Brian Caputo


                                  BENJAMIN B. WAGNER
                                  United States Attorney

DATED: July 20, 2016             By: /s/ Michael G. Tierney_____
                                  Michael G. Tierney
                                  Assistant United States Attorney

2

**O R D E R**

**IT IS SO ORDERED.**

DATED: July ___, 2016

_____
Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE