ERIC A. CHASE, SBN #148030
The Criminal Defense Group
2600 West Olive Ave., St. 500
Burbank, CA  91505
Ph: 818-487-7400
Fx: 818-301-2571
Attorneys for Defendant
BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN CAPUTO,<br><br>Defendant. | CASE NO.  1:14-CR-00041-LJO<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING |

On May 16, 2016 the Defendant entered his plea of guilty pursuant to a plea agreement with the Government.  This matter is currently scheduled for sentencing on **August, 8, 2016**.   Both parties have conferred.  The Government agrees that sufficient cause exists to continue the Sentencing for approximately 90 days to November 7, 2016 or to a date otherwise convenient for the Court and counsel.

The reason for this request is to allow counsel to better prepared to present to the Court an accurate assessment of the defendant's mental condition at the time of sentencing. This process, so far, has been a complicated one including the acquiring of the appropriate medical records as well as the testimony of experts who previously testified at governmental hearings regarding the Defendants condition.  In addition, counsel will be petitioning the court for the appointment of one of the experts who,has already reviewed the Defendant's records and has testified at an SSI hearing regarding his condition.

Counsel has previously conferred with the Probation Officer assigned to prepare the report in this case, Michael Armistead. He stated  that he has not objection to this request. I recently received an email

1

form his supervisor, Brian Bedrosian, who informed me that Mr. Armistead is currently on vacation and has not prepared the PSR based on my informing him of my intention to file this request. Counsel has also conferred with the AUSA assigned to this case, Michael Tierney, and he has no objection to, and stipulates to the granting of, this request. This request is not being made for the purpose of delay and the Defendant is in custody. Neither he nor the Government will be prejudiced by this request.

## STIPULATION AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys, that Sentencing currently set for **August 8, 2016** be continued to November 7, 2015.  The parties agree that the ends of justice outweigh the interest of the defendant and the public in a speedy trial.

Respectfully submitted,

DATED: July 20, 2016          By:            /s/ Eric Chase_____ _____
                                             Eric Chase
                                             Attorney Brian Caputo


                                             BENJAMIN B. WAGNER
                                             United States Attorney

DATED: July 20, 2016                         By: /s/ Michael G. Tierney_____
                                             Michael G. Tierney
                                             Assistant United States Attorney

**O R D E R**

**This request for a continuance is DENIED without prejudice. This stipulation generally discusses the problems and issues and complexities of sentencing, but it does not outline specific and timely efforts that have been made, when they were made, and/or why these required matters have not been accomplished and/or completed in a timely fashion. This is the information that is required before good cause can be established.**

IT IS SO ORDERED.

Dated:  **July 21, 2016**          /s/ Lawrence J. O'Neill
                              UNITED STATES CHIEF DISTRICT JUDGE