COURT'S EXHIBITS
CASE NO. 14 CR 41
EXHIBIT NO. 1

FILED
NOV 07 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Your Honor,

If I may, I feel horrorable for what I've done, I am hurt over all the lives I have hurt, such as the victims, their families, as well as mine. I've learned my lesson for the wrongs I've committed, I swear, and can reassure you, this will never happen again, and that in no way am I a threat, or danger to society; seeing how probation, law enforcement, the Courts, and my family will have strict rules, regulation, continuecus watch, and supervision over me. I will without a doubt follow, and abide by all I'm told to do. Given my brain disorder, what it does, and finding out about this last year, including the few years I have left to live. I ask that you please take into consideration the Doctors letter, and allow me to get the help, and medical treatment I've been deprived of while incarcerated. As you looked into my criminal record, I have no long, ongoing criminal past implying I am in any way a danger or threat to society. I wish I had known of my disorder, and gotten the help I've needed. More than likely, this wouldve never happened if I was aware of it then. Please, I beg you Your Honor to allow me to go home recieve the proper medical care, and help needed, and live a healthy lifestyle given the few years I have left to live due to my condition with my family. May, God; forgive me for what I've done, and turned away from. May, God; also be with you, and everyone else involved. Thank you!