COURT'S EXHIBITS
CASE NO. 14 CR 41
EXHIBIT NO. 2

FILED
NOV 07 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____ DEPUTY CLERK

Monday, November 7, 2016

To: Whom I've wronged and their families,

    I highly apologize for this letter being written now. I just found out to what extent of the things I've done, and the pain and helplessness I've caused you. May I please ask, that one day you could find it in your hearts to forgive me, as I am truely hurt, and saddened by this ordeal. I wasn't in the right state of mind when I acted. May, God; bless you all, granting you peace, love, security, a long happy life. And give you rest, and protection from all of life's worries. I apologize for my stupidity.