Case #1:14-CF-00041-JO-SKO

FILED
NOV 07 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

Monday, October 31, 2016

Your Honorable Judge Oneil,

Your Honor, today at around 3pm, Mr. Chase had brought me a copy of Dr. Sabow's report, and probations. He hadent really gone over it with me, he scanned through it saying, "my point and cortagory system are really high, and that probation was asking for an amount either above, or below the guidelines." I havent really grasped what Mr. Chase said, or understand the wording of whats being said so much in the report. There are a few things I do understand but dont get the logic behind such as, "The Presentence Investigation Report". In it the, "Institutional Adjustment." I have never once been "disrespectful to staff, or shown problematic behavior." Unless them threatening to, "fuck me up," or harass me verbaly, or assault me physicly for "choking on watter," is "disrespectful, or problematic behavior." Or is it refering to "December 2015" when I asked for a band-aid due to an inmate stepping on an ingrown toe nail, and blood was gushing out; the Deputy replied, "I havent been at work for more than 45 goddamn minutes, and your giveing me shit!" Then I was told by him to "rod up". I'm being moved back to pretrial. Mabey the disrespect, and problematic behavior was when, "Deputy Calahan" started yelling, and threatening to assault me for putting "a glass container" on a shelf while, I gave myself an injection? Or are they refering to the Internal Affairs investigation case number 2016-021?. Me being, "loud and disruptive" I was trying to ask for a, "request form" the deputy was having a bad day and put my life in danger with 3 other inmates. "Destroying a fire sprinkler"; I was put into a cell that was caked in human waste; from ceiling, to floor. I begged, "Deputy Talbot", to let me out from that cell for 3 hours before, I had to in order to be assaulted by many deputies, while they cuffed me, and brought me to a cell where I cansnt breathing in fecies. With my, "psychotropic medication" they would give me 5 times the leathal dose, and sometimes I wouldnt get it at all. So, I did hold on to no more than three for that reason. "The Facility not being up to my standards", it wasnt up to California health, and safty code" until I said something about it. So, these are just a few reasons I wrote grievances, why is my "first Amendment Right", being held against me? Look into case number 1:15-CV-01008-EPG, for more information on the "Institutional Adjustment".

# Kern County Sheriff's Office Detentions Facilities
## Oficina de Instalaciones de Detencion del Sheriff del Condado de Kern

## Answer to Inmate Grievance
### Forma De Queja O Reclamacion Para Presos

| CAPUTO, BRIAN | 2062337 | PTPC0104 |
|---|---|---|
| Inmate's Name | Booking Number | Housing Location |

### Answer / Respuesta

I received your grievance about floor officers not sharpening your pencils. There is no policy that requires the officers to sharpen your pencils. However on Wednesday the 26th of October Detention Deputy Blackburn assisted you in getting your pencils sharpened, 70 in total. Thank you for bringing my attention to this matter. I will inquire into the ability of our vendor to begin carrying pencil sharpeners for purchase by those housed by the Kern County Sheriff's Office.

Salgado/200975

*This is in reguards to the razors, I used them souly for my pencils.*

| 10/5/2016 | | 10/17/2016 |
|---|---|---|
| Date of Grievance | | Date Received |
| SGT. SALGADO | 200975 | 10/31/2016 |
| Officer responding to Grievance | I.D. # | Date of Response |
| | | 11/01/2016 |
| Inmate Signature (acknowledging receipt of response) | | Date Delivered to Inmate |

DBPPM I-200 Attachment A          Rev. 11/02/09

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CAPUTO, | 1:15-cv-01008-EPG (PC) |
| Plaintiff, | ORDER REQUIRING RESPONSE FROM THE KERN COUNTY SHERRIFF'S OFFICE REGARDING PLAINTIFF'S MOTION FOR RELIEF OF MEDICAL NEGLECT, MEDICAL NEGLIGENCE, AND MEDICAL ABUSE (ECF NO. 8) |
| v. | |
| KERN COUNTY SHERIFF'S OFFICE, | |
| Defendant. | |
| | 14-DAY DEADLINE |

Brian Caputo ("Plaintiff") is a prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed a First Amended Complaint on September 19, 2016. The First Amended Complaint has not yet been screened, and at this time the Court is not making any determination regarding the viability of Plaintiff's complaint.

On September 19, 2016, Plaintiff filed a Motion for Relief of Medical Neglect, Medical Negligence, and Medical Abuse ("the Motion"). (ECF No. 8). The Court construes the Motion as a motion for preliminary injunctive relief.

According to the Motion, Plaintiff is presently incarcerated at the Kern County Jail in Bakersfield, California. He had to be rushed to the Kern Medical Center on July 7, 2016. He was told by the neurologist that "the veins/blood vessals [sic] in my brain flaired [sic] up three times

1

their normal size, and to follow up within one week." However, his next appointment was scheduled for November of 2016. He has allegedly not been getting any form of medical treatment, and his medical needs have been neglected for "so long."

