1  PHILLIP A. TALBERT
United States Attorney
2  MICHAEL G. TIERNEY
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone:  (559) 497-4000
Facsimile:  (559) 497-4099
5
MAUREEN CAIN
6  Trial Attorney
U.S. Department of Justice
7  Criminal Division
Child Exploitation & Obscenity Section
8  1400 New York Avenue NW, Suite 600
Washington, D.C. 20530
9  Telephone:  (202) 514-5780

10  Attorneys for Plaintiff
United States of America

11

12              **UNITED STATES DISTRICT COURT**

13              **EASTERN DISTRICT OF CALIFORNIA**

14

15  UNITED STATES OF AMERICA,                CASE NO.  1:14-CR-00041-LJO-SKO

16                          Plaintiff,       FINAL ORDER OF FORFEITURE

17                   v.

18  BRIAN CAPUTO,

19                          Defendant.

20

21       WHEREAS, on August 1, 2016, the Court entered a Preliminary Order of Forfeiture, forfeiting

22  to the United States all right, title, and interest of defendant Brian Caputo in the following property:

23              a.   Samsung cellular phone, seized from defendant by law enforcement on or about

24                   February 28, 2014.

25       AND WHEREAS, beginning on August 3, 2016, for at least 30 consecutive days, the United

26  States published notice of the Court's Order of Forfeiture on the official internet government

27  forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to

28  petition the Court within sixty (60) days from the first day of publication of the notice for a hearing

FINAL ORDER OF FORFEITURE                          1

1  to adjudicate the validity of their alleged legal interest in the forfeited property;

2      AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject

3  property, and the time for any person or entity to file a claim has expired.

4      Accordingly, it is hereby ORDERED and ADJUDGED:

5      1.    A Final Order of Forfeiture shall be entered forfeiting to the United States of America

6  all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253(a), to be disposed

7  of according to law, including all right, title, and interest of Brian Caputo.

8      2.    All right, title, and interest in the above-listed property shall vest solely in the name of

9  the United States of America.

10     3.    The Federal Bureau of Investigation shall maintain custody of and control over the

11  subject property until it is disposed of according to law.

12
   IT IS SO ORDERED.
13

14   Dated:   **December 30, 2016**        **/s/ Lawrence J. O'Neill**
                                            UNITED STATES CHIEF DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE                        2