**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 23 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. BRIAN CAPUTO, Defendant-Appellant. | No. 16-10497  D.C. No. 1:14-cr-00041-LJO Eastern District of California, Fresno  ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion for a extension of time to comply with the court's November 30, 2016 order (Docket Entry No. 5) is granted.

Appellant's submission of a completed Form CJA 23 is construed as a motion to proceed in forma pauperis. So construed, the motion is granted. The Clerk shall amend the court's docket to reflect this status.

The motion of retained counsel Eric A. Chase, Esq., to withdraw as counsel of record and for appointment of new counsel (Docket Entry Nos. 6, 7) is granted. Counsel will be appointed by separate order.

The Clerk shall electronically serve this order on the appointing authority for the Eastern District of California, who will locate appointed counsel. The appointing authority shall send notification of the name, address, and telephone

number of appointed counsel to the Clerk of this court at

counselappointments@ca9.uscourts.gov within 14 days of locating counsel.

Counsel shall designate the reporter's transcript by March 1, 2017. The transcript is due March 31, 2017. The opening brief and excerpts of record are due May 10, 2017; the answering brief is due June 9, 2017; and the optional reply brief is due within 14 days after service of the answering brief.

The Clerk shall also serve a Form CJA 24 on the appointing authority, who shall provide the form to newly appointed counsel. *See* 28 U.S.C. § 753(f). If appellant seeks transcripts of proceedings requiring special authorization, that authorization should be obtained from the district court. *See* 6 Guide to Judiciary Policy § 550.40.

The Clerk shall serve this order on former counsel and appellant individually at Reg. No. 71322-097, United States Penitentiary Lompoc, Lompoc, California 93436.