# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | U.S.D.C. No. 1:14-cr-00041-LJO (EDCA) |
|---|---|
| Plaintiff, | [U.S.C.A. No. 16 10497] |
| v. | ORDER GRANTING APPOINTED COUNSEL'S REQUEST TO HAVE ACCESS TO AND OBTAIN COPIES OF SEALED DOCUMENTS AND TRANSCRIPTS |
| BRIAN CAPUTO, | |
| Defendant. | |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that appellate counsel, Andrea R. St. Julian, have access to view the following sealed documents filed in this matter.

| Document Number | Date | Description |
|---|---|---|
| Dkt #46 | 04/10/2015 | Stipulation for Defendant to Be Temporarily Placed in the Third Party Custody Of Federal Public Defender |
| Dkt # 47 | 04/13/2015 | Sealed Event |
| Dkt # 48 | 04/13/2015 | Sealed Event |

IT IS FURTHER ORDERED that COPY PRO, or any othercopy service acting at appointed counsel's direction, be provided the above-listed documents by the records department of the United States District Court, Eastern District, Fresno Division, for the limited purpose of copying the documents and delivering those copies to appellate counsel, Andrea R. St. Julian.

IT IS FURTHER ORDERED that the following sealed proceedings in this district court case are authorized to be transcribed and provided to appellate counsel, Andrea R. St. Julian.

| Document Number | Date of Proceeding; And Judicial Officer | Nature of Proceeding | Court Reporter |
|---|---|---|---|
| Dkt # 23 | 7/21/2014; Before Magistrate Judge Sheila K. Oberto | Hearing re Request for New Counsel as to Brian Caputo | Karen Hooven |
| Dkt # 49 | 4/27/2015; District Judge Lawrence J. O'Neill | Attorney/client Issue | Karen Hooven |

IT IS SO ORDERED.

Dated:   **March 17, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE