1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. LAWRENCE J. O'NEILL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:14-cr-041 LJO-SKO |
| Plaintiff, ) | |
| ) | STATUS CONFERENCE |
| vs. ) | |
| ) | |
| BRIAN CAPUTO, ) | |
| ) | |
| Defendant. ) | |

Fresno, California                                    Monday, January 12, 2015

REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES OF COUNSEL**:

For the Government:        **MICHAEL TIERNEY**
                           Assistant U.S. Attorney
                           2500 Tulare Street, Rm. 4401
                           Fresno, California  93721

For the Defendant:         FEDERAL DEFENDER'S OFFICE
                           2300 Tulare Street
                           Suite 330
                           Fresno, CA  93721
                           BY:  **VICTOR CHAVEZ**
                                **JEROME PRICE**,
                                Assistant Federal Defenders


REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

1   Monday, January 12, 2015                    Fresno, California
2   10:35 a.m.
3          THE COURT:  Thanks, everyone.  Please be seated.
4   Sorry for the delay.  I was on a conference call I couldn't
5   get off of.
6          Let's call number 6 on calendar, and it is United
7   States versus Brian Caputo.
8          MR. TIERNEY:  Good morning, your Honor.  Michael
9   Tierney for the United States.
10         MR. CHAVEZ:  Good morning, your Honor.  Victor Chavez
11  and Jerome Price, on behalf of Brian Caputo.  Mr. Caputo is
12  present in custody.
13         He is seated at counsel table.  May he remain there,
14  your Honor?
15         THE COURT:  Sure.
16         MR. CHAVEZ:  Thank you.
17         MR. TIERNEY:  So, your Honor, we are here for a
18  status conference.  And the defense and the government are
19  both agreed in requesting a next status conference, and here's
20  why.
21         There is three issues that we are currently working
22  on.  One, is discovery and return of property issues, which
23  you heard a little bit about at the last hearing, and which we
24  are still attempting to get our hands around and look for some
25  specific things that the defense requested.

1       Number two, is that the defense has informed us that
2 they would like a physical and mental exam of the defendant,
3 and they are in the process of scheduling that.
4       And third, the defense has retained a technical
5 expert to review the data in this case, but he has some
6 medical injuries that make him unavailable for a period of
7 time.
8       So with those three issues, we are trying to juggle
9 them, and we think that another status conference, either 30
10 days out, which is the government's request, or 60 days out,
11 which I understand to be the defendant's request, would help
12 us solve those issues.
13       THE COURT: Are you satisfied, both of you, if we
14 split it and put it out 45 days?
15       MR. TIERNEY: That's fine with the government, your
16 Honor.
17       MR. CHAVEZ: That's fine, your Honor. And, your
18 Honor -- I will wait for the date.
19       THE COURT: How about March 2?
20       MR. TIERNEY: Fine with the government, your Honor.
21       THE COURT: That work for you?
22       MR. CHAVEZ: Your Honor, the only problem I have --
23 well, that will work. It will be in the morning, so we can do
24 it.
25       THE COURT: 8:15 because of the nature?

1       MR. CHAVEZ:  Yes, your Honor.
2       THE COURT:  March 2, then, at 8:15.
3       Time is waived for the reasons that both sides are
4  asking for this to be put out?
5       MR. CHAVEZ:  Agreed, your Honor.  Excludable time.
6       THE COURT:  All right.  But at that point, we need to
7  do something substantive.  I think everybody agrees, right?
8       MR. TIERNEY:  Yes.
9       MR. CHAVEZ:  Your Honor, I agree, but I just -- and
10 this is why we asked for 60 days -- I just, I want -- I guess
11 I want to be on the same page in terms of expectations.
12      What I anticipate that shortly, in the short term,
13 you know, we have this forensic computer examiner.  I just
14 haven't -- I need to get with him to know when he can go to
15 Sacramento and review the media, and -- in other words, given
16 his commitments, existing commitments, number one.
17      Well, number one, given his medical issue, which I
18 personally have not discussed with him, but it came to my
19 knowledge through another attorney in my office who is working
20 with him, and apparently --
21      THE COURT:  This is your expert's medical issue?
22      MR. CHAVEZ:  Yes.
23      THE COURT:  Okay.
24      MR. CHAVEZ:  And I have learned that he had surgery,
25 and then apparently a reinjury and had a setback, and he is

1  going to have another surgery.
2          Now, I haven't talked to him yet.  I e-mailed him,
3  asking him, "Well, what's your time frame?"  And I haven't
4  heard back.  I'm sure that we will know that, and we will
5  do -- I mean we will do everything we can to get him to do --
6  to provide his service as soon as possible.
7          THE COURT:  Okay.
8          MR. CHAVEZ:  And, of course, with the medical, we
9  will do the same.  And we will be working on the discovery.
10         I mean -- I don't mean -- I'm not hedging, your
11 Honor.  I'm just saying the Court said it wants to do
12 something substantive, and --
13         THE COURT:  Yes, it is just getting old.  And if
14 nothing else, set a date so we have a date.  But let's see
15 where we are.
16         MR. CHAVEZ:  All right.  Thank you very much.
17         THE COURT:  All right.  Anything else?
18         MR. TIERNEY:  No, your Honor.
19         MR. CHAVEZ:  No, your Honor.  Thank you.
20         Your Honor, I'm sorry --
21     (Counsel conferred off the record.)
22         MR. CHAVEZ:  Your Honor, there is something else to
23 put on the record -- I'm sorry.
24         THE COURT:  Okay.
25         MR. CHAVEZ:  -- having to do with the motion for

1 | return of property.  There are two items that the government
2 | is agreeable in returning, and I would be happy to prepare an
3 | order.
4 |        THE COURT:  What is it?
5 |        MR. TIERNEY:  They are a battery charger, your Honor,
6 | and a camera.
7 |        MR. CHAVEZ:  Those are Items 2 and 3, I believe.
8 |        MR. TIERNEY:  Yes.
9 |        MR. CHAVEZ:  Okay.  Item number one, we agree is not
10 | returnable.  And then on the balance -- there were six items.
11 | On the balance of the items, Mr. Tierney needs to consult with
12 | his case agent.  And I understand that; he is new to the case.
13 |        THE COURT:  But for now, you want a minute order on
14 | the camera and the battery charger; is that what you are
15 | saying?
16 |        MR. CHAVEZ:  Yes, your Honor.
17 |        THE COURT:  Done.
18 |        MR. CHAVEZ:  No need to submit an order?
19 |        THE COURT:  No.  We will do it by minute order.
20 |        MR. TIERNEY:  We will make arrangements.
21 |        MR. CHAVEZ:  Thank you, your Honor.
22 |        THE COURT:  All right.
23 |    (The proceedings were concluded at 10:41 a.m.)
24 |
25 |

1        I, PEGGY J. CRAWFORD, Official Reporter, do hereby
2    certify the foregoing transcript as true and correct.
3
4    Dated:   16th of March, 2017        /s/ Peggy J. Crawford
                                         PEGGY J. CRAWFORD, RDR-CRR
5