UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. LAWRENCE J. O'NEILL

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 1:14-cr-041 LJO-SKO |
| Plaintiff, ) | |
| ) | CHANGE OF PLEA |
| vs. ) | |
| ) | |
| BRIAN CAPUTO, ) | |
| ) | |
| Defendant. ) | |

Fresno, California                           Monday, May 16, 2016


REPORTER'S TRANSCRIPT OF PROCEEDINGS

**APPEARANCES OF COUNSEL**:

For the Government:        **MICHAEL TIERNEY**
                           Assistant U.S. Attorney
                           2500 Tulare Street, Rm. 4401
                           Fresno, California  93721

For the Defendant:         The Criminal Defense Group
                           2600 West Olive Avenue, Suite 500
                           Burbank, CA 91505
                           BY:  **ERIC A. CHASE**


REPORTED BY:  PEGGY J. CRAWFORD, RDR, CRR, Official Reporter


Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription.

```
 1   Monday, May 16, 2016                           Fresno, California
 2   10:40 a.m.
 3           THE COURT:  Let's call Brian Caputo.
 4           MR. TIERNEY:  Good morning, your Honor.  Michael
 5   Tierney for the United States.
 6           MR. CHASE:  Good morning, your Honor.  Eric Chase on
 7   behalf of Mr. Caputo, who is present.
 8           THE COURT:  Are we proceeding with a change of plea
 9   this morning?
10           MR. CHASE:  We are.
11   BY THE COURT:
12   Q.  Sir, what is your name?
13   A.  My name is Brian Caputo.
14   Q.  Mr. Caputo, have you had a chance to review the plea
15   agreement?
16   A.  Yes.
17   Q.  Do you read English?
18   A.  Yes, sir.
19   Q.  I think I have on the last page your signature on the plea
20   agreement.  Do you recognize that as yours?
21   A.  Yes, sir.
22   Q.  That signature to me means that you have had a chance to
23   review this entire document with the help of your lawyer.  And
24   if you had any questions, you asked him; he answered you to
25   your satisfaction, and you have no more questions about this
```

1  plea agreement.
2         Is that what that signature means to you?
3  **A.** Yes, sir.
4  **Q.** When you went through the document, the plea agreement,
5  did you understand the elements of the crime to which I
6  believe you are going to be pleading in Count 2?
7  **A.** Yes, sir.
8  **Q.** And did you understand the facts?
9  **A.** Yes, sir.
10 **Q.** And were those facts true?
11 **A.** Yes, sir.
12 **Q.** Do you understand that the maximum possible sentence in
13 this case -- actually minimum and maximum -- minimum of five
14 years' imprisonment, maximum of 20; a maximum fine of
15 $250,000, or both the fine and the imprisonment; a term of
16 supervised release, minimum of five years, maximum of
17 lifetime; and a mandatory penalty assessment of $100.
18 **A.** Yes, sir.
19 **Q.** And do you understand that you are waiving your right to
20 appeal?
21 **A.** Yes, sir.
22 **Q.** And there are certain things that you are agreeing to give
23 up permanently, it's called "forfeiture," to the government.
24 Do you understand that?
25 **A.** Yes.

1  **Q.**  And is that acceptable to you?
2  **A.**  Yes, sir.
3  **Q.**  Do you have any questions at all about the plea agreement?
4  **A.**  No, sir.
5  **Q.**  If you wanted to continue to plead not guilty, you could.
6  Do you know that?
7  **A.**  Yes, sir.
8  **Q.**  And if that's what you decided to do, we would make sure
9  that this case went to trial in a timely fashion.  It is
10 already set for June 14, and it would go forward on June 14 if
11 that's what you wanted to do.  Do you realize that?
12 **A.**  Yes, sir.
13 **Q.**  And if you wanted to go to trial, you certainly could, and
14 you would be there, your lawyer would be there for you.
15           The government would have the burden of proving the
16 case against you.  They would attempt to meet the burden by
17 bringing in witnesses and evidence.  You would watch those
18 witnesses testify against you, and your lawyer would ask those
19 witnesses questions for you.
20           If you wanted to testify, you could.  If you decided
21 you did not want to testify, nobody would use it against you.
22           You could bring in witnesses and evidence.  We would
23 help you get that here by the subpoena power of the Court, and
24 your trial would be open to the public, just like today's
25 hearing is.

