```
               UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA

          HON. SHEILA K. OBERTO, MAGISTRATE JUDGE


UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )   No. 14-CR-41-LJO
                             )
vs.                          )    PROCEEDINGS RE
                             )    DETENTION HEARING
BRIAN CAPUTO,                )
                             )
          Defendant.         )
_____)

Fresno, California              Monday, March 3, 2014




            REPORTER'S TRANSCRIPT OF PROCEEDINGS
```

KAREN HOOVEN, RMR-CRR
Official Court Reporter
CSR No. 5816

APPEARANCES OF COUNSEL:

For the Plaintiff:       United States Attorney's Office
                         BY: **DAVID GAPPA**
                         2500 Tulare Street
                         Suite 4401
                         Fresno, California 93721


For the Defendant:       Federal Defender's Office
                         BY: **VICTOR CHAVEZ**
                         2300 Tulare Street
                         Suite 330
                         Fresno, California 93721

| | |
|---|---|
| 1 | Monday, March 3, 2014                                      Fresno, California |
| 2 | 1:54 p.m. |

3   THE COURT: We're going to go right into the 1:30
4 calendar, please. Calling the -- actually, I'm going to begin
5 with the 25th matter on calendar. And the reason for that is
6 that Mr. Caputo is not here. So calling United States versus
7 Brian Caputo, case number 14-MJ-0008. If we can please have
8 the parties appearances.
9   MR. GAPPA: Good afternoon, Your Honor, David Gappa
10 for the United States.
11   MR. CHAVEZ: What was the matter the Court called?
12   THE COURT: This is the 25th matter. And I believe
13 it's Mr. Torres' case. Is that correct, Mr. Gappa? Or was he
14 the initial attorney on it?
15   MR. CHAVEZ: No, Your Honor. He made an initial
16 appearance. And I am appearing as the duty attorney.
17   THE COURT: And it's my understanding, Mr. Chavez,
18 that the matter will be continued to Wednesday for a detention
19 hearing.
20   MR. CHAVEZ: Your Honor, that's my understanding.
21 It's my understanding that Mr. Caputo was not transported from
22 Lerdo.
23   THE COURT: Right. And the Court finds good cause to
24 continue the detention hearing over until Wednesday, March
25 5th, 2014 at 1:30 p.m. and the initial hearing will be held on

1   that date.  Who is the pretrial services officer? .

2            MR. CHAVEZ:  I believe it's Ms. Serrano, Your Honor.

3            THE COURT:  Ms. Serrano, is there anything else I

4   need to do other than set this matter over to Wednesday?

5            PRETRIAL SERVICES OFFICER:  No, Your Honor.

6            THE COURT:  My apologies to any family members who

7   are here in the courtroom today.

8            MR. CHAVEZ:  Yes, Your Honor.  His mother -- his

9   family is here.  Thank you.

10           THE COURT:  You're welcome.  Thank you very much.

11           MR. GAPPA:  Thank you, Your Honor.

12           THE COURT:  You're welcome.

13      (The proceedings were concluded at 1:56 p.m.)

14

15           I, KAREN HOOVEN, Official Reporter, do hereby certify

16  that the foregoing transcript as true and correct.

17

18  DATED:  22nd of March, 2017        /s/   Karen Hooven
                                       KAREN HOOVEN, RMR-CRR
19

20

21

22

23

24

25