```
                   UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF CALIFORNIA

              HON. SHEILA K. OBERTO, MAGISTRATE JUDGE


UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )   No. 14-CR-41-LJO
                             )
vs.                          )   STATUS CONFERENCE
                             )
BRIAN CAPUTO,                )
                             )
          Defendant.         )
_____)

Fresno, California               Monday, May 19, 2014




                 REPORTER'S TRANSCRIPT OF PROCEEDINGS













KAREN HOOVEN, RMR-CRR
Official Court Reporter
CSR No. 5816
```

APPEARANCES OF COUNSEL:

For the Plaintiff:     United States Attorney's Office
                       BY: **DAVID GAPPA**
                       2500 Tulare Street
                       Suite 4401
                       Fresno, California 93721

For the Defendant:     Federal Defender's Office
                       BY: **VICTOR CHAVEZ**
                       and **JEROME PRICE**
                       2300 Tulare Street
                       Suite 330
                       Fresno, California 93721

```
 1   Monday, May 19, 2014                          Fresno, California
 2   1:20 p.m.
 3            THE COURT:  United States versus Brian Caputo.  Case
 4   number 14-CR-00041.  If we can please have the parties'
 5   appearances.
 6            MR. CHAVEZ:  Good afternoon, Your Honor.  Victor
 7   Chavez and Jerome Price appearing on behalf of Brian Caputo.
 8   And he is in the top row, number 5, raising his hand there.
 9            THE COURT:  Good afternoon.
10            MR. GAPPA:  Good afternoon, Your Honor, David Gappa
11   for the United States.
12            THE COURT:  Good afternoon, Mr. Chavez, Mr. Price
13   and Mr. Gappa.  And good afternoon to you, Mr. Caputo.
14            This is the first status conference in this case.
15   And I do note that the case is two months old but we did set
16   it over until today.  How much time would the parties like?
17   First of all, I'm assuming you provided discovery, Mr. Gappa.
18            MR. GAPPA:  Correct, Your Honor.
19            THE COURT:  Okay.  How much time would defense
20   counsel like to conduct their investigation?
21            MR. CHAVEZ:  Your Honor, I would like the Court
22   to -- if the Court could set 60 days for filing a motion,
23   non-dispositive.
24            THE COURT:  Okay.  Any motion -- is this a discovery
25   motion?  What motion do you have in mind?
```

1    MR. CHAVEZ:  It probably is in the nature of a
2 discovery motion or a bill of particulars.
3    THE COURT:  Any motions will be filed by July 7th,
4 2014.  How many time would you like to respond, Mr. Gappa?
5    MR. GAPPA:  Thank you, Your Honor.  Three weeks.
6    THE COURT:  Any response will be filed by July 28th,
7 2014.  And the -- the hearing on the motion will be
8 on -- would you like a reply, opportunity to reply?  The only
9 reason I'm asking it will depend on when I set it for hearing.
10    MR. CHAVEZ:  Yes, Your Honor.
11    THE COURT:  Any reply will be filed on August 4th,
12 2014.  And the hearing on the motion will be on August 18th,
13 2014 at one p.m. in this courtroom.
14    And time will be excluded through and including the
15 date of the next hearing on the motion to allow the Court to
16 consider the motions and also for defense preparation and
17 investigation.
18    Is there anything else I can assist the parties with?
19    MR. CHAVEZ:  No, Your Honor.  Thank you.
20    THE COURT:  You're welcome.
21    MR. GAPPA:  Your Honor, the only other item is Mr.
22 Chavez this morning asked for an additional item in discovery.
23 I'll have that for him this afternoon, I'll represent that to
24 him now.
25    THE COURT:  Thank you very much.  That's noted.

5

1    (The proceedings were concluded at 1:22 p.m.)

2

3        I, KAREN HOOVEN, Official Reporter, do hereby certify

4  that the foregoing transcript as true and correct.

5

6  DATED:  22nd of March, 2017         /s/  Karen Hooven
                                       KAREN HOOVEN, RMR-CRR
7