UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

HON. SHEILA K. OBERTO, MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) Plaintiff, ) | No. 14-CR-41-LJO |
| ) vs. ) | REQUEST FOR NEW COUNSEL |
| ) BRIAN CAPUTO, ) | |
| ) Defendant. ) | |

Fresno, California                    Monday, July 21, 2014

REPORTER'S TRANSCRIPT OF PROCEEDINGS

KAREN HOOVEN, RMR-CRR
Official Court Reporter
CSR No. 5816

APPEARANCES OF COUNSEL:

For the Plaintiff:	United States Attorney's Office
	BY: **DAVID GAPPA**
	2500 Tulare Street
	Suite 4401
	Fresno, California 93721

For the Defendant:	Federal Defender's Office
	BY: **VICTOR CHAVEZ**
	2300 Tulare Street
	Suite 330
	Fresno, California 93721

```
 1   Monday, July 21, 2014                           Fresno, California
 2   1:28 p.m.
 3            THE COURT:  And calling the last matter on calendar.
 4   United States versus Brian Caputo.  Case number 14-CR-00041.
 5            MR. GAPPA:  Good afternoon, Your Honor, David Gappa
 6   for the United States.
 7            THE COURT:  Good afternoon, Mr. Gappa.
 8            MR. CHAVEZ:  Good afternoon, Your Honor, Victor
 9   Chavez with Brian Caputo.  Mr. Caputo is present, seated at
10   the counsel table in custody.
11            THE COURT:  Good afternoon, Mr. Gappa, Mr. Chavez.
12   And good afternoon to you, Mr. Caputo.  I believe this matter
13   is on for a second status conference --
14            MR. CHAVEZ:  No, Your Honor.
15            THE COURT:  It's only for the request for new
16   counsel.
17            MR. CHAVEZ:  Correct.
18            THE COURT:  That -- okay.  I wanted to make clear.
19   Okay.  So what I'm going to do is clear the courtroom and seal
20   this portion of the record.  If we can please clear the
21   courtroom of everyone other than defense counsel, Mr. Caputo
22   and courtroom personnel.  And we will let you know when we're
23   done, Mr. Gappa.
24         (Proceedings were held in closed courtroom.  Sealed
25            transcript is filed under separate cover.)
```

Case 1:14-cr-00041-JLT-SKO   Document 118   Filed 03/22/17   Page 4 of 4

4

1       THE COURT:  Thank you.  The record will reflect that
2  Mr. Gappa has entered the courtroom.  I have heard Mr.
3  Caputo's motion and we have discussed it.  And I have denied
4  Mr. Caputo's motion for substitute counsel.
5       And I do note that the next status conference is set
6  for August 18, 2014.  Is there anything further?
7       MR. GAPPA:  No, Your Honor.
8       MR. CHAVEZ:  No, Your Honor.
9       THE COURT:  Thank you very much.  The Court stands in
10 recess.
11    (The proceedings were concluded at 1:48 p.m.)
12
13      I, KAREN HOOVEN, Official Reporter, do hereby certify
14 that the foregoing transcript as true and correct.
15
16 DATED:  22nd of March, 2017        /s/   Karen Hooven
                                      KAREN HOOVEN, RMR-CRR
17
18
19
20
21
22
23
24
25