```
               UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA

          HON. SHEILA K. OBERTO, MAGISTRATE JUDGE


UNITED STATES OF AMERICA,    )
                             )
         Plaintiff,          )   No. 14-CR-41-LJO
                             )
vs.                          )   STATUS CONFERENCE
                             )
BRIAN CAPUTO,                )
                             )
         Defendant.          )
_____)

Fresno, California              Monday, August 18, 2014




              REPORTER'S TRANSCRIPT OF PROCEEDINGS










KAREN HOOVEN, RMR-CRR
Official Court Reporter
CSR No. 5816
```

APPEARANCES OF COUNSEL:

For the Plaintiff:		United States Attorney's Office
				BY: **DAVID GAPPA**
				2500 Tulare Street
				Suite 4401
				Fresno, California 93721


For the Defendant:		Federal Defender's Office
				BY: **VICTOR CHAVEZ**
				and **JEROME PRICE**
				2300 Tulare Street
				Suite 330
				Fresno, California 93721

```
1   Monday, August 18, 2014                         Fresno, California
2   1:26 p.m.
3              THE COURT:  Calling the 13th matter on calendar.
4   United States versus Brian Caputo.  Case number 14-CR-00041.
5   If we can please have the parties appearances.
6              MR. CHAVEZ:  Good afternoon, Your Honor, Victor
7   Chavez and Jerome Price on behalf of Brian Caputo.  Mr. Caputo
8   is standing.
9              THE COURT:  Good afternoon, Mr. Chavez, Mr. Price.
10  And good afternoon to you, Mr. Caputo.
11             And Mr. Gappa, you're here on behalf of the United
12  States?
13             MR. GAPPA:  Yes.  Thank you, Your Honor.
14             THE COURT:  Thank you.  This is our second status
15  conference.  And my understanding is there are no discovery
16  issues pending.  So what can I assist the parties with?
17             MR. CHAVEZ:  Your Honor, there are no discovery
18  issues outstanding.  We have -- we have received additional
19  discovery and it's my understanding that we are going to
20  receive discovery in addition to that.
21             THE COURT:  And by when will that be provided, Mr.
22  Gappa?
23             MR. GAPPA:  It was, Your Honor.  It's just that it's
24  in route to the Federal Defender's Office.
25             And then in addition, we've also, just so it's on the
```

1  record, communicated about the defense request to review the
2  contraband material and the arrangements will be made to make
3  that at the most convenient location possible.
4          THE COURT: Thank you. So how much -- I do note that
5  the case has been pending since March. So how much time would
6  you like to conduct any further investigation?
7          MR. CHAVEZ: Your Honor, what I'd like to do is set
8  an additional motions schedule. And I would like to file
9  those motions on October the 14th. That will give us time to
10 continue to review the discovery and entertain offers.
11         THE COURT: And these are non-dispositive or
12 dispositive?
13         MR. CHAVEZ: Your Honor, these are -- they are
14 motions to suppress evidence. However, they are
15 non-dispositive.
16         THE COURT: So they're motions to suppress evidence,
17 but non-dispositive?
18         MR. CHAVEZ: Correct.
19         THE COURT: Are you saying they should be set in this
20 Court? I have not set motions to suppress before me.
21         MR. CHAVEZ: Okay. Well, I don't know what -- I'm
22 not saying where it should be set, I'm just saying they're not
23 dispositive. I don't mind if you set it here. Whatever the
24 Court wants to do.
25         THE COURT: Mr. Gappa?

1    MR. GAPPA: Your Honor, other instances like that,
2 the case has been heard by the District Court Judge. But it
3 does not matter to the government if Your Honor wants to hear
4 and rule on the motion if it's filed.
5    THE COURT: Let me do this. I'm going to set them
6 before Judge O'Neill in the event that you decide that you may
7 want to file this dispositive motion because I do note
8 discovery motions have already been filed.
9    MR. CHAVEZ: Yes.
10    THE COURT: I've already -- we've already resolved
11 those. So I'm going to set this for motions. And you said
12 they're non-dispositive motions to suppress. I'm going to set
13 the motion filing date for October 14th, 2014. And how much
14 time would you like to respond, Mr. Gappa?
15    MR. GAPPA: Your Honor, if the government could have
16 four weeks.
17    THE COURT: Any opposition will need to be filed by
18 November 12th, 2014. Any reply will need to be filed by
19 November 19th, 2014. And the hearing on the motions will be
20 on November 23rd, 2014 at 8:30 a.m. before Judge O'Neill.
21    And Judge O'Neill will also set the trial to the
22 extent that the motions indicate the trial should go forward.
23 And if you're indicating they're non-dispositive, then most
24 likely it will.
25    To the extent the parties determine that the motions

1  are completely non-dispositive and you filed additional
2  discovery motions, please reset the motions before me because
3  I don't want to have Judge O'Neill be burdened with discovery
4  motions.  And then the trial setting will be here too.  But
5  otherwise it will before Judge O'Neill.
6        And time will be excluded through and including the
7  date of the next hearing for Judge O'Neill's consideration of
8  the motions and for defense preparation and investigation.
9        Is there anything else I can assist the parties with?
10       MR. CHAVEZ:  No, Your Honor.  Thank you.
11       MR. GAPPA:  Thank you, Your Honor.
12       THE COURT:  You're welcome.  Thank you.
13    (The proceedings were concluded at 1:31 p.m.)
14
15       I, KAREN HOOVEN, Official Reporter, do hereby certify
16  that the foregoing transcript as true and correct.
17
18  DATED:  22nd of March, 2017        /s/  Karen Hooven
                                       KAREN HOOVEN, RMR-CRR
19
20
21
22
23
24
25