FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 27 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-10497 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 1:14-cr-00041-LJO-SKO-1 |
| v. | Eastern District of California, Fresno |
| BRIAN CAPUTO, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 15) for an extension of time to file the opening brief is granted. The opening brief is due September 12, 2017. The answering brief is due October 12, 2017. The optional reply brief is due within 14 days after service of the answering brief.

Any further request for an extension of time to file the opening brief is disfavored.

LK/Pro Mo