FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

SEP 12 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff-Appellee, v. BRIAN CAPUTO, Defendant-Appellant. | No. 16-10497 D.C. No. 1:14-cr-00041-LJO-SKO-1 Eastern District of California, Fresno ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's motion (Docket Entry No. 17) for a extension second of time to file the opening brief is granted. The opening brief is due November 3, 2017. The answering brief is December 4, 2017. The optional reply brief is due within 21 days after service of the answering brief.

No further extension of time will be granted to file the opening brief absent extraordinary circumstances.

LK/Pro Mo