FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 29 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| UNITED STATES OF AMERICA, | No. 16-10497 |
|---|---|
| Plaintiff-Appellee, | D.C. No. 1:14-cr-00041-LJO-SKO-1 |
| v. | Eastern District of California, Fresno |
| BRIAN CAPUTO, | |
| Defendant-Appellant. | ORDER |

Before: Peter L. Shaw, Appellate Commissioner.

Appellant's unopposed motion (Docket Entry No. 23) for a fourth extension of time to file the opening brief is granted. The opening brief is due January 16, 2018. The answering is due February 15, 2018. The optional reply brief is due within 21 days after service of the answering brief.

Any further request for an extension of time to file the opening brief is disfavored.

Counsel is requested to seek a single extension of time adequate to permit preparation of the brief, rather than file multiple extension requests. *See* Advisory Note to 9th Cir. R. 31-2.2.

LK/Pro Mo