| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | SEP 25 2018 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

BRIAN CAPUTO,

    Defendant-Appellant.

No. 16-10497

D.C. No.
1:14-cr-00041-LJO-SKO-1
Eastern District of California,
Fresno

ORDER

Before: Peter L. Shaw, Appellate Commissioner.

The court has received appellant's motion at Docket Entry No. 42. Within 14 days after the date of this order, appellee shall file a response to the motion. Appellant may file an optional reply within 7 days after service of the response.

The Clerk shall maintain under provisional seal the response and any reply to Docket Entry No. 42.

Briefing is complete.

SLL/MOATT