UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 8 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> BRIAN CAPUTO, <br><br> Defendant-Appellant. | No.   16-10497 <br><br> D.C. No. 1:14-cr-00041-LJO-SKO-1 <br> Eastern District of California, Fresno <br><br> ORDER |

Before: NGUYEN and OWENS, Circuit Judges.

The motion to file document under seal (Docket Entry No. 42) is granted.

The Clerk shall maintain Docket Entry No. 42 under seal.

To the extent that appellant requests other relief, Docket Entry No. 42 is referred to the panel assigned to decide the merits of this appeal.

Briefing is complete.

SLL/MOATT