71322-097
Brian Caputo
FCC Yazoo CITY
United States Penitentiary
P.O. BOX 5000
Yazoo CITY, MS 39194
United States

United States District Court
Eastern District of California

| | |
|---|---|
| United States of America, Plaintiff, | Case No. 1:14-CR-00041-LJO-SKO |
| V. | Motion To Vacate All Charges |
| Brian Caputo, Defendant. | FILED MAY 11 2020 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA BY DEPUTY CLERK |

COMES NOW, Brian Caputo (Defendant), in a motion to vacate the charge held against him. Defendant was charged with and pled guilty to: One Count of receiving or distributing child pornography in violation of 18 U.S.C. §2252(a)(2). This Court sentenced him to 15 years imprisonment, to be followed by 15 years of supervised release. He now motions this Court to vacate all charges based on these grounds and newly never before known evidence:

(i) United States Department of Justice receipt for Property seized on 2/28/14 at 9:10 am File #305H-SC-4480087;

(ii) A letter from the U.S. Department of Justice sent from 4550 California Ave. Bakersfield, Ca. 93309 on June 27, 2018 refering to File #305H-SC-4480087; and

(iii) The fruit-of-poisonous-tree-doctrine.

In article two (ii), the letter from the U.S. Department of Justice; it's stated,

"On 2/28/14, the following items were aquired by the Federal Bureau of Investigation (FBI) and

were placed into evidence;...
...(4) Samsung Gray in color model:
SCH-U650 cell phone
(5) iPhone Black in color Model: A1387."

Defendant, now asks if a lie is said in court or if something was to be proven is it not to be stricken and not allowed to be said or used in Court.

Defendant, now brings up article one(i), the reciept of property seized documented on Febuary 28, 2014, to that of article two(ii) on June 27, 2018. In article one(i) the very first item noted to be seized was a(n)

"Black Samsung Phone (boostmobile)
with battery"

Note that there is no form of identifying this item other than the color "Black-Samsung Phone." Also there is only this one "Black Samsung Phone (boostmobile) with battery" taken from 1311 Haven Drive, Apt. 8 on 2/28/14.

Again, in article two(ii) there is now a Gray Samsung phone model: SCH-U650, and a(n) iPhone Black in color Model: A1387. That were said, had been acquired by the (FBI) and placed into evidence on 2/28/14. Yet, there is no prior documentation or knowlege of these items. Proving that the evidence used against Defendant was falsified and illegally used against him.

Which now brings to light article three(iii), the fruit-of-poisonous-tree-doctrine. As the two documents provided in article one(i), and article two(ii) discredit and contradict each other. The fruit-of-poisonous-tree-doctrine states that any and all evidence produced from are to be stricken from being used in a court setting if they are illegally obtained.

As the phones can now be proven to not be mine, any and/or all "evidence" and/or materials from those phones should legally be stricken; such as to say what information derived from which phone/device should not be allowed in court and as there is no way to prove this; every piece of evidence is tainted. As all evidence was falsely and illegally planted as it is proven to not be persice and particular in bredth. Defendant now asks, after being imprisoned for six years on false evidence; the Courts now dismiss the charges held against him, and he be released from prison immediately.

Monday, May 4, 2020

*Brian Caputo*
Brian Caputo
71322-097
FCC Yazoo City
United States Penitentary
P.O. BOX 5000
Yazoo City, Ms. 39194



**U.S. Department of Justice**

Federal Bureau of Investigation

4550 California Ave.
Bakersfield, CA 93309
(661)323-9665

In Reply, Please Refer to
File No. 305H-SC-4480087

June 27, 2018

Inmate#: 71322-097
Brian Anthony Caputo
FCI Marianna
P.O. Box 7007.
Marianna, FL 32447

Mr. Caputo:

On 2/28/2014, the following items were acquired by the Federal Bureau of Investigation (FBI) and were placed into evidence:

1. Black Yiboyuan battery charger with Samsung battery

2. Belkin n450 db wireless N router, serial #20318GE5207243

3. Webstar modem, serial # 206406758

4. Samsung Gray in color model: SCH-U650 cell phone

5. iPhone Black in color Model: A1387

    As required by federal regulations, you are hereby advised that you have thirty (30) days from the date postmarked on this letter to claim the above-described property. If the property is not claimed by this date, title to the property will vest in the United States pursuant to Title 41, Code of Federal Regulations (C.F.R.) - Section 128-48.102.1.

    The responsibility of obtaining this property is your own, either by personally picking up the property or making the necessary arrangements to have a representative pick it up for you. In order to personally pick up the property, the following items must be supplied to the field office:

1. Two (2) pieces of identification; and
2. A copy of this letter.

    In the event that a representative will be sent to pick up the property, in addition to the above requirements, a notarized letter from the owner, giving permission to obtain the property, must also be supplied.

    If you have any questions, please contact Special Agent David L. Hunter, 4550 California Ave., Ste. 410, Bakersfield, CA 93309, telephone number (661) 852-2474 or email David.Hunter@ic.fbi.gov. It will be necessary for you to make an appointment to pick up the property.

    The property will be released to you or your authorized representative, upon completion of an FBI Indemnity Agreement. This letter will be the only notice you will receive concerning this property.

Sincerely,

Jose Moreno
Supervisory Special Agent

*[Handwritten note:]* Went into office to Pick up 7-23-18 was denied due to there being an ongoing appeal. / Copy.

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 305H-SC-4480087

On (date) 2/28/14     9:10 AM

item(s) listed below were:
- ☐ Received From
- ☐ Returned To
- ☐ Released To
- ☒ Seized

(Name) Patricia Caputo

(Street Address) 1311 Haven Drive, Apt. 8

(City) Alvin, CA

Description of Item(s):
1. Black Samsung phone (boostmobile) with battery
2. Black Yiboyuan battery charger with Samsung battery
3. Sony Cyber-shot camera, serial # 71032 with Sony lanyard and Sony 256MB Memory Stick Pro Duo
4. HP Pavilion P6000 Series Computer, serial # MXX1290N4K with power cord
5. Belkin N450 DB wireless N Router, serial # 30318GE5207343
6. Webstar modem, serial # 20640758 with power cord

Received By: _____ (Signature)

Received From: Patricia Caputo (Signature)