*John David Sabow, MD*
*1145 Settlers Creek Pl.*
*Rapid City, SD 57701*
(605) 431-6233

*September 4, 2016*

*Eric Chase*
*The Criminal Defense Group*

*RE: Brian Caputo:*
*This unfortunate 27-year-old man was born with a spectrum of congenital brain abnormalities. One of these includes colpocephaly. Colpocephaly is a cephalic disorder involving the disproportionate enlargement of the occipital horns of the lateral ventricles and is usually diagnosed early after birth due to seizures. It is associated with multiple neurological syndromes, including agenesis of the corpus callosum with which he is afflicted. The corpus callosum is the band of white matter connecting the two cerebral hemispheres. It plays an extremely important role in interhemispheric communication, thus lack of or absence of these neural fibers results in a number of disabilities including moderate to severe intellectual disability and social difficulties, even when their intelligence quotient is normal. The unusual social behavior in childhood is often mistaken for or misdiagnosed as Asperger syndrome or other autism spectrum disorders. This birth anomaly is commonly believed to occur due to a neuronal migration disorders during early brain development, which results from chromosomal abnormalities, intrauterine disturbances, or some other central nervous system malady.*

*In 2013 Brian was admitted to the Kern Medical Center in Bakersfield CA. with a severe migraine and left side weakness. He had a long history of migraine attacks. A MRI demonstrated the congenital abnormalities but in addition there was a prominent enhancing lesion in the pons, which is a part of the brainstem. There were several other small lesions in the cortex around the ventricles. Multiple sclerosis was considered in the differential diagnosis. However, subsequent events and MRI studies were more suspicious for an unspecified leukoencephalopathy.*

*I* interviewed Brian's mother on 9/3/2016. Brian *presently is incarcerated and not doing well from a medical standpoint. According to Ms. Caputo, Brian is loosing weight. He is slurring his speech, having severe migraines and his strength is deteriorating. Apparently he is not receiving further diagnostic or treatment options.*

*OPINION:*

Exhibit 2

*It is my opinion that Brian Caputo not only is the victim of genetically determined chromosomal anomalies that are discussed above and identified on numerous MRI examinations. In addition he suffers from another genetic chromosomal anomaly called CADASIL (cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy). The disease belongs to a family of disorders called the leukodystrophies. The most common clinical manifestations are migraine headaches and transient ischemic attacks or strokes. MRIs show hypointensities on T1-weighted images and hyperintensities on T2-weighted images, usually multiple confluent white matter lesions of various sizes, are characteristic. These lesions are concentrated around the basal ganglia, peri-ventricular white matter, and the pons. There is no cure but an antiplatelet drug and aggressive migraine control must be initiated. These characteristic lesions on the MRI are almost identical to those present on Brian's multiple MRIs. Consequently, given Brian's obvious abnormal genetically determined brain anomalies with the history of severe migraine and stroke like episodes and with the MRI lesions, the diagnosis of CADASIL is more likely than not.*

*It is my firm belief that incarceration for his conduct should be revisited. As I have discussed and what has been indicated in the professional scientific literature, his congenital anomalies have been the dominant determinant of his criminal aberrational behavior irrespective of his IQ. The combination of agenesis of the corpus callosum and colpocephaly is clearly the substrate of his behavioral deviance and it can be successfully treated with psychological intervention. This must be supplemented by neurological care as I have suggested previously.*

*John David Sabow, MD*



**NIH** National Institute of Neurological Disorders and Stroke

Disorders A-Z: A B C D E F G H I J K L M N O P Q R S T U V W X Y Z

You Are Here: Home » Disorders A-Z » CADASIL »

## NINDS CADASIL Information Page

### Table of Contents (click to jump to sections)
What is CADASIL?
Is there any treatment?
What is the prognosis?
What research is being done?
Clinical Trials
Organizations

