

# Patrick Weldon, MD

1860 Chadwick Dr. • Suite 258 • Jackson, MS 39204 • Phone 601-376-2004 • Fax 601-376-2006

Regarding:
**Bryan Caputo**

Yazoo City Facility

Seven Corners, Inc.
P.O. Box 3384
Carmel, IN 46082
Telephone 800-458-2078
Via Fax: 317-282-0555

Regarding:
**Bryan Caputo**
DOB 5/24/1988
Register # 71322-097
Facility: USP Yazoo City

**Consultant: Patrick Weldon, M.D.**
Service: Neurology

MDOC Clinic, Neurology, Friday April 12, 2019

Ryan Caputo is a young man age 30 who presents for initial evaluation in the Mississippi MDOC Clinic. He presents with paperwork dating back 8 years.

Apparently at the age of 22, 8 years ago he had a stroke. He was worked up at a hospital in California and diagnosed with Multiple Sclerosis. He had several MRIs and a complete work up which eventually led to the initiation of Betaseron.

Apparently 6 months later he had a second stroke and 6 months later a third stroke. At this time he was apparently taken back to Neurology and diagnosed with CADASIL Cerebral Autosomal Dominant Arteriopathy with Subcortical Infarcts and Leukoencephalopathy. This is a hereditary stroke disorder secondary to a genetic mutation. Patients with this have an obvious tendency towards stroke.

Interestingly on a repeat MRI Mr. Caputo is noted to have a congenital absence of his corpus callosum. The MRI that I am looking at is dated October 29, 2018, approximately 6 months ago. On this stroke he has multiple areas of demyelination as well as several areas of lacunar infarcts.

Exhibit 4

At that time he also had a relatively new small area of a stroke in the left parasagittal frontal lobe. On the report there is also a note of a T2 signal abnormality in the left cerebellum that also represents an acute ischemic stroke versus acute demyelinating disease.

I sat down and discussed all of this with Mr. Caputo. He is cooperative and fairly well knowledgeable of his issues. We talked about medications for Multiple Sclerosis and for his CADASIL. He is interested in trying something for his obvious worsening cognition.

Currently he is on Copaxone daily.

Physical exam finds a tall, thin gentleman with slow, slurred speech, a bit of cognitive impairment but overall in fairly good shape. He is thin. His lungs are clear. His heart is without murmur and his abdominal exam is benign. His neurological exam finds that he has good cranial nerves but a very subtle relative afferent pupillary defect and a right sided predominant intranuclear ophthalmoplegia. This is incomplete. Both of these are characteristics and findings of demyelination and would favor MS impairment over stroke impairment.

**Impression, Plan and Discussion:**

This gentleman has several separate significant neurological issues. Regarding his **Multiple Sclerosis** he appears to have a rather classic relapsing, remitting form of Multiple Sclerosis. He is taking the generic Copaxone 20 MG subcutaneous daily. I would recommend if possible switching this to the name brand 40 MG three times a week. Even though this is a name brand change the three times a week dosing is actually cheaper than the daily generic dosing.

I would also keep him on appropriate medications for his back spasms. He is on Baclofen and this appears to be doing fairly well.

**CADASIL:** I would recommend the continuation of a baby aspirin and would add Plavix, generic Clopidogrel 75 MG daily. This antiplatelet medication will reduce his risk of stroke.

**Cognitive Impairment:** I would recommend the addition of Aricept, generic Donepezil, 5 MG daily. This can be given one pill PO Q HS. After 30 days of treatment I would bump this to the 10 MG. This will reduce risk of further

cognitive impairment and may reduce his risk of conversion to full dementia.

He is also on Oxcarbazepine, Trileptal for some non specific psychiatric disorder. This appears to be working fairly well and I would keep him on those medications.

I have also requested records from his previous neurologist in California. The initial visit seems to be a very detailed history of his initial diagnosis with MS and CADASIL. I would be interested in reviewing those in their entirety.

I would also recommend a return to Merit Hospital for an MRI brain with and without contrast in the next 4-6 months. Routine labs can be performed at that time which I would recommend as a CBC and a full metabolic profile.

I will look forward to seeing him again in a few months or as needed. Thank you for allowing me to play a role in his care.

Very sincerely yours:

Patrick Weldon MD
Chief of Staff, Chairman of Neurology
Director of Neuro Critical Care & Neuro Rehab
Merit Central Hospital
Select Specialty Hospital & LTAC
Member, American Academy of Neurology

PW/ME