ServSafe
National Restaurant Association

Exhibit 7

# ServSafe® CERTIFICATION

## BRIAN CAPUTO

for successfully completing the standards set forth for the ServSafe® Food Protection Manager Certification Examination, which is accredited by the American National Standards Institute (ANSI)–Conference for Food Protection (CFP).

19768586
CERTIFICATE NUMBER

5484
EXAM FORM NUMBER

8/28/2020
DATE OF EXAMINATION

8/28/2025
DATE OF EXPIRATION

Local laws apply. Check with your local regulatory agency for recertification requirements.

ANSI
ACCREDITED PROGRAM
American National Standards Institute
and the Conference for Food Protection ®
#0655

Sherman Brown
Executive Vice President, National Restaurant Association Solutions

In accordance with Maritime Labour Convention 2006, Resolution ADM N 068-2013 (Regulation 3.2, Standard A3.2).

©2017 National Restaurant Association Educational Foundation (NRAEF). All rights reserved. ServSafe® and the ServSafe logo are trademarks of the NRAEF. National Restaurant Association® and the arc design are trademarks of the National Restaurant Association.
This document cannot be reproduced or altered.
17110811 v.1711

Contact us with questions at 233 S. Wacker Drive, Suite 3600, Chicago, IL 60606-6383 or ServSafe@restaurant.org.