Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 |
| *Plaintiff*, | DECLARATION OF CAROLYN PHILLIPS IN SUPPORT OF DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant*. | [COMPASSIONATE RELEASE] |

I, Carolyn Phillips, declare as follows:

1.  I am appointed counsel for defendant Brian Caputo in his motion for Compassionate Release. ECF 132.

2.  On August 4, 2020, I prepared a request for release under 18 U.S.C. § 3582(c)(1) on Mr. Caputo's behalf.  This request was emailed to both the warden of USP Yazoo City, Shannon Withers, and to Southeast Regional Office in Atlanta, Georgia.  Attached hereto is a true and accurate copy of the request.

3. On August 17, 2020, I prepared a request for "Immediate Action" regarding a stroke Mr. Caputo had the night of August 16, 2020. Again, this request was emailed to both the warden of USP Yazoo City, Shannon Withers, and to Southeast Regional Office in Atlanta, Georgia. A true and accurate copy of this email is attached hereto.

4. My attempts to contact Warden Withers by telephone to follow-up with these requests were not successful, however, I did speak with Unit Manager Woolery of Mr. Caputo's unit on August 31, 2020. Ms. Woolery told me that any request for compassionate release not signed by the inmate was thrown away. In an effort to satisfy these procedures, I prepared a second request which was mailed to Mr. Caputo for his signature.

5. On September 4, 2020, Mr. Caputo signed and submitted to the warden through the appropriate channels the second request for compassionate release. The warden to date has ignored all three requests for compassionate release and request for immediate medical attention.

I declare that the foregoing is true and correct.

Respectfully submitted,

<u>Carolyn D. Phillips</u>
CAROLYN D. PHILLIPS
Attorney for Defendant
BRIAN CAPUTO

**CAROLYN D. PHILLIPS**
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559)248-9833
fax 248-9820

cdp18@sbcglobal.net

August 4, 2020

**Transmitted via email:**
SERO/ExecAssistant@bop.gov
Southeast Regional Office
3800 Camp Creek Park SW/Bdg 2000
Atlanta, GA 30331

YAZ/Warden-@bop.gov
Shannon Withers, Warden
USP Yazoo City
U.S. Penitentiary
Yazoo City, MS 39194

      Re:    Brian Caputo, Fed. Reg. 71322-097
              Expedited Request for Compassionate Release/Reduction of
              Sentence

Dear Warden Withers,

      I have been appointed by the United States District Court, Eastern District of California, Fresno, to represent Mr. Brian Caputo in his request for compassionate release under 18 U.S.C. § 3582(c)(1) and for a reduction in sentence (RIS). Pursuant to the requirements of the Compassionate Release Program, Mr. Caputo submitted a written request for Compassionate Release/Reduction in Sentence ("BP9") late May 2020/early June 2020. The BP9 was not processed instead Mr. Caputo's case manager required Mr. Caputo to speak with a safety coordinator over the telephone.

      During this brief telephone call, Mr. Caputo described his severely compromised health and immune system which make him particularly vulnerable to serious harm from COVID-19. Those medical conditions include: cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy, ("CADASIL"), an inherited stroke disorder caused by obstruction of blood supply in the blood vessels, (Mr. Caputo has suffered several strokes since his first stroke when he was 22 years old); colpocephaly, a complete absence of the corpus callosum, the band of white matter connecting the two hemispheres in the brain, resulting in vision impairments, low muscle tone, poor motor coordination, seizures, difficulty transferring more complex information from one hemisphere to the other, difficulty in minding subtle social cues even with a normal intelligence quotient; and, Multiple Sclerosis ("MS"), a

Letter Warden Withers
August 4, 2020
page two

disease in which the immune system eats away at the protective covering of nerves resulting in disrupted communication between the brain and the body, symptoms may include vision loss, pain, fatigue, and impaired coordination.

At the end of Mr. Caputo's phone conversation, the safety coordinator advised Mr. Caputo that he did not qualify for compassionate release or a reduction in his sentence due to the nature of his underlying offense and his security level. This decision was never put in writing, nor was Mr. Caputo advised he could appeal this decision.

The conclusion of the safety coordinator ignored the extreme danger COVID-19 poses to Mr. Caputo due to multiple medical conditions, especially CADASIL, a rare degenerative organic brain abnormality which causes infarctions, strokes, and progresses to dementia.

