Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 |
|---|---|
| *Plaintiff*, | EMERGENCY REQUEST TO STAY TRANSFER PENDING RESOLUTION OF DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant*. | |

To:     McGREGOR SCOTT, United States Attorney, and Assistant United States Attorney Michael Tierney:

Defendant, BRIAN CAPUTO, by and through his appointed counsel, Carolyn D. Phillips, moves for an order to stay any transfer of Mr. Caputo from his current place of incarceration, USP Yazoo City.

Today October 16, 2020, Mr. Caputo's mother, Patricia Caputo, advised counsel that BOP will be transferring Mr. Caputo to Marianna Florida on Sunday October 18. As set forth in Mr. Caputo's Motion for Compassionate Release, Mr. Caputo suffers from a rare genetic disease, Cerebral Autosomal Dominant Arteriopathy with

1

Subcortical Infarcts and Leukoencephalopathy ("CADASIL"), an inherited *stroke disorder* caused by obstruction of blood supply in the blood vessels, this degenerative organic brain abnormality causes infarctions, strokes and progresses to dementia, Mr. Caputo has suffered several strokes since his first stroke when he was 25 years old.  Mr. Caputo incorporates by reference his motion and the attached exhibits, Exs. 2 and 4 to Mtn for Comp. Release.

CADASIL makes Mr. Caputo particularly susceptible to debilitating strokes. COVID-19 poses an extreme danger to Mr. Caputo due to these multiple serious medical conditions, especially CADASIL.  "There is an association between COVID-19 and strokes, described with characteristics including large vessel occlusion, multi-territory infarcts, concomitant venous thromboembolism, raised inflammatory markers, antiphospholipid antibody production, younger age of stroke, premorbid vascular co-morbidities, and a higher incidence of stroke with increasing COVDI-19 severity."  See ncbi.nim.nih.gov, "Multiple internal border zone infarcts in a patient with COVID-19 and CADASIL", June 9, 2020, doi:  10.1016/j.jns.2020.116980, Owen Hedd Williams, *et al*.

The association of COVID-19 with CADASIL for increased strokes, presents an extreme risk that the pre-existing propensity for strokes from CADASIL is exacerbated when a person is infected with COVID-19, elevating the likelihood of a catastrophic stroke leading to severe permanent disability or death.  As a result of this high risk, the National Institute of Health has determined that **patients with CADASIL, such as Mr. Caputo, are to be considered a vulnerable group during the pandemic who should abide by "strict infection prevention measures for the duration of the pandemic**."  *Ibid*.  (emphasis added.)

Transfers between BOP institutions increases the risk of COVID-19 exposure and transmission increases as the complexity of the move increases.  "[E]ven a direct

movement from one facility to another is not without some degree of risk due to the characteristics and communicability of COVID-19." Memorandum for all Chief Executive Officer, from Andre Matevousian, Assistant Director Correctional Programs Division, dated August 5, 2020, subject: Coronavirus (COVID-19) Phase Nine Action Plan. Again, adherence to mitigation protocols during transfers is highly dependent on adequate staffing which is missing at USP Yazoo City. For Mr. Caputo such exposure, given his pre-existing medical conditions, could prove lethal. Mr. Caputo's health will not be able to withstand a viral infection.

    Mr. Caputo respectfully requests that this Court order a stay of any transfer pending the resolution of Mr. Caputo's motion for compassionate release.

    Dated: October 16, 2020

    Respectfully submitted,

    Carolyn D. Phillips
    CAROLYN D. PHILLIPS
    Attorney for Defendant
    BRIAN CAPUTO