Carolyn D. Phillips    #103045
Attorney at Law
P. O. Box 5622
Fresno, California  93755-5622
559/248-9833

Attorney for defendant Brian Caputo

IN THE UNITED STATES DISTRICT COURT IN AND FOR

THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:14-cr-41 LJO SKO |
| | ) | |
| Plaintiff, | ) | ORDER AUTHORIZING |
| v. | ) | THE FILING OF DOCUMENTS |
| | ) | UNDER SEAL |
| BRIAN CAPUTO, | ) | |
| | ) | (Local Rule 141) |
| Defendant. | ) | |
| _____ | ) | |

The Court has received the Notice of Request to Seal Documents and Request to

Seal Documents of Defendant BRIAN CAPUTO.  The documents captioned <u>Exhibit 3 and

Exhibit 5 to Defendant Caputo's Motion for Compassionate Release</u>, attached as Exhibit

"A" to the Request to Seal Documents, are ordered sealed and shall be filed and

/////

/////

/////

maintained under seal pending further order of this Court of the order of any higher Court having jurisdiction over the matter.

GOOD CAUSE APPEARING;

IT IS SO ORDERED.

Dated: **October 16, 2020**          /s/ Dale A. Drozd

UNITED STATES DISTRICT JUDGE