United States District Court
Eastern District of California

Brian Caputo, Movant,

v.

United States Of America, Respondant

CR No 1:14-cr-00041-LJO-SKO-1

Notice Of Nex Of Friend Signature

FILED
NOV 02 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

COMES NOW, Brian Caputo (Petitioner), declairing that due to the COVID-19 pendemic, he is locked down and unable to go to the law library as he is also, on quarantine as he is to be transfered to another Federal Facility.

Petitioner, humbley asks this Court, to allow Patricia Caputo (Next of Friend), as well as Power of Attorney to be allowed to sign and send in his Points of Authorities; as Petitioner doesn't want further issues with his mail becomeing "lost".

Tuesday, September 29, 2020

Brian Caputo
Brian Caputo

RECEIVED
NOV 02 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK