# Exhibit 1

```
REGNO..: 71322-097 NAME: CAPUTO, BRIAN

                   RESP OF: MNA
                   PHONE..: 850-526-2313   FAX: 850-718-2014
                                           RACE/SEX...: WHITE / MALE
                                           AGE:  32
PROJ REL MT: GOOD CONDUCT TIME RELEASE     PAR ELIG DT: N/A
PROJ REL DT: 02-02-2027                    PAR HEAR DT:
```

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 71322-097 NAME: CAPUTO, BRIAN

                 RESP OF: MNA
                 PHONE..: 850-526-2313    FAX: 850-718-2014
HOME DETENTION ELIGIBILITY DATE: 08-02-2026

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  02-02-2027 VIA GCT REL

----------------------CURRENT JUDGMENT/WARRANT NO: 010 ----------------------

COURT OF JURISDICTION..........: CALIFORNIA, EASTERN DISTRICT
DOCKET NUMBER..................: 1:14CR00041-001
JUDGE..........................: O'NEILL
DATE SENTENCED/PROBATION IMPOSED: 11-07-2016
DATE COMMITTED.................: 12-13-2016
HOW COMMITTED..................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED..............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:   $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO      AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  512    18:2251-2,2260 OBSCENE MATTR
OFF/CHG: 18:2252(A)(2) RECEIPT OF A VISUAL DEPICTION OF A MINOR ENGAGED
         IN SEXUALLY EXPLICIT CONDUCT

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
 TERM OF SUPERVISION............:   180 MONTHS
 DATE OF OFFENSE................: 02-28-2014
```

G0002        MORE PAGES TO FOLLOW . . .

```
    ATWIJ            *        PUBLIC INFORMATION        *    11-02-2020
 PAGE 003 OF 003 *           INMATE DATA                *    09:00:08
                           AS OF 11-02-2020
```
Case 1:14-cr-00041-JLT-SKO   Document 146-1   Filed 11/03/20   Page 4 of 9

```
REGNO..: 71322-097 NAME: CAPUTO, BRIAN

                   RESP OF: MNA
                   PHONE..: 850-526-2313   FAX: 850-718-2014
-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 12-31-2019 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-09-2016 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN.........: 11-07-2016
TOTAL TERM IN EFFECT...........:    180 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    15 YEARS
EARLIEST DATE OF OFFENSE.......: 02-28-2014

JAIL CREDIT....................:   FROM DATE     THRU DATE
                                   02-28-2014    11-06-2016

TOTAL PRIOR CREDIT TIME........: 983
TOTAL INOPERATIVE TIME.........: 0
TOTAL GCT EARNED AND PROJECTED..: 755
TOTAL GCT EARNED...............: 269
STATUTORY RELEASE DATE PROJECTED: 02-02-2027
ELDERLY OFFENDER TWO THIRDS DATE: 02-28-2024
EXPIRATION FULL TERM DATE......: 02-26-2029
TIME SERVED....................:      6 YEARS     8 MONTHS      6 DAYS
PERCENTAGE OF FULL TERM SERVED..:  44.5
PERCENT OF STATUTORY TERM SERVED:  51.6

PROJECTED SATISFACTION DATE....: 02-02-2027
PROJECTED SATISFACTION METHOD...: GCT REL




S0055       NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE
```

# Exhibit 2

# SEALED PURSUANT TO RULE 141

Exhibit 3

```
REGISTER NO: 71322-097 NAME..: CAPUTO, BRIAN
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-13-2020

