Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 NONE/SKO |
|---|---|
| Plaintiff, | DEFENDANT'S UNOPPOSED REQUEST TO EXTEND THE FILING DEADLINE FOR HIS REPLY TO THE GOVERNMENT'S OPPOSITION TO DECEMBER 23, 2020; ORDER |
| v. | |
| BRIAN CAPUTO, | |
| Defendant. | |

I, Carolyn Phillips, am court-appointed counsel for defendant Brian Caputo.  I was appointed by the Court to represent Mr. Caputo in the preparation of a Motion for Compassionate Release pursuant to 18 USC § 3582(c)(1)(A).  The government filed its opposition on November 3, 2020 (ECF 146), and defendant's reply is due November 23,

1

2020. On behalf of Mr. Caputo, counsel requests a thirty-day extension within which to file the reply or by December 23, 2020. This request is not opposed by the government.

The additional thirty days are necessary for counsel to complete investigation and research into the issues raised by the government's opposition and to confer with Mr. Caputo.

Dated: November 20, 2020

                Respectfully submitted,

                Carolyn D. Phillips
                CAROLYN D. PHILLIPS
                Attorney for Defendant
                BRIAN CAPUTO

## ORDER

**IT IS SO ORDERED.** Defendant's Reply to the Government's Opposition currently due November 23, 2020 shall be extended to **December 23, 2020**.

IT IS SO ORDERED.

Dated: **November 23, 2020**        /s/ Dale A. Drozd
                                        UNITED STATES DISTRICT JUDGE