Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 |
| *Plaintiff*, | DECLARATION OF CAROLYN PHILLIPS IN SUPPORT OF EMERGENCY REQUEST FOR COURT ACTION ON DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 582(c)(1)(A)(i) |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant*. | [COMPASSIONATE RELEASE] |

I, CAROLYN D. PHILLIPS, declare as follows:

1.    I am appointed counsel for defendant Brian Caputo in the above-entitled matter in this motion for Compassionate Release.

2.    On December 15, 2020, I spoke with Counselor J. Brackins at FCI-Marianna regarding missing legal mail, and failure to provide Brian Caputo with a BP8 which would allow Mr. Caputo to initiate administrative complaint regarding the lost main and lost personal property which occurred when Mr. Caputo was transferred from USP Yazoo City, MS October 20, 2020.  Counselor Brackins told me that Mr.

Declaration of Carolyn Phillips In Support of Emergency Request for Immediate Court Action on Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)

1

Caputo should speak with staff before talking to his attorney and that an attorney should not be telling him, counselor Brackins, what to do.  I requested a legal telephone call with Mr. Caputo for December 17, 2020, at 10:00 a.m. CST as suggested by Counselor Brackins.  I confirmed this request by email.

3.      At 8:00 a.m., December 17, 2020, I did not receive a telephone call from Mr. Caputo.  After 15 minutes I telephoned the facility and spoke with someone other than counselor Brackins regarding the telephone call.  At approximately 8:17 a.m., I received a telephone call from Mr. Caputo.  Counselor Brackins had Mr. Caputo engage in an attorney-client call from the staff break room.  During our conversation, I could hear people coming in and out of the break room.  These interruptions continued throughout our telephone conversation.

4.      Immediately following this call, I was advised by Patricia Caputo, Mr. Caputo's mother, that counselor Brackins had Mr. Caputo come into his office. Counselor Brackins told Mr. Caputo that his medical single-cell pass had been revoked and another inmate would be placed into his cell. This action was confirmed by Warden Mackelburg in his letter dated December 18, 2020.  A true and correct copy of this letter is attached to this declaration.  It should be noted that Warden Mackleburg did not address the fact that Mr. Caputo had a **medical single-cell pass**.  The retraction of Mr. Caputo's single-cell status was made without any changes in Mr. Caputo's medical conditions and without a medical examination.  This leaves Mr. Caputo vastly more vulnerable to being exposed to COVID-19.

5.      Regarding interference with Mr. Caputo's legal mail, on November 20, 2020 I mailed Mr. Caputo a declaration for him to review, sign and return to me.  This declaration was to be filed along with his reply brief.  The day Mr. Caputo received the declaration he signed it and personally took it to the mail room for it to be mailed to me.  As of December 18, 2020, I have not received the declaration.  Mr. Caputo has

1   reported that legal pleadings he prepared for his pending § 2255 petition were lost by

2   the mailroom never arriving at the U.S. District Court for the Eastern District of

3   California.  Other mail from family has not been delivered to Mr. Caputo and yet he has

4   been unable to initiate an action for administrative release to rectify this situation.

    I declare that the foregoing is true and correct to the best of my knowledge.

5   Executed at Fresno, California, on December 18, 2020.

6

7                                                           /s/ Carolyn D. Phillips
                                                            Declarant
8                                                           CAROLYN D. PHILLIPS

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23
    Declaration of Carolyn Phillips In Support of Emergency Request for Immediate
    Court Action on Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i)    3



U. S. Department of Justice
Federal Bureau of Prisons

Federal Correctional Institution
3625 FCI Road
Marianna. Florida 32446

December 18, 2020

Carolyn D. Phillips
Attorney At Law
P.O. Box 5622
Fresno, CA 93755-5622

RE:   Brian Caputo
      Reg. No.:  71322-097

Dear Ms. Phillips:

Please allow this letter to serve as a response to your letter dated November 30, 2020, regarding Brian Caputo, an inmate at the Federal Correctional Institution, Marianna, Florida.  In your correspondence, you request Mr. Caputo remain single-celled as a step to deflect COVID-19 infection.

Currently, all inmates are screened medically on arrival to the institution.  Upon completion of the screening process, each inmate is housed appropriately.  With the Bureau of Prison's Modified Operations, https://www.bop.gov/coronavirus/covid19_status.jsp, the facility is taking measures to mitigate the spread of COVID-19.  The health and safety of our inmate population are of paramount importance to this agency and to me, so please rest assured that all appropriate measures are being taken by staff in furtherance of these objectives.  Although we understand your concerns, the facility is unable to accommodate your request.  Please also encourage your client to speak with his Unit Team about any other questions or concerns he may have so they can be addressed accordingly.

Sincerely,

W. E. Mackelburg
Warden