Carolyn D. Phillips,   #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 |
| *Plaintiff*, | SUPPLEMENT TO DEFENDANT BRIAN CAPUTO'S REPLY; DECLARATION OF BRIAN CAPUTO |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant*. | |

As referenced in Brian Caputo's Reply (Doc.  157), attached hereto is the Declaration of Brian Caputo in support of his motion compassionate release, reduction in sentence.  (Doc. 139.)  The Declaration was signed November 24, 2020, however, due to delays at FCI-Marianna in processing Mr. Caputo's legal mail, the Declaration was not received by counsel until December 30, 2020.

Dated:  January 5, 2021                                            Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Carolyn D. Phillips
　　　　　　　　　　　　　　　　　　　　　　　　　CAROLYN D. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　　　BRIAN CAPUTO

1

Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 |
| *Plaintiff,* | DECLARATION OF BRIAN CAPUTO IN SUPPORT OF DEFENDANT'S MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(1)(A)(i) |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant.* | [COMPASSIONATE RELEASE] |

I, Brian Caputo, declare as follows:

1.  I am the defendant in the above-entitled matter and in this motion for Compassionate Release.

2.  On October 20, 2020, I was transferred from USP Yazoo City, Mississippi, to FCI Marianna, Florida. Since my arrival I have been living in a housing unit consisting of 64 cells and approximately 120 to 130 inmates. The unit has been in lockdown meaning that I am in my cell 23 hours a day with one hour to shower and make phone calls on Monday, Wednesday and Friday.

Declaration of Brian Caputo

1

3. A case manager for my unit, case manager Childress, tested positive and has been absent since October 28, 2020. As a result, two inmates tested positive to the virus and were removed from the unit with coronavirus symptoms. They were placed in quarantine in the Secured Housing Unit (SHU). My housing unit remains on lockdown but time for showering and telephone calls has been reduced to a ½ hour Monday, Wednesday and Friday.

4. On November 18, 2020, I was tested for the coronavirus along with all the inmates in my housing unit. The results were negative. BC

5. There are no doctor's appointments during lockdown, nor appointments with doctors outside the prison. I have had one brief visit with a doctor since my transfer. This is of grave concern to me given the serious nature of my medical conditions which requires monitoring my medications. One of the symptoms I continue to suffer is extremely painful back spasms, but I have not received the appropriate medications needed to adequately address this condition, over the counter pain relievers have not alleviated this problem. When I sneeze, it feels as if my back is going to snap in two. I have requested an MRI of my back and head, but none has been scheduled.

6. Secondly, because I have CADASIL, I am subject to strokes. The last stroke I know had was at USP Yazoo City August 16, 2020. When I reported to medical staff that I had had a stroke, I was punished. I was placed in the "lieutenant's cage" for two hours then sent back to my unit. Medical staff did not conduct an MRI to determine the extent of the stroke nor did they provide any assistance with therapies to reduce physical impairments from the stroke. As a result, I have significant reduction of strength in my left hand.

7. The last consultation I had with a neurologist was April 12, 2019 while I was incarcerated at USP Yazoo City. The consultation was initiated to determine the extent of the damage from a stroke I suffered October 29, 2018. Dr. Patrick Weldon is the Chief of Staff, Chairman of Neurology, Director of Neuro Critical Care & Neuro

Declaration of Brian Caputo

2

Rehab, Merit Central Hospital, Select Specialty Hospital & LTAC, and Member, America Academy of Neurology, Jackson, Mississippi. Dr. Weldon's summary of my visit along with his diagnosis and recommendations for treatment were attached to my motion for compassionate release filed with this court October 13, 2020. ECF 139. There was no follow-through with Dr. Weldon's recommendations for a return visit, additional medical record review, additional MRI or further consultation with Dr. Weldon, nor have I been provided Aricept, generic Donepezil, to reduce risk of cognitive impairment and risk of conversion to full dementia. Currently no one is monitoring my medications or my medical conditions.

8. As an example of lack of adequate medical care, when I had an ingrown toenail, I had to rip it out myself because I was not allowed to see a doctor.

9. Medical staff at FCI Marianna does not conduct rounds once a day. My temperature is taken every other week not daily.

10. When I arrived at FCI Marianna I was not provided a cloth mask. The only cloth mask I have received was from USP Yazoo City. FCI Marianna has paper masks.

11. Staff at FCI Marianna are inconsistent about wearing gloves and masks when in my housing unit. Orderlies do not change gloves between contact with inmates or tasks, like handling food.

12. The only "cleaning supplies" provided to me at FCI Marianna is a bar of soap which is changed out once a week. I have not been provided hand sanitizer or any type of disinfectant wipes or cleaner.

13. Release to use the showers or telephone is conducted with five cells released at a time. There is no social distancing when inmates line up to use the two telephones or one of the five functioning showers, nor are the telephones or showers sanitized between cell releases, or inmate usage. Further, the telephones are less than two feet apart. The floors in the common areas consist of thin layers of concrete over

dirt, with several exposed dirt patches. The floors in the common area are mopped once after all the cell releases have been completed.

14. From the physical condition of my cell it appears to be incomplete or in mid construction. The floors in my cell consist of a very thin layer of concrete over dirt. The concrete is so thin that I can easily reach dirt with a scratch of my fingernails. These conditions make it difficult to keep my cell clean. There is a hole in the wall between my cell and the cell next door making it impossible to ensure social distancing or privacy.

15. As a result of my degenerative and incurable conditions, Multiple Sclerosis, colpocephaly, absence of the corpus callosum and CADASIL, I experience weakness in my muscles which affects my balance, muscle spasms, severe back pain and migraines. I am afraid that while I am incarcerated, I will be infected with coronavirus which will result in a severe debilitating stroke or death. In addition, I have not received the medical attention I need in order to address these concerns, no MRI of my spine and head, and no monitoring of my symptoms to ensure that I am taking adequate medications at the correct dosages. I need a higher level of medical care to address my ongoing and worsening medical needs.

I declare that the foregoing is true and correct to the best of my knowledge. Executed at Marianna, Florida on Tuesday, November 24, 2020

*Brian Caputo*
Declarant
BRIAN CAPUTO

Declaration of Brian Caputo

4

# CERTIFICATE OF SERVICE

COURT: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

CASE: *United States v. Brian Caputo*

CASE NO: 1:14-cr-0041 DAD

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the district court's electronic filing system on January 5, 2021.

Participants in the case who are registered CM/ECF users will be served by the district court's electronic filing system.

I further certify that one of the participants in the case is not a registered ECF user. I have mailed the foregoing document by First Class Mail, postage prepaid to:

> Brian Caputo, Reg. No. 71322-097
> FCI-Marianna
> Federal Correctional Institution
> P.O. Box 7007
> Marianna, FL   32447

/s/ Carolyn D. Phillips