UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:14-cr-00041-LJO-SKO-1 |
| Plaintiff-Respondent, | |
| v. | ORDER SETTING BRIEFING SCHEDULE |
| BRIAN CAPUTO, | (Doc. Nos. 130, 136) |
| Defendant-Petitioner. | |

On May 12, 2020, Petitioner Brian Caputo filed a *pro se* "Motion to Vacate All Charges." (Doc. No. 130.) In it, petitioner asserts that he has uncovered new evidence such that certain cell phones used in his prosecution could "now be proven to not be [his]," and that "any and/or all 'evidence' and/or materials from the phones should legally be stricken," notwithstanding his guilty plea. (*Id*. at 3.) Petitioner did not state under what legal authority the motion was brought. However, given the substance of the motion, on May 13, 2020, the court advised petitioner of the consequences of recharacterizing the filing as one made under 28 U.S.C. § 2255. (Doc. No. 131.) On September 4, 2020, petitioner filed an amendment supplementing the initial motion and acknowledging that he is pursuing relief under § 2255. (Doc. No. 136.)

/////

/////

/////

1

Having preliminarily reviewed petitioner's § 2255 motion and supplement, the court finds that its decision making would be aided by the filing of a response by the United States.

Accordingly, the court ORDERS as follows:

1. The government shall file a response to petitioner's § 2255 motion by <u>March 29, 2021</u>; and

2. Petitioner shall file a reply, if any, no later than <u>May 28, 2021</u>.

IT IS SO ORDERED.

Dated:   **January 12, 2021**

UNITED STATES DISTRICT JUDGE