Carolyn D. Phillips,   #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
Facsimile:  (559) 248-9820

Attorney for Defendant BRIAN CAPUTO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 WBS/SKO |
|---|---|
| *Plaintiff*, | **REQUEST FOR EMERGENCY** ACTION ON BRIAN CAPUTO'S COMPASSIONATE RELEASE MOTION |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant*. | |

Counsel was advised this morning, that there are five infected inmates within Brian Caputo's unit at FCI-Marianna.  Given the rapidity by which the virus travels within the confines of a prison, urgent action is needed to protect Mr. Caputo's fragile health from the COVID-19 virus.  As set forth in Mr. Caputo's motion currently pending before this Court, Mr. Caputo will suffer serious and possible lethal consequences if he is exposed to the virus.

Mr. Caputo implores the Court to take immediate action on his motion under 18 U.S.C. § 3582(c)(1)(A), to reduce his sentence to time served and release him to the care of his mother under terms of supervision.

Dated:  January 13, 2021                                         Respectfully submitted,

/s/ Carolyn D. Phillips
CAROLYN D. PHILLIPS
Attorney for Defendant
BRIAN CAPUTO

1

# CERTIFICATE OF SERVICE

COURT: UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

CASE: *United States v. Brian Caputo*

CASE NO: 1:14-cr-0041 WBS/SKO

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the district court's electronic filing system on January 13, 2021.

Participants in the case who are registered CM/ECF users will be served by the district court's electronic filing system.

I further certify that one of the participants in the case is not a registered ECF user. I have mailed the foregoing document by First Class Mail, postage prepaid to:

Brian Caputo, Reg. No. 71322-097
FCI-Marianna
Federal Correctional Institution
P.O. Box 7007
Marianna, FL   32447

/s/ Carolyn D. Phillips