# EXHIBIT 11
# Individualized Reentry Plan-Program Review (redacted)



## Individualized Reentry Plan - Program Review  (File copy)
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CAPUTO, BRIAN   71322-097

SEQUENCE: 02034986
Team Date: 02-25-2020



| | |
|---|---|
| Facility: | YAP  YAZOO CITY USP |
| Name: | CAPUTO, BRIAN |
| Register No.: | 71322-097 |
| Age: | 31 |
| Date of Birth: | 05-24-1988 |
| Proj. Rel. Date: | 02-02-2027 |
| Proj. Rel. Method: | GCT REL |
| DNA Status: | LOM07966 / 12-13-2016 |
| CIMS Status: | NO |
| CIMS Reconciled: | N/A |

### Contact Information
Primary contact in case of death.
(b)(6); (b)(7)(C)

Inmate is subject to 18 U.S.C. 4042(B) Notification:  No
Inmate is subject to 18 U.S.C. 4042(C) Notification and Registration:  Yes

### Offense Sentences

| Charge | Terms In Effect |
|---|---|
| 18: | 180 MONTHS |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| NO DETAINER | |

### Current CMA Assignments

| Assignment | Description | Start |
|---|---|---|
| BIR CERT N | BIRTH CERTIFICATE - NO | 05-06-2017 |
| DEPEND N | DEPENDENTS UNDER 21 - NO | 05-06-2017 |
| PHOTO ID N | PHOTO ID - NO | 05-06-2017 |
| RPP PART | RELEASE PREP PGM PARTICIPATES | 10-30-2017 |
| SSN CARD N | SOCIAL SECURITY CARD - NO | 05-06-2017 |
| VET P/S N | PARENT/SPOUSE VETERAN - NO | 05-06-2017 |
| VETERAN N | VETERAN - NO | 05-06-2017 |
| V94 COA913 | V94 CURR OTHER ON/AFTER 91394 | 12-17-2016 |
| WA REFER | REFERRED TO CERT REVIEW PANEL | 10-12-2017 |
| WA W CONV | WALSH ACT HIST WITH CONVICTION | 12-01-2016 |

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAP | PM COOK | PM FOOD SERVICE COOK | 03-07-2020 |

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| YAP | ESL HAS | ENGLISH PROFICIENT | 12-28-2016 |
| YAP | GED EARNED | GED EARNED IN BOP | 03-20-2019 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| YAP | C | SUN SMART FOR UNIT TEAM | 07-23-2019 | 08-08-2019 |
| YAP | C | GED M-F 8-10 AM   HENDERSON | 02-11-2019 | 03-20-2019 |
| MNA M | W | GED D 1230-1400 M-F | 06-07-2018 | 10-18-2018 |
| MNA M | C | BASIC COGNATIVE SKILLS | 02-22-2018 | 06-27-2018 |
| MNA M | W | 1230 GED CLASS | 04-26-2018 | 06-07-2018 |
| MNA M | C | RPP #6 - DRUG EDUCATION | 01-29-2018 | 03-05-2018 |
| MNA M | C | RPP1-AIDS * DISEASE PREVENTION | 10-25-2017 | 10-25-2017 |

### Discipline History (Last 6 months)



**Individualized Reentry Plan - Program Review  (File copy)**
Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: CAPUTO, BRIAN   71322-097

SEQUENCE: 02034986
Team Date: 02-25-2020

| Hearing Date | Prohibited Acts |
|---|---|

*\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\**

### ARS Assignments

| Facl | Assignment | Reason | Start | Stop |
|---|---|---|---|---|
| YAP | A-DES | TRANSFER RECEIVED | 02-18-2020 | CURRENT |
| YAP | A-DES | OTHER AUTH ABSENCE RETURN | 12-03-2019 | 01-07-2020 |
| YAP | A-DES | OTHER AUTH ABSENCE RETURN | 10-17-2019 | 12-03-2019 |
| YAP | A-DES | OTHER AUTH ABSENCE RETURN | 04-12-2019 | 10-17-2019 |
| YAP | A-DES | TRANSFER RECEIVED | 01-25-2019 | 04-12-2019 |
| MNA M | A-DES | OTHER AUTH ABSENCE RETURN | 07-03-2018 | 10-11-2018 |
| MNA M | A-DES | OTHER AUTH ABSENCE RETURN | 05-04-2018 | 07-03-2018 |
| MNA M | A-DES | OTHER AUTH ABSENCE RETURN | 03-20-2018 | 05-04-2018 |
| MNA M | A-DES | OTHER AUTH ABSENCE RETURN | 01-04-2018 | 03-20-2018 |
| MNA M | A-DES | TRANSFER RECEIVED | 10-12-2017 | 01-04-2018 |
| VIM | A-DES | OTHER AUTH ABSENCE RETURN | 09-11-2017 | 09-22-2017 |
| VIM | A-DES | TRANSFER RECEIVED | 04-10-2017 | 09-11-2017 |
| LOM | A-DES | US DISTRICT COURT COMMITMENT | 12-13-2016 | 04-10-2017 |

