FD-302 (Rev. 5-8-10)

**FEDERAL BUREAU OF INVESTIGATION**

OFFICIAL RECORD
Document participants have digitally signed.
All signatures have been verified by a
certified FBI information system.

Date of entry  10/07/2013

    On October 7, 2013, Special Agent (SA) Adam L. Reynolds received an e-mail from Federal Task Force Officer (TFO) Robert Hanner. The e-mail contained report 13-166219, which was TFO Hanner's findings to date regarding captioned investigation.

    The report has been electronically attached and here to made a part of this document.

Investigation on  10/07/2013  at  El Paso, Texas, United States (Email)

File #  305C-EP-3332123                                    Date drafted  10/07/2013

by  Adam L. Reynolds

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

**CAPUTO - 008013**

# INCIDENT / INVESTIGATION REPORT

**\*\* Contains Restricted Names \*\***

| | |
|---|---|
| Agency Name | El Paso Police Department |
| ORI | TX0710200 |
| OCA | 13-166219 |
| Date / Time Reported | SA Jun 15, 2013  17:24 |

## INCIDENT DATA

| # | Crime Incident | Equiv Code | UCR | Local Statute | Activity | Att/Com | Last Known Secure / At Found |
|---|---|---|---|---|---|---|---|
| #1 | POSS W/INT TO PROMOTE CHILD PORNOGRAPHY | 37040002 | 370 | 43.26 (e) PC | Exploit | ☑ Com | SA Jun 15, 2013  17:24 |
| #2 | | | | | | ☐ Att ☐ Com | SA Jun 15, 2013  17:24 |
| #3 | | | | | | ☐ Att ☐ Com | |

Location of Incident: [redacted]  
Premise Type: Other/Unknown  
Offense Tract: CRCC

## MO

How Attacked or Committed:  
Weapon / Tools:  
Forcible Entry: ☐ Yes ☐ No ☑ N/A

## VICTIM

# Victims: | Type: Society/ Public | Injury: None | Residency Status:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| V1 | Icac - Unit | 1 | | | |

Relationship to Offenders:  
Home Address: 911 Raynor, El Paso, TX 79903  
Home Phone: (915) 680-6504  
Employer Name/Address: Eppd / 9600 DYER  
Business Phone: (915) 680-6504

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## OTHERS INVOLVED

CODES: V- Victim (Denote V2, V3)  O = Owner (if other than victim)  R = Reporting Person (if other than victim)  I = Other Involved

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| IO1 | RESTRICTED | | | | M |

Home Address: [redacted]  
Home Phone: [redacted]  
Employer Name/Address: [redacted]  
Business Phone: [redacted]

| Code | Name (Last, First, Middle) | Victim of Crime # | Age / DOB | Race | Sex |
|---|---|---|---|---|---|
| IO2 | [redacted] | | | | |

Home Address: [redacted]  
Home Phone: [redacted]  
Employer Name/Address: [redacted]  
Business Phone: [redacted]

## PROPERTY

**Status Codes**: L = Lost  S = Stolen  R = Recovered  D = Damaged  Z = Seized  B = Burned  C = Counterfeit / Forged  F = Found  U = Unknown  
(Check "OJ" column if recovered for other jurisdiction)

| Victim # | UCR | Status - Date | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | 07D | N - 6/19/2013 | $1.00 | | 1.00 | Cd Marked 13-166219 | STAPLES/CD-R | |
| | 07D | N - 6/24/2013 | | | 1.00 | Cd-R Marked 13-166219 | INNOVERA/CD-R | |
| | 77O | N - 6/24/2013 | $1.00 | | 1.00 | Cell Phone | SAMSUNG/SCH- | A10000013E1619 |
| | 77C | N - 6/24/2013 | | | 1.00 | Iphone | APPLE/A1387 | C28GP0E4DDP7 |
| | 07D | N - 8/24/2013 | | | 1.00 | Dvd Marked 237767 | STAPLES/DVD+R | |