Because the Motion did not provide enough information, the Court ordered Plaintiff to provide additional information. (ECF No. 10). On September 29, 2016, Plaintiff filed a response to the Court's order, as well as supporting evidence. (ECF Nos. 12 & 13).

While the First Amended Complaint has not yet been screened, in light of Plaintiff's representation that he has an urgent medical need, the Court requires a response from the Kern County Sherriff's Office.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within fourteen (14) days from the date of service of this order, the Kern County Sherriff's Office is to file a response to the Motion to address, to the extent able, Plaintiff's representation that he is in urgent need of medical attention, which has been unaddressed; and

2. The Clerk of the Court is directed to serve the Kern County Sherriff's Office with:
   a. A copy of this order;
   b. A copy of the Motion (ECF No. 8);
   c. A copy of Plaintiff's response to the Court's order docketed on September 23, 2016 (ECF No. 12); and
   d. A copy of Plaintiff's evidence in support of his response to the Court's order docketed on September 23, 2016 (ECF No. 13).

IT IS SO ORDERED.

Dated: **October 6, 2016**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Your Honor, I had just read over the, "Nature, and Circumstances of the Offense", as well as "The Offensive Conduct". As far as, "the factual basis is of the plea agreement; between December 2008 and February 21, 2014, it's legal malace, a complete lie, to minipulate the truth as proven by, "the forensic computer analysists statement", makeing that first statement "obstruction of justice." Other than that from pg. 4-7; I'm hurt, mad, sad, and frusterated with myself; if what this says is true; which I highly pray it isn't. I'm not this person; I'm reading about. I start crying if I see, or hear a female cry. I dont like hurting peoples feeling, or putting them down in any way because the way my childhood was. Please know, and believe I didnt intentionally wake up one day after 24 years; to think, "I should do this today."

My attorney Mr. Chase told me before he left, "he was going to ask for 7 years, when he thinks I should do only 5, but because he doesnt want to be "looked down on, or jepardize his reputation," he wasn't going to suggest it. Please take into consideration the doctors testemony and information he provided. Now knowing, and being aware of my disorder I could, and will seek the help I need. Also, I do fully respect law enforcement. Otherwise, it wouldn't say, what it does in paragraph 25, of "The offense Conduct", on page 8. Also, if I didn't respect the law/law enforcement I would've ran, when I had dressed out, and released for 6 hours twice with, Mr. Gonzalez, and Mr. Chavez.

Your Honor, I know, see, and feel your a reasonable person. I am no threat to society, as I'm not a threat here. I dont assault the officers, or other inmates. Have Deputy Espino, Mera, Morales, Huelbee, Barock; tell how my behavior, attitude, and demenor are. My condition states that I could, and am suffering from alzimers, and dementia; I cant remember anything from yesterday unless it's written down. Also, once my first stroke 3 years ago, I'm expected to die in the next 4 years. Please, allow me to spend the last few years I have with my family. I will follow any/all rules, and regulations you set. There are people who rape underage girls, and get lighter sentences, and they do it intentionally, where I didn't do what I did intentionally.

The "Recommendation", paragraph 12, on pg. 23 of the "Sentencing Recommendation", refering to the "polygraph examination." Why don't you give me one now, to show I'm no threat to society? I know I did something horrable, and I highly wish it could've been avoided. Please, as I am only human and made a bad dission that I didn't even realize I did or to what extent until now.

Your Honor, I apologize for everything that happened, and everyone I hurt. I also, just want to point out, in "The Offence Conduct": Paragraph 25-27; it states I was "arrested" before I talked to the agents. So, that states I was arrested without an arrest warrent. Also, seeing how I was at work where they surched for, and seized me was completely out of the scope of the surch warrent for my appartment only, and the "Telly motion", Mr. Chavez brought up. They didn't see, watch, or fellow me to work. Paragraph 26, and 27 state I talked about what I did and how. The Federal Agents were accusing me of specific information, and forced me against my will to leave work, and admitt to things they were telling me to admitt to, you could "polygraph" me on that as well.

Last, Your Honor: Mr. Chase literally gave me no more than a minute to consider the "plea agreement", and threatened me into signing it. He doesn't answer my calls unless its a few days before court apperiances. Him stating he doesn't want to ask for the low term because, it would "interfer with his reputation." Because that statement, I don't feel I'm being properly represented, and he's not looking out for my best intrest, but his own. I just wanted to clear a few things up, and bring to light what this facility has been doing to me. If possible, could I give the courts letters of apology for the courts to give to the victims, for some closeule for them?

Respectfully,
Brian Caputo

Brian Caputo

Booking # 2062337