| | |
|---|---|
| 1 | Do you understand those trial rights? |
| 2 | (Counsel and the defendant conferred off the record.) |
| 3 | THE DEFENDANT:  Yes, sir, I do. |
| 4 | BY THE COURT: |
| 5 | **Q.**  Do you wish to give them up and plead guilty? |
| 6 | **A.**  Yes, sir. |
| 7 | **Q.**  Is anybody forcing you or threatening you in any way to |
| 8 | get you to do this? |
| 9 | **A.**  No, sir. |
| 10 | **Q.**  I am obligated to consider the federal guidelines in |
| 11 | sentencing, but I'm not obligated to follow them, and if I |
| 12 | don't, you cannot take your change of plea back.  Do you |
| 13 | understand that? |
| 14 | **A.**  Yes, sir. |
| 15 | **Q.**  And I am not part of your plea agreement.  If I don't |
| 16 | follow it, you cannot take your change of plea back.  Do you |
| 17 | recognize that? |
| 18 | **A.**  Yes, sir. |
| 19 | **Q.**  Do you have any questions at all? |
| 20 | **A.**  None that I can think of. |
| 21 | **Q.**  All right. |
| 22 | Counsel, is there any reason then I should not now |
| 23 | take the change of plea as to Count 2? |
| 24 | MR. CHASE:  There is not, your Honor. |
| 25 | MR. TIERNEY:  No, your Honor. |

1   BY THE COURT:
2   **Q.**  I will read you Count 2.  If you don't understand
3   something or if you have a question, tell me, and we will stop
4   and take care of it right then.  All right?
5   **A.**  Yes, sir.
6   **Q.**  In Count 2, the Grand Jury charges you, beginning at a
7   time no later than December of 2008, and continuing through
8   approximately February 21, 2014, in Kern County, within the
9   State and Eastern District of California and elsewhere, you
10  knowingly received and distributed by way of the Internet, at
11  least one visual depiction, the producing of which involved at
12  least one minor engaging in sexually explicit conduct, as
13  defined under 18 United States Code section 2256, which
14  depiction had been transported in interstate or foreign
15  commerce, had been sent or received using any means or
16  facility of interstate or foreign commerce, or which contained
17  material which had been mailed, shipped, or transported in
18  interstate or foreign commerce by any means, including
19  computer, all in violation of Title 8 -- excuse me -- Title 18
20  United States Code, section 2252(a)(2).
21          How do you wish to plead to Count 2, guilty or not
22  guilty?
23  **A.**  Guilty.  Only thing is the --
24          MR. CHASE:  No.  It was a simple question --
25          THE DEFENDANT:  I plead guilty.

```
1             MR. CHASE:  Do you have a question, Brian?  If you
2    have a question, ask me.
3         (Counsel and the defendant conferred off the record.)
4             THE DEFENDANT:  I plead guilty to the charge.
5             THE COURT:  You had a question.  You've got it now
6    answered?
7             THE DEFENDANT:  Yes, sir.
8             THE COURT:  How do you wish to plead?
9             THE DEFENDANT:  I plead guilty, sir.
10            THE COURT:  The Court accepts the knowing,
11   intelligent, and voluntary waiver of rights, knowing,
12   intelligent, and voluntary change of plea, and as a result,
13   how does August 8th, look for judgment and sentencing?
14            MR. CHASE:  That's fine, your Honor.
15            THE COURT:  What time?
16            MR. CHASE:  At the Court's pleasure, preferably
17   10:00 a.m. or later.
18            MR. TIERNEY:  That's fine with the government.
19            THE COURT:  10:00 o'clock is fine.
20            Anything else?
21            MR. CHASE:  No, your Honor.
22            THE COURT:  We will vacate the trial date of June 14.
23            MR. CHASE:  Thank you, Judge.
24         (The proceedings were concluded at 10:26 a.m.)
25
```

1        I, PEGGY J. CRAWFORD, Official Reporter, do hereby

2   certify the foregoing transcript as true and correct.

3

4   Dated:   17th of March, 2017         /s/ Peggy J. Crawford
                                          PEGGY J. CRAWFORD, RDR-CRR
5