Listen

## What is CADASIL?

CADASIL (Cerebral Autosomal Dominant Arteriopathy with Sub-cortical Infarcts and Leukoencephalopathy) is an inherited form of cerebrovascular disease that occurs when the thickening of blood vessel walls blocks the flow of blood to the brain. The disease primarily affects small blood vessels in the white matter of the brain. A mutation in the Notch3 gene alters the muscular walls in these small arteries. CADASIL is characterized by migraine headaches and multiple strokes progressing to dementia. Other symptoms include cognitive deterioration, seizures, vision problems, and psychiatric problems such as severe depression and changes in behavior and personality. Individuals may also be at higher risk of heart attack. Symptoms and disease onset vary widely, with signs typically appearing in the mid-30s. Some individuals may not show signs of the disease until later in life. CADASIL — formerly known by several names, including hereditary multi-infarct dementia — is one cause of vascular cognitive impairment (dementia caused by lack of blood to several areas of the brain). It is an autosomal dominant inheritance disorder, meaning that one parent carries and passes on the defective gene. Most individuals with CADASIL have a family history of the disorder. However, because the genetic test for CADASIL was not available before 2000, many cases were misdiagnosed as multiple sclerosis, Alzheimer's disease, or other neurodegenerative diseases.

## Is there any treatment?

There is no treatment to halt this genetic disorder. Individuals are given supportive care. Migraine headaches may be treated by different drugs and a daily aspirin may reduce stroke and heart attack risk. Drug therapy for depression may be given. Affected

individuals who smoke should quit as it can increase the risk of stroke in CADASIL. Other stroke risk factors such as hypertension, hyperlipidemia, diabetes, blood clotting disorders and obstructive sleep apnea also should be aggressively treated..

## What is the prognosis?

Symptoms usually progress slowly. By age 65, the majority of persons with CADASIL have cognitive problems and dementia. Some will become dependent due to multiple strokes.

## What research is being done?

The National Institute of Neurological Disorders and Stroke (NINDS) conducts stroke research and clinical trials at its laboratories and clinics at the National Institutes of Health (NIH) and through grants to major medical institutions across the country. Scientists are currently studying different drugs to reduce cognitive problems seen in patients with CADASIL. Researchers are also looking at ways to overcome an over-reaction to hormones that lead to high blood pressure and poor blood supply in patients with CADASIL.

## NIH Patient Recruitment for CADASIL Clinical Trials

- **At NIH Clinical Center**
- **Throughout the U.S. and Worldwide**
- **NINDS Clinical Trials**

## Organizations

**United Leukodystrophy Foundation**
224 North 2nd Street, Suite 2
DeKalb, IL 60115
office@ulf.org
http://www.ulf.org
Tel: 815-748-3211; 800-728-5483
Fax: 815-748-0844

**American Heart Association**
7272 Greenville Avenue
Dallas, TX 75231-4596
inquiries@heart.org
http://www.heart.org
Tel: 800-AHA-USA1 (242-8721); 214-373-6300

**cureCADASIL Association**
10 Schalks Crossing Road
Suite 501A-133
Plainsboro, NJ 08536
info@cadasilassociation.org
http://www.cadasilassociation.org
Tel: 307-215-9840

Prepared by:
Office of Communications and Public Liaison
National Institute of Neurological Disorders and Stroke
National Institutes of Health
Bethesda, MD 20892

NINDS health-related material is provided for information purposes only and does not necessarily represent endorsement by or an official position of the National Institute of Neurological Disorders and Stroke or any other Federal agency. Advice on the treatment or care of an individual patient should be obtained through consultation with a physician who has examined that patient or is familiar with that patient's medical history.

All NINDS-prepared information is in the public domain and may be freely copied. Credit to the NINDS or the NIH is appreciated.

Last Modified March 3, 2016



National Institute of Neurological Disorders and Stroke
Home | About NINDS | Disorders A - Z | Research Funding | News From NINDS | Find People | Training | Research | Enhancing Diversity
Careers@NINDS | FOIA | Accessibility Policy | Contact Us | Privacy Statement

  USA.gov

NIH...Turning Discovery Into Health®

# Agenesis of the corpus callosum

From Wikipedia, the free encyclopedia

**Agenesis of the corpus callosum** (**ACC**) is a rare birth defect (congenital disorder) in which there is a complete or partial absence of the corpus callosum. It occurs when the corpus callosum, the band of white matter connecting the two hemispheres in the brain, fails to develop normally, typically during pregnancy. The fibers that would otherwise form the corpus callosum become longitudinally oriented within each hemisphere and form structures called Probst bundles.