"There is an association between COVID-19 and strokes, described with characteristics including large vessel occlusion, multi-territory infarcts, concomitant venous thromboembolism, raised inflammatory markers, antiphospholipid antibody production, younger age of stroke, premorbid vascular co-morbidities, and a higher incidence of stroke with increasing COVDI-19 severity." See ncbi.nim.nih.gov, "Multiple internal border zone infarcts in a patient with COVID-19 and CADASIL", June 9, 2020, doi: 10.1016/j.jns.2020.116980, Owen Hedd Williams, *et al*.

The association of COVID-19 and CADASIL for increased strokes, presents an extreme risk that the pre-existing propensity for strokes from CADASIL is exacerbated when a person is infected with COVID-19, elevating the likelihood of a catastrophic stroke leading to severe permanent disability or death. As a result of this high risk, the National Institute of Health has determined that <u>patients with CADASIL, such as Mr. Caputo, are to be considered a vulnerable group during the pandemic</u>.

Dr. Patrick Weldon, a neurologist in Jackson, MS, on April 12, 2019, conducted an initial evaluation of Mr. Caputo at the MDOC Clinic. See Dr. Weldon's letter attached hereto. Dr. Weldon reviewed Mr. Caputo's medical records and an MRI from October 29, 2018, following a stroke. Dr. Weldon noted a congenital absence of the corpus callosum and the impact of a stroke noting "multiple areas of demyelination as well as several areas of lacunar infarcts." From the MRI it was apparent Mr. Caputo had a "relatively new small area of a stroke in the left parasagittal frontal lobe. On the report there is also a note of a T2 signal abnormality in the left cerebellum that also represents an acute ischemic stroke versus acute demyelinating disease." It was Dr. Weldon's conclusion that Mr. Caputo suffered from several separate "significant neurological issues", Multiple Sclerosis, "a rather classic relapsing, remitting form" for which he recommended switching the daily injection of generic Copaxone 20 mg., for a name brand 40 mg three times a week.

Letter Warden Withers
August 4, 2020
page three

      The doctor also recommended keeping Mr. Caputo on "appropriate medications" for back spasms, such as Baclofen. For CADASIL, Dr. Weldon recommended the continuation of a baby aspirin with the addition of an antiplatelet medication to reduce risk of stroke, such as Plavix, generic Clopidogrel 75 mg daily. For Mr. Caputo's cognitive impairment, Dr. Weldon recommended the addition of Aricept, generic Donepezil, 5 mg daily increased to 10 mg after thirty days. This regimen would reduce risk of further cognitive impairment and may reduce risk of conversion to full dementia.

      As referenced above, Dr. Weldon had recommended medications for each of Mr. Caputo's medical concerns in April 2019, however, all medications and care were reduced or eliminated in early July 2020, despite Mr. Caputo's repeated attempts to obtain needed medical attention. Mr. Caputo has not received the medications he needs or the medical attention he requires to address the relapse of Multiple Sclerosis, CADASIL and ACC (Agenesis of the corpus callosum). The United States District Court for the Eastern District of California, Fresno, recognized the particular medical care Mr. Caputo would require during his incarceration, and included in the Abstract of Judgment three priorities. The first priority was for Mr. Caputo to be incarcerated in a facility in which he could receive the "proper medical treatment for his condition", the second that he would be incarcerated in a California facility near Los Angeles, CA. USP Yazoo City has been unable or unwilling to provide the "proper medical treatment for his condition", leaving Mr. Caputo vulnerable to increased risk of infection from the coronavirus, and leaving him to suffer needless physical pain and worry for his situation. This lack of adequate medical care and the inability to keep him safe from contracting the virus weighs heavily in favor of compassionate release.

      Mr. Caputo's release plan is to live with his mother Patricia Caputo in a two-bedroom home in Bakersfield. No one other than Mr. Caputo and his mother would live in the house. Patricia Caputo is fully aware of the terms and restrictions for supervision and will ensure adherence to those terms. Ms. Caputo may be reached at (747)755-7305 or (747)230-0195. Mr. Caputo will be able to financially care for himself because the Department of Social Security determined that he had been disabled since April 23, 2013, and upon his release from BOP custody, he will be able to receive those benefits. The bases for the disability finding, were colpocephaly; CADASIL, and depression.