--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3144225 - SANCTIONED INCIDENT DATE/TIME: 07-09-2018 1240
DHO HEARING DATE/TIME: 07-17-2018 1700
FACL/CHAIRPERSON.....: MNA/T.MALONE
REPORT REMARKS.......: INMATE ADMITTED TO THE CHARGE
   228  TATTOOING OR SELF-MUTILATION - FREQ: 1
        DIS GCT    / 27 DAYS / CS
        COMP:010 LAW:P    REQUIRED BY THE SENTENCING GUIDLINES
        DS         / 30 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:     TO PREVENT FUTURE BEHAVIOR
        LP COMM    / 6 MONTHS / CS
        COMP:    LAW:     TO SHOW SERIOUSNESS OF THE CHARGE
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3063099 - SANCTIONED INCIDENT DATE/TIME: 12-03-2017 1955
DHO HEARING DATE/TIME: 12-21-2017 1030
FACL/CHAIRPERSON.....: MNA/D. ORR
REPORT REMARKS.......: INMATE ADMITTED TO CHARGE
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P    MEET SENTENCE GUIDELINES
        LP COMM    / 3 MONTHS / CS
        COMP:    LAW:     RESTORE 03-20-2018
        LP VISIT   / 3 MONTHS / CS
        COMP:    LAW:     RESTORE 03-20-2018
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3032100 - SANCTIONED INCIDENT DATE/TIME: 09-11-2017 1228
UDC HEARING DATE/TIME: 09-13-2017 0840
FACL/UDC/CHAIRPERSON.: VIM/A1/2/W.GASTON
REPORT REMARKS.......: INMATE HAD NO COMMENTS DURING HIS UDC HEARING.
                       DROP CODE : 305 FOR INSUFFICIENT EVIDENCE.
   307  REFUSING TO OBEY AN ORDER - FREQ: 1
        LP PHONE   / 30 DAYS / CS
        COMP:    LAW:     UNTIL10-13-2017
--------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3006790 - SANCTIONED INCIDENT DATE/TIME: 07-06-2017 1550
DHO HEARING DATE/TIME: 07-11-2017 0605         DHO REPT DEL: 07-13-2017 0940
FACL/CHAIRPERSON.....: VIM/R. BOURN
REPORT REMARKS.......: REFUSED GP
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 3
        DIS GCT    / 14 DAYS / CS
        COMP:010 LAW:P
        IMPOUND    / 14 DAYS / CS
        COMP:    LAW:     IMPOUND PERSONAL PROPERTY




        G0002       MORE PAGES TO FOLLOW . . .
```

Case 1:14-cr-00041-JLT-SKO   Document 146-1   Filed 11/03/20   Page 9 of 9

```
REGISTER NO: 71322-097 NAME..: CAPUTO, BRIAN
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 10-13-2020

------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3001132 - SANCTIONED INCIDENT DATE/TIME: 06-20-2017 1400
UDC HEARING DATE/TIME: 06-24-2017 0804
FACL/UDC/CHAIRPERSON.: VIM/A1/2/B. HAHS
REPORT REMARKS.......: I/M ADMITS TO REFUSING TO GO TO GENERAL POPULATION AS IS
                       STATED IN THE BODY OF THE INCIDENT REPORT.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 2
        LP VISIT   / 45 DAYS / CS
          COMP:    LAW:   06/26/2017-08/09/2017
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2993994 - SANCTIONED INCIDENT DATE/TIME: 05-31-2017 1339
UDC HEARING DATE/TIME: 06-02-2017 0655
FACL/UDC/CHAIRPERSON.: VIM/A1/2/DIAZ
REPORT REMARKS.......: INMATE HAD NO COMMENT.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP VISIT   / 14 DAYS / CS
          COMP:    LAW:    BEGIN 6-3-17 TO 6-17-17
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2948255 - SANCTIONED INCIDENT DATE/TIME: 02-06-2017 1900
UDC HEARING DATE/TIME: 02-13-2017 1138
FACL/UDC/CHAIRPERSON.: LOM/H/CUNNINGHAM
REPORT REMARKS.......: INMATE CONFESSED TO NOT BEING WILLING TO GO TO GENERAL
                       POPULATION.
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 2
        LP COMM    / 60 DAYS / CS
          COMP:    LAW:
        LP PHONE   / 60 DAYS / CS
          COMP:    LAW:
------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2943069 - SANCTIONED INCIDENT DATE/TIME: 01-24-2017 1115
UDC HEARING DATE/TIME: 01-31-2017 1035
FACL/UDC/CHAIRPERSON.: LOM/H/CUNNINGHAM
REPORT REMARKS.......: REFUSED TO GO TO GENERAL POPULATION
   306  REFUSING WORK/PGM ASSIGNMENT - FREQ: 1
        LP COMM    / 30 DAYS / CC
          COMP:    LAW:
        LP PHONE   / 30 DAYS / CC
          COMP:    LAW:




G0005         TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```