### Current Care Assignments

| Assignment | Description | Start |
|---|---|---|
| CARE1-MH | CARE1-MENTAL HEALTH | 07-16-2019 |
| CARE2 | STABLE, CHRONIC CARE | 10-26-2017 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|---|---|---|
| LOWER BUNK | LOWER BUNK REQUIRED | 02-28-2020 |
| MED HOLD | MEDICAL HOLD - DO NOT TRANSFER | 01-26-2018 |
| NO PAPER | NO PAPER MEDICAL RECORD | 04-10-2017 |
| REG DUTY | NO MEDICAL RESTR--REGULAR DUTY | 10-26-2017 |
| SOFT SHOES | SOFT SHOES ONLY | 10-26-2017 |
| YES F/S | CLEARED FOR FOOD SERVICE | 02-26-2020 |

### Current PTP Assignments

| Assignment | Description | Start |
|---|---|---|

*NO ASSIGNMENTS*

### Current Drug Assignments

| Assignment | Description | Start |
|---|---|---|
| DAP UNQUAL | RESIDENT DRUG TRMT UNQUALIFIED | 01-10-2019 |
| ED COMP | DRUG EDUCATION COMPLETE | 03-05-2018 |
| NR WAIT | NRES DRUG TMT WAITING | 03-06-2018 |

### FRP Details

| Most Recent Payment Plan |
|---|

**FRP Assignment:**   COMPLT   FINANC RESP-COMPLETED   **Start: 09-11-2019**
**Inmate Decision:**  AGREED   $25.00   Frequency: **QUARTERLY**
**Payments past 6 months:**   $0.00   Obligation Balance: **$0.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|---|---|---|---|---|---|
| 1 | ASSMT | $100.00 | $0.00 | IMMEDIATE | COMPLETEDZ |

*\*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\**

**Payment Details**
Trust Fund Deposits - Past 6 months:   $1,357.00       Payments commensurate ?   Y
New Payment Plan:   \*\* No data \*\*

### Progress since last review



| Individualized Reentry Plan - Program Review  (File copy) | SEQUENCE: 02034986 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-25-2020 |
| Plan is for inmate: CAPUTO, BRIAN   71322-097 | |

Inmate Caputo return to FCC Yazoo City, MS from Writ on 02-18-2020. His last team was conducted on 11-13-2019. At that time the unit team made the recommendation to complete Microsoft Office. However, he transferred from this institution on 01-07-2020 was unable to complete the recommendation.

### Next Program Review Goals

The Unit Team recommend you enroll and complete Microsoft Office by August 2020

### Long Term Goals

The Unit Team recommend obtaining your birth certificate by June 2021

### RRC/HC Placement

No.
Management decision - PRD is beyond 17-19 months.

### Comments

407/408 reviewed and current.
Judicial Recommendations: Yes, RDAP-drug ed recommended to satisfy.
Institution ACAP to Los Angels, CA-jud comply.
Medical treatment for brain conditions-medical to address..



| Individualized Reentry Plan - Program Review  (File copy) | SEQUENCE: 02034986 |
|---|---|
| Dept. of Justice / Federal Bureau of Prisons | Team Date: 02-25-2020 |
| Plan is for inmate: CAPUTO, BRIAN  71322-097 | |

Name: CAPUTO, BRIAN
Register No.: 71322-097
Age: 31
Date of Birth: 05-24-1988

DNA Status: LOM07966 / 12-13-2016

_____
Inmate   (CAPUTO, BRIAN. Register No.: 71322-097)

2/25/2020
Date

(b)(6); (b)(7)(C)

2/25/20             2/28/2020
Date                Date