Number of Vehicles Stolen: 0  
Number Vehicles Recovered: 0

## ID

Officer: (02910) MOORE, KENNETH J  
Officer Signature:  
Supervisor Signature: (01557) BLACK, DONALD A  
Complainant Signature:  
Case Status: Further Investigation  June 15, 2013  
Case Disposition:

Printed at: 10/7/2013  08:15 by user: 2196  
Page: 1

**CAPUTO - 008014**

## Incident / Investigation Report

El Paso Police Department

OCA: 13-166219

**Additional Officer Supplements**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Officer   (02196) HANNER, ROBERT S JR

Supplement Type: Witness Interview :   Date / Time  9/9/2013   15:51

Supplement Date: 09-09-2013
Supplement Time: 3: 50 PM

On 06-15-2013, the undersigned detective was requested to assist patrol unit 2F254. Upon meeting the patrol unit the undersigned detective learned that an unknown offender had initiated communication with a 12 year old female child, ▇▇▇▇▇▇▇▇. The offender was using Facebook Screen Name "Giavanna Derann". During the Facebook communication, the offender requested nude images of the 12 year old child or the offender was going to send nude images of one of ▇▇▇▇▇▇▇`s 11 year old friends (▇▇▇▇▇▇▇▇) to everyone. The offender threatened to kidnap both of the children if ▇▇▇▇▇▇▇▇ did not send the nude images of herself.

The patrol officers were able to locate an address for ▇▇▇▇▇▇▇▇ in the ILEADS system. 2F254 and the undersigned detective then proceeded to ▇▇▇▇▇▇▇▇. Upon arrival the undersigned detective made contact with ▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇▇▇ and explained the nature of the investigation. They advised that they were the parents of 11 year old ▇▇▇▇▇▇▇▇. They further advised that earlier in the day they had discovered that their 11 year old daughter had sent pornographic images of herself to an unknown person whom she had met on Facebook. ▇▇▇▇▇▇▇▇ further advised that this person was using the screen name " Giavanna Derann" and had actually sent his 11 year old daughter pornographic images of another underage female.

▇▇▇▇▇▇▇▇ advised that his daughter used her cell phone to communicate with the offender. Mr. ▇▇▇▇▇▇▇▇ showed to the undersigned detective a topless image of a female that appeared to be approximately 12 years of age. This image was on the child`s cell phone and was an image sent to the child by the offender. ▇▇▇▇▇▇ turned the cell phone over to the undersigned detective with written consent to search for the cell phone. The cell phone was an Apple IPhone Model A1387 and was damaged from where Mr. ▇▇▇▇▇▇▇▇ had thrown the cell phone against the wall prior to the undersigned detective`s arrival.

Mr. ▇▇▇▇▇▇▇▇ allowed the undersigned detective to interview his 11 year old daughter, ▇▇▇▇▇▇▇▇. During the interview, ▇▇▇▇ advised that she had met the offender on Facebook and did not know the offender`s real identity. She advised that the offender sent her nude pictures of a girl and told her to send nude pictures of herself. ▇▇▇▇ advised that she sent topless and fully nude images to the offender. ▇▇▇▇ advised that she sent the images to the offender`s email address Loved_one@Ymail.com using her email address on her cell phone, ▇▇▇▇▇▇▇▇. ▇▇▇▇ advised that she could only access her email address from her IPhone, because she did not know the password to access it anywhere else. She advised that the email address ▇▇▇▇▇▇▇▇ address was already on the IPhone when her father gave her the IPhone and she just took it over and began using it.
▇▇▇▇▇▇▇▇ advised that he acquired the iPhone in barter for legal work he provided to a man who owns a car lot on Alameda. Mr. ▇▇▇▇▇▇▇▇ advised that he gave the cell phone to his daughter.

2F254 and the undersigned detective then left ▇▇▇▇▇▇▇▇ and proceeded to ▇▇▇▇▇▇▇▇. Upon arrival the undersigned detective met with ▇▇▇▇▇▇▇▇, the father of 12 year old ▇▇▇▇▇▇▇▇. Mr. ▇▇▇▇ provided written consent for the undersigned detective to examine his 12 year old daughter`s cell phone. The cell phone was an LG cell phone bearing SN#303KPBFG13309. Mr.▇▇▇▇ also allowed the undersigned detective to interview his daughter, ▇▇▇▇▇▇▇▇.