In addition to agenesis of the corpus callosum, other callosal disorders include hypogenesis (partial formation), dysgenesis (malformation) of the corpus callosum, and hypoplasia (underdevelopment) of the corpus callosum.[1]

| Agenesis of the corpus callosum | |
|---|---|
| Classification and external resources | |
| OMIM | 217990 (http://omim.org/entry/217990) |
| DiseasesDB | 29900 (http://www.diseasesdatabase.com/ddb29900.htm) |
| eMedicine | radio193 (http://www.emedicine.com/radio/topic193.htm) |
| Patient UK | Agenesis of the corpus callosum (http://patient.info/doctor/Aicardi-Syndrome) |

## Contents

- 1 Diagnosis
- 2 Cause
  - 2.1 Relation to other rare disorders: genetic ciliopathy
- 3 Signs and symptoms
- 4 Associated syndromes and conditions
- 5 Treatment
- 6 Prognosis
- 7 Notable cases
- 8 Notes
- 9 External links

## Diagnosis

Callosal disorders can be diagnosed through brain imaging studies or during autopsy.[2] They may be diagnosed through an MRI, CT scan, Sonography, prenatal ultrasound, or prenatal MRI.[1]

## Cause

Agenesis of the corpus callosum is caused by disruption to development of the fetal brain between the 3rd and 12th weeks of pregnancy.[2] In most cases, it is not possible to know what caused an individual to have ACC or another callosal disorder. However, research suggests that some possible causes may include chromosome errors, inherited genetic factors, prenatal infections or injuries, prenatal toxic exposures, structural blockage by cysts or other brain abnormalities, and metabolic disorders.[1]

### Relation to other rare disorders: genetic ciliopathy

Until recently, the medical literature did not indicate a connection among many genetic disorders, both genetic syndromes and genetic diseases, that are now being found to be related. As a result of new genetic research, some of these are, in fact, highly related in their root cause despite the widely varying symptoms apparent on clinical examination. Agenesis of the corpus callosum is one such disease, part of an emerging class of diseases called ciliopathies. The underlying cause may be a dysfunctional molecular mechanism in the primary cilia structures of the cell organelles that are present in many cellular types throughout the human body. The cilia defects adversely affect "numerous critical developmental signaling pathways" essential to cellular development and thus offer a plausible hypothesis for the often multi-symptom nature of a large set of syndromes and diseases. Known ciliopathies include primary ciliary dyskinesia, Bardet-Biedl syndrome, polycystic kidney and liver disease, nephronophthisis, Alstrom syndrome, Meckel-Gruber syndrome, and some forms of retinal degeneration.[3]

## Signs and symptoms

Signs and symptoms of ACC and other callosal disorders vary greatly among individuals. However, some characteristics common in individuals with callosal disorders include vision impairments, low muscle tone (hypotonia), poor motor coordination, delays in motor milestones such as sitting and walking, low perception of pain, delayed toilet training, and chewing and swallowing difficulties. Laboratory research has



MRI images of three patients in the sagittal plane. A and B: Complete agenesis of the corpus callosum. C: Complete agenesis of both the corpus callosum and the anterior commissure.

demonstrated that individuals with ACC have difficulty transferring more complex information from one



Case 1:14-cr-00041-JLT-SKO   Document 91-3   Filed 10/17/16   Page 8 of 13

syndrome or other autism spectrum disorders. Other characteristics sometimes associated with callosal disorders include seizures, spasticity, early feeding difficulties and/or gastric reflux, hearing impairments, abnormal head and facial features, and a mental handicap.[1]

## Associated syndromes and conditions

Some syndromes that frequently include ACC are Aicardi syndrome, Andermann syndrome, Shapiro syndrome, acrocallosal syndrome, septo-optic dysplasia (optic nerve hypoplasia), Mowat-Wilson syndrome, John Sayden syndrome, Menkes syndrome, and L1CAM Syndrome. Some conditions that are sometimes associated with ACC include maternal nutritional deficiencies or infections, metabolic disorders, fetal alcohol syndrome, craniofacial abnormalities, and other oral and maxillofacial pathologies.[1]

## Treatment

There are currently no specific medical treatments for callosal disorders, but individuals with ACC and other callosal disorders may benefit from a range of developmental therapies, educational support, and services. It is important to consult with a variety of medical, health, educational, and social work professionals. Such professionals include neurologists, neuropsychologists, occupational therapists, physical therapists, speech and language pathologists, pediatricians, music therapists, geneticists, Social workers, special educators, early childhood intervention specialists, and caregivers for adults.[1]

## Prognosis

Prognosis varies depending on the type of callosal abnormality and associated conditions or syndromes. It is not possible for the corpus callosum to regenerate.[2] Neuropsychological testing reveals subtle differences in higher cortical function compared to individuals of the same age and education without ACC, although some individuals with callosal disorders have average intelligence and live normal lives.