      Mississippi is on track to become the number one state for the highest number of new coronavirus cases per capita. (npr.org, Aug. 3, 2020, "Coronavirus Crisis".) Dr. LouAnn Woodward, executive at the University of Mississippi Medical Center, stated despite the steps Mississippi has taken to address the pandemic, the data reveals that those steps have not changed the trajectory of the number of hospitalizations, or the number of new cases. Spiking infection rates, and inability of prison inmates to either socially distance themselves from others, maintain clean surroundings, or the ability to frequently

Letter Warden Withers
August 4, 2020
page four

wash hands, multiplies the likelihood Mr. Caputo will become infected and suffer severe complications, major stroke or death. This fact coupled with the severe staff shortage at USP Yazoo City, further ratchets up the risk to Mr. Caputo's life.

The pandemic has been identified by Attorney General Barr as an extraordinary circumstance requiring special consideration for the release of federally sentenced prisoners. Based on the extraordinary circumstances created by the global pandemic of COVID-19 and the very real threat the virus poses to Mr. Caputo's life, it is respectfully requested pursuant to 18 U.S.C. § 3582(c)(1)(A), for a determination that Mr. Caputo is appropriate for RIS, and release to home confinement.

Mr. Caputo's request is urgent. The surge of coronavirus infections in Mississippi and his particularly vulnerable status as a CADASIL patient requires immediate action to protect Mr. Caputo from the dire consequences of infection. Further, Mr. Caputo has been advised of an imminent transfer to FCI Marianna, FL, a state and a prison suffering huge increases in COVID-19 infections. Mr. Caputo should not be transferred to this facility. Your immediate attention to this matter is greatly appreciated.

Sincerely,

Carolyn D. Phillips
Appointed Counsel for
BRIAN CAPUTO

cc:   Brian Caputo, Reg. No. 71322-097
      Patricia Caputo



# Patrick Weldon, MD
1860 Chadwick Dr. • Suite 259 • Jackson, MS 39204 • Phone 601-376-2004 • Fax 601-376-2006

# 71322-097

Regarding:
**Bryan Caputo**

Yazoo City Facility

Seven Corners, Inc.
P.O. Box 3384
Carmel, IN 46082
Telephone 800-458-2078
Via Fax: 317-282-0555

Regarding:
**Bryan Caputo**
DOB 5/24/1988
Register # 71322-097
Facility: USP Yazoo City

Consultant: **Patrick Weldon, M.D.**
Service: Neurology

MDOC Clinic, Neurology, Friday April 12, 2019

Ryan Caputo is a young man age 30 who presents for initial evaluation in the Mississippi MDOC Clinic. He presents with paperwork dating back 8 years.

Apparently at the age of 22, 8 years ago he had a stroke. He was worked up at a hospital in California and diagnosed with Multiple Sclerosis. He had several MRIs and a complete work up which eventually led to the initiation of Betaseron.

Apparently 6 months later he had a second stroke and 6 months later a third stroke. At this time he was apparently taken back to Neurology and diagnosed with CADASIL Cerebral Autosomal Dominant Arteriopathy with Subcortical Infarcts and Leukoencephalopathy. This is a hereditary stroke disorder secondary to a genetic mutation. Patients with this have an obvious tendency towards stroke.

Interestingly on a repeat MRI Mr. Caputo is noted to have a congenital absence of his corpus callosum. The MRI that I am looking at is dated October 29, 2018, approximately 6 months ago. On this stroke he has multiple areas of demyelination as well as several areas of lacunar infarcts.

At that time he also had a relatively new small area of a stroke in the left parasagittal frontal lobe. On the report there is also a note of a T2 signal abnormality in the left cerebellum that also represents an acute ischemic stroke versus acute demyelinating disease.

I sat down and discussed all of this with Mr. Caputo. He is cooperative and fairly well knowledgeable of his issues. We talked about medications for Multiple Sclerosis and for his CADASIL. He is interested in trying something for his obvious worsening cognition.

Currently he is on Copaxone daily.

Physical exam finds a tall, thin gentleman with slow, slurred speech, a bit of cognitive impairment but overall in fairly good shape. He is thin. His lungs are clear. His heart is without murmur and his abdominal exam is benign. His neurological exam finds that he has good cranial nerves but a very subtle relative afferent pupillary defect and a right sided predominant intranuclear ophthalmoplegia. This is incomplete. Both of these are characteristics and findings of demyelination and would favor MS impairment over stroke impairment.