Printed at: 10/7/2013  08:15 by user 2196   Page: 5

## Incident / Investigation Report

*El Paso Police Department*

OCA: *13-166219*

**Additional Officer Supplements**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Officer    *(02196) HANNER, ROBERT S JR*

▇▇▇▇▇▇ advised that the offender had contacted her on Facebook and told her she had to send nude images of herself or he was going to distribute nude images of ▇▇▇▇▇▇ to everyone on the Internet. When ▇▇▇▇▇▇ refused, the offender then threatened to kidnap her and ▇▇▇▇▇▇ if ▇▇▇▇▇▇ did not send the nude pictures. ▇▇▇▇▇▇ then notified her sister, ▇▇▇▇▇▇, who notified her parents and then the police were called.

On 06-17-2013, the undersigned detective examined the cell phone belonging to ▇▇▇▇▇▇. The cell phone was examined using the Cellebrite UFED system.

On 06-18-2013, the undersigned detective obtained Search Warrant 213061802MAG for the search of the Yahoo email account Loved-one11@ymail.com. The Search Warrant was signed by Judge B. Haggerty of the Justice of the Peace Court #2. The undersigned detective executed the search warrant by faxing the search warrant to Yahoo.

On 06-18-2013, the undersigned detective met with ▇▇▇▇▇▇ and ▇▇▇▇▇▇ (parents of ▇▇▇▇▇▇). The undersigned detective received written consent to assume control of the online accounts belonging to ▇▇▇▇▇▇.
Facebook account: ▇▇▇▇▇▇
ICloud account: ▇▇▇▇▇▇

On 06-19-2013, the undersigned detective used the Microsoft LifeCam system to document the messages/ images contained on the IPhone belonging to ▇▇▇▇▇▇. The Microsoft LifeCam is a digital camera mounted to bracket. The cell phone is secured in the bracket and digital images are taken of the display screen. The undersigned detective observed messages from loved_one11@ymail.com sent to the child`s email address ▇▇▇▇▇▇ The undersigned detective observed a email titled "6 pics Giavanna" sent to the child on 06-12-2013 and the email had six images attached which showed a female in various states of undress including a totally nude image of the female exposing her breasts and vagina. The undersigned detective also located on the Apple IPhone nude and topless images of ▇▇▇▇▇▇. All of the images appear to have been self-taken.

On 06-24-2013, the undersigned detective again met with ▇▇▇▇▇▇. Mr. ▇▇▇▇▇▇ advised that after he turned his daughter`s iPhone over to the undersigned detective he obtained another cell phone for his daughter to use. Since that time his daughter has been receiving SMS messages from cell phone number 805-410-5714. Mr. ▇▇▇▇▇▇ advised that the messages appear to be from the offender and are threatening his daughter to send more nude images. Mr. ▇▇▇▇▇▇ signed consent to search for the child`s cell phone, a Samsung cell phone model SCH-U650 bearing HEX # A10000013E1619.
The undersigned detective examined the Samsung cell phone on 06-24-2013 using the Cellebrite UFED system. The undersigned detective observed several messages to the child`s cell phone from the cell phone number 805-410-5714. These messages occurred from 06-21-2013 and 06-24-2103. The offender threatens to send out the nude images of ▇▇▇▇ if ▇▇▇▇ does not send more pornographic images of herself.

The undersigned detective received a response from Yahoo for Search Warrant 213061802MAG on 06-27-2013. Yahoo responded that they had no records for account Loved-one11@ymail.com. The undersigned detective took the return for Search Warrant 213061802MAG to Judge Haggerty of Justice of the Peace Court #2 for signing.

**CAPUTO - 008019**

## Incident / Investigation Report

*El Paso Police Department*

OCA: *13-166219*

**Additional Officer Supplements**

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

Officer   *(02196) HANNER, ROBERT S JR*

```
Investigation Continues

Detective Robert Hanner #2196
Internet Crimes Against Children Unit
```

**CAPUTO - 008023**