## Notable cases

Kim Peek, inspiration for the film *Rain Man* and renowned for his savant abilities, was born with agenesis of the corpus callosum, along with macrocephaly and damage to the cerebellum.[6]

## Notes

1. "ACC - What is agenesis of the corpus callosum?". University of Maine. Retrieved April 11, 2010.
2. "Corpus callosum disorders". National Organization for Disorders of the Corpus Callosum. Retrieved April 11, 2010.
3. Badano JL, Mitsuma N, Beales PL, Katsanis N (2006). "The Ciliopathies: An Emerging Class of Human Genetic Disorders". *Annual Review of Genomics and Human Genetics*. 7: 125–148. doi:10.1146/annurev.genom.7.080505.115610. PMID 16722803.
4. "Agenesis of the Corpus Callosum". Travis Research Institute. Retrieved April 11, 2010.
5. "Corpus Callosum Research Program". California Institute of Technology. Archived from the original on 10 April 2010. Retrieved April 11, 2010.
6. Martin GN, Carlson NR, Buckist W (2007). *Psychology* (3rd ed.). London: Pearson Education Company.

## External links

Support organizations:

- National Organization for Disorders of the Corpus Callosum (http://www.nodcc.org/) Non - profit US organisation offering information and support.
- Corpal (http://www.corpal.org.uk/) UK charity offering support to families caring for children with ACC.
- Agenesis of the Corpus Callosum Community (http://www.acc-community.com) A site with message boards for discussing ACC.
- ACC page from Contact a Family (http://www.cafamily.org.uk/Direct/a27.html) UK charity providing support and advice to families with disabled children or those with special needs.
- Aicardi Syndrome Foundation (http://www.aicardisyndrome.org/) Support and information for families caring for children with Aicardi Syndrome.
- UCSF Fetal Treatment Center: Agenesis of the corpus callosum (http://fetus.ucsfmedicalcenter.org/corpus_callosum/)
- Caregiver Support and Personal Stories (http://www.experienceproject.com/group_profile.php?g=40022) - Personal experiences of those affected by Agenesis of Corpus Callosum
- Australian Disorders of the Corpus Callosum (http://www.ausdocc.org.au/) Non profit organisation advocating, uniting & supporting Australian individuals, families and caregivers affected by ACC

Retrieved from "https://en.wikipedia.org/w/index.php?title=Agenesis_of_the_corpus_callosum&oldid=737848238"

Categories: Congenital disorders of nervous system

---

- This page was last modified on 5 September 2016, at 10:58.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# CADASIL syndrome

From Wikipedia, the free encyclopedia

CADASIL ("Cerebral Autosomal-Dominant Arteriopathy with Subcortical Infarcts and Leukoencephalopathy") is the most common form of hereditary stroke disorder, and is thought to be caused by mutations of the Notch 3 gene on chromosome 19.[1] The disease belongs to a family of disorders called the Leukodystrophies. The most common clinical manifestations are migraine headaches and transient ischemic attacks or strokes, which usually occur between 40 and 50 years of age, although MRI is able to detect signs of the disease years prior to clinical manifestation of disease.[2][3]

## Contents

- 1 Signs and symptoms
- 2 Pathophysiology
- 3 Diagnosis
- 4 Treatment
- 5 In popular culture
- 6 See also
- 7 References
- 8 External links



Brain MRI from patients with CADASIL showing multiple lesions.

**Classification and external resources**

| | |
|---|---|
| OMIM | 125310 (http://omim.org/entry/1253 10) |
| DiseasesDB | 2161 (http://www.diseasesdatabase.c om/ddb2161.htm) |
| Patient UK | CADASIL syndrome (http://patient.i nfødoctor/Cerebral-Autosomal-Dom inant-Arteriopathy) |
| MeSH | D046589 (https://www.nlm.nih.gov/ cgi/mesh/2016/MB_cgi?field=uid&t erm=D046589) |
| GeneReviews | CADASIL (http://www.ncbi. nlm.nih.gov/books/NBK1500 /) |

## Signs and symptoms

CADASIL may start with attacks of migraine with aura or subcortical transient ischemic attacks or strokes, or mood disorders between 35 and 55 years of age. The disease progresses to subcortical dementia associated with pseudobulbar palsy and urinary incontinence.