**Impression, Plan and Discussion:**

This gentleman has several separate significant neurological issues. Regarding his **Multiple Sclerosis** he appears to have a rather classic relapsing, remitting form of Multiple Sclerosis. He is taking the generic Copaxone 20 MG subcutaneous daily. I would recommend if possible switching this to the name brand 40 MG three times a week. Even though this is a name brand change the three times a week dosing is actually cheaper than the daily generic dosing.

I would also keep him on appropriate medications for his back spasms. He is on Baclofen and this appears to be doing fairly well.

**CADASIL:** I would recommend the continuation of a baby aspirin and would add Plavix, generic Clopidogrel 75 MG daily. This antiplatelet medication will reduce his risk of stroke.

**Cognitive Impairment:** I would recommend the addition of Aricept, generic Donepezil, 5 MG daily. This can be given one pill PO Q HS. After 30 days of treatment I would bump this to the 10 MG. This will reduce risk of further

cognitive impairment and may reduce his risk of conversion to full dementia.

He is also on Oxcarbazepine, Trileptal for some non specific psychiatric disorder. This appears to be working fairly well and I would keep him on those medications.

I have also requested records from his previous neurologist in California. The initial visit seems to be a very detailed history of his initial diagnosis with MS and CADASIL. I would be interested in reviewing those in their entirety.

I would also recommend a return to Merit Hospital for an MRI brain with and without contrast in the next 4-6 months. Routine labs can be performed at that time which I would recommend as a CBC and a full metabolic profile.

I will look forward to seeing him again in a few months or as needed. Thank you for allowing me to play a role in his care.

Very sincerely yours:

Patrick Weldon MD
Chief of Staff, Chairman of Neurology
Director of Neuro Critical Care & Neuro Rehab
Merit Central Hospital
Select Specialty Hospital & LTAC
Member, American Academy of Neurology

PW/ME

#7132-777
FCC YAZ-02

**CAROLYN D. PHILLIPS**
Attorney at Law
P.O. Box 5622
Fresno, CA 93755-5622
(559)248-9833
fax 248-9820
cdp18@sbcglobal.net

August 17, 2020

Transmitted via email:
SERO/ExecAssistant@bop.gov
Southeast Regional Office
3800 Camp Creek Park SW/Bdg 2000
Atlanta, GA  30331


YAZ/Warden-@bop.gov
Shannon Withers, Warden
USP Yazoo City
U.S. Penitentiary
Yazoo City, MS  39194

    Re:    Brian Caputo, Fed. Reg. 71322-097

**IMMEDIATE ACTION REQUIRED**

Dear Warden Withers and the Southeast Regional Office,

    Last night Mr. Caputo suffered a stroke, however, he has been unsuccessful in obtaining needed medical attention. As set forth in his letter dated August 4, 2020, Mr. Caputo suffers from cerebral autosomal dominant arteriopathy with subcortical infarcts and leukoencephalopathy, ("CADASIL"), an inherited stroke disorder caused by obstruction of blood supply in the blood vessels, (Mr. Caputo has suffered several strokes since his first stroke when he was 22 years old). Mr. Caputo needs to be immediately attended to by competent medical staff to determine whether he has suffered a stroke, and to provide timely, appropriate and adequate medical care and medications. The response from the USP Yazoo City staff has been woefully inadequate.

    Your immediate attention to Mr. Caputo's medical needs is hereby demanded. Please advise of all steps taken to provide Mr. Caputo a thorough medical assessment and medical care to address this medical event.

                                                    Sincerely,

                                                  Carolyn D. Phillips
                                                  Appointed Counsel for
                                                  BRIAN CAPUTO

cc:    Brian Caputo, Reg. No. 71322-097
        Patricia Caputo

**CERTIFICATE OF SERVICE**

COURT: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

CASE: *United States v. Brian Caputo*

CASE NO: 1:14-cr-0041 DAD

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the district court's electronic filing system on October 10, 2020.

Participants in the case who are registered CM/ECF users will be served by the district court's electronic filing system.

I further certify that one of the participants in the case is not a registered ECF user. I have mailed the foregoing document by First Class Mail, postage prepaid to:

Brian Caputo, Reg. No. 71322-097
FCC Yazoo City
U.S. Penitentiary
P.O. Box 5000
Yazoo City, MS  39194

/s/ Carolyn D. Phillips