Ischemic strokes are the most frequent presentation of CADASIL, with approximately 85% of symptomatic individuals developing transient ischemic attacks or stroke(s). The mean age of onset of ischemic episodes is approximately 46 years (range 30–70). A classic lacunar syndrome occurs in at least two-thirds of affected patients while hemispheric strokes are much less common. It is worthy of note that ischemic strokes typically occur in the

absence of traditional cardiovascular risk factors. Recurrent silent strokes, with or without clinical strokes, often lead to cognitive decline and overt subcortical dementia. A case of CADASIL presenting as schizophreniform organic psychosis has been reported.[4]

## Pathophysiology

The underlying pathology of CADASIL is progressive degeneration of the smooth muscle cells in blood vessels. Mutations in the *Notch 3* gene (on the short arm of chromosome 19) cause an abnormal accumulation of Notch 3 at the cytoplasmic membrane of vascular smooth-muscle cells both in cerebral and extracerebral vessels,[5] seen as granular osmiophilic deposits on electron microscopy.[6]

## Diagnosis

MRIs show hypointensities on T1-weighted images and hyperintensities on T2-weighted images, usually multiple confluent white matter lesions of various sizes, are characteristic. These lesions are concentrated around the basal ganglia, peri-ventricular white matter, and the pons, and are similar to those seen in Binswanger disease.[2][7] These white matter lesions are also seen in asymptomatic individuals with the mutated gene.[8] While MRI is not used to diagnose CADASIL, it can show the progression of white matter changes even decades before onset of symptoms.



A micrograph showing punctate immunostaining (brown) with a Notch 3 antibody, as is characteristic in CADASIL.

The definitive test is sequencing the whole Notch 3 gene, which can be done from a sample of blood. However, as this is quite expensive and CADASIL is a systemic arteriopathy, evidence of the mutation can be found in small and medium-size arteries. Therefore, skin biopsies are often used for the diagnosis.[9][10]

## Treatment

No specific treatment is available. However, anti-platelet agents such as aspirin, dipyridamole, or clopidogrel might slow down the disease and help prevent strokes. Given the propensity for cardiovascular and cerebrovascular complications, minimizing vascular risk factors and implementing therapy for primary or secondary prevention of stroke and myocardial infarction seems prudent. Stopping oral contraceptive pills is justified in particular in cases with migraine with aura. Aggressive treatment of hypercholesterolemia and hypertension is reasonable, although the utility of statins and antihypertensive agents in the absence of cardiovascular risk factors is unknown. Homocysteine levels are elevated in CADASIL and treatment with folic acid is reasonable. Anti-platelet therapy appears justifiable, whereas anticoagulation may be inadvisable given the propensity for microhemorrhages, and thus warfarin should be avoided. Administering tPA following onset of stroke is not advised for CADASIL patients, due to increased risk of microhemorrhages.[11]

Some CADASIL patients have used L-Arginine, a naturally occurring amino acid, to ease symptoms such as headache. Aricept, normally used for Alzheimer's Disease, was tested and was shown not to improve executive functioning in CADASIL patients.[12]

## In popular culture

John Ruskin has been suggested to have suffered from CADASIL.[13] Ruskin reported in his diaries having visual disturbances consistent with the disease, and it has also been suggested that it might have been a factor in causing him to describe James Whistler's *Nocturne in Black and Gold – The Falling Rocket* as "ask[ing] two hundred guineas for throwing a pot of paint in the public's face". This resulted in the famous libel trial that resulted in a jury's awarding Whistler one farthing damages.[13]

Recent research into the illness of philosopher Friedrich Nietzsche has suggested that his mental illness and death were caused by CADASIL rather than tertiary syphilis.[14] Likewise, the early death of the composer Felix Mendelssohn, at age 37, from a stroke has been potentially linked to CADASIL. His sister, Fanny Mendelssohn, was similarly affected.[15]

The character Julia, in the 2004 Spanish film *The Sea Inside*, has the condition.

## See also

- Proteopathy

## References

1. Joutel A, Corpechot C, Ducros A, et al. (October 1996). "Notch3 mutations in CADASIL, a hereditary adult-onset condition causing stroke and dementia". *Nature*. **383** (6602): 707–10. doi:10.1038/383707a0. PMID 8878478.
2. Chabriat H, Vahedi K, Iba-Zizen MT, et al. (October 1995). "Clinical spectrum of CADASIL: a study of 7 families. Cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy". *Lancet*. **346** (8980): 934–9. doi:10.1016/s0140-6736(95)91557-5. PMID 7564728.
3. James, William D.; Berger, Timothy G.; et al. (2006). *Andrews' Diseases of the Skin: clinical Dermatology*. Saunders Elsevier. p. 545. ISBN 0-7216-2921-0.
4. "CADASIL presenting as schizophreniform organic psychosis". *General Hospital Psychiatry*. doi:10.1016/j.genhosppsych.2015.02.006.
5. Joutel A, Andreux F, Gaulis S, et al. (March 2000). "The ectodomain of the Notch3 receptor accumulates within the cerebrovasculature of CADASIL patients". *J. Clin. Invest*. **105** (5): 597–605. doi:10.1172/JCI8047. PMC 289174. PMID 10712431.
6. Ruchoux MM, Guerouaou D, Vandenhaute B, Pruvo JP, Vermersch P, Leys D (1995). "Systemic vascular smooth muscle cell impairment in cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy". *Acta Neuropathol*. **89** (6): 500–12. doi:10.1007/BF00571504. PMID 7676806.
7. Ropper AH, Brown RH, eds. (2005). "Cerebrovascular Diseases". *Adams and Victor's Principles of Neurology*. New York: McGraw-Hill. ISBN 978-0-07-141620-7.
8. Tournier-Lasserve E, Joutel A, Melki J, et al. (March 1993). "Cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy maps to chromosome 19q12". *Nat. Genet*. **3** (3): 256–9. doi:10.1038/ng0393-256. PMID 8485581.
9. Joutel A, Favrole P, Labauge P, et al. (December 2001). "Skin biopsy immunostaining with a Notch3 monoclonal antibody for CADASIL diagnosis". *Lancet*. **358** (9298): 2049–51. doi:10.1016/S0140-6736(01)07142-2. PMID 11755616.
10. Ueda M, Nakaguma R, Ando Y (March 2009). "[Cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy (CADASIL)]". *Rinsho Byori* (in Japanese). **57** (3): 242–51. PMID 19363995.
11. Lesnik Oberstein, S. A.; van den Boom, R.; van Buchem, M. A.; van Houwelingen, H. C.; Bakker, E.; Vollebregt, E.; Ferrari, M. D.; Breuning, M. H.; Haan, J. (2001-09-25). "Cerebral microbleeds in CADASIL". *Neurology*. **57** (6): 1066–1070. doi:10.1212/wnl.57.6.1066. ISSN 0028-3878. PMID 11571335.
12. http://journals.lww.com/neurotodayonline/Citation/2008/04030/Donepezil_Fails_to_Improve_Cognition_in_Patients.14.aspx
13. Kempster PA, Alty JE (September 2008). "John Ruskin's relapsing encephalopathy". *Brain*. **131** (Pt 9): 2520–5.

doi:10.1093/brain/awn019. PMID 18287129.

14. Hemelsoet D, Hemelsoet K, Devreese D (March 2008). "The neurological illness of Friedrich Nietzsche". *Acta Neurol Belg.* **108** (1): 9–16. PMID 18575181.
15. http://chambermusictoday.blogspot.com/2008/09/mendelssohns-premature-death.html

## External links

- CADASIL Family Registry (https://connect.patientcrossroads.org/?org=cadasil)
- Datagenno - CADASIL Syndrome (https://www.datagenno.com/diseases/1721_cadasil-syndrome)
- cureCADASIL Association (http://www.curecadasil.org/)
- CADASIL Support Website - St George's Hospital, London (http://www.cadasil.co.uk/)
- The CADASIL Foundation (http://www.cadasilfoundation.org/)
- United Leukodystrophy Foundation: CADASIL (http://www.ulf.org/types/Cadasil.html)
- Lesnik Oberstein SA, Boon EM, Terwindt GM (June 28, 2012). *CADASIL*. PMID 20301673. NBK1500. In Pagon RA, Bird TD, Dolan CR, et al., eds. (1993–). *GeneReviews™ [Internet]*. Seattle WA: University of Washington, Seattle. Check date values in: |date= (help)

Wikimedia Commons has media related to *CADASIL syndrome*.

Retrieved from "https://en.wikipedia.org/w/index.php?title=CADASIL_syndrome&oldid=721922702"

Categories: Deficiencies of intracellular signaling peptides and proteins | Cerebrovascular diseases | Skin conditions resulting from errors in metabolism

- This page was last modified on 24 May 2016, at 21:36.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.