FD-1057 (Rev. 5-8-10)



UNCLASSIFIED

# FEDERAL BUREAU OF INVESTIGATION
### Electronic Communication

**Title:** (U) Evidence Acquired                    **Date:** 04/27/2016

**CC:** Alex Bustillos
    Lorenzo Zamora Jr
    Ralph Gonzalez

**From:** EL PASO
       EP-13
       **Contact:** Alex Bustillos, 915-832-5000

**Approved By:** A/SSA Allyn D. Harper, Jr.

**Drafted By:** Alex Bustillos

**Case ID #:** 305H-SC-4480087     (U) Brian Anthony Caputo;
                                    Production of Child Pornography;
                                    IINI

**Synopsis:** (U) Evidence Acquired from El Paso Police Department Detective Robert Hanner.

**Full Investigation Initiated:** 02/25/2014

**Enclosure(s):** Enclosed are the following items:
1. (U) FD597 and EPPD Chain of Custody

**Details:**

   On 4/26/2016, Special Agent Alex Bustillos, received evidence items pertaining to above referenced case from El Paso Police Department Detective Robert Hanner. The items received are as follows:

- One (1) iPhone black in color model:A1387 cellphone

- One (1) Samsung gray in color model: SCH-U650 cellphone

- One (1) DVD marked 237767

UNCLASSIFIED

CAPUTO - 008947

**UNCLASSIFIED**

Title: (U) Evidence Acquired
Re: 305H-SC-4480087, 04/27/2016


- One (1) CD marked 13-166219 dated 6/24/13

- One (1) CD marked 13-166219 dated 6/19/13

   The items will be entered into evidence control. The items will then be transferred to the Sacramento Division, Bakersfield Resident Agency, care of Special Agent David Hunter. A copy of an FD-597 Receipt for Property Received was given to Detective Hanner and placed in a 1A envelope for retention and retrieval purposes.

♦♦

FD-597 (Rev 8-11-94)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page ___1___ of ___1___

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF INVESTIGATION
Receipt for Property Received/Returned/Released/Seized

File # __305H-SC-4480087__

On (date) __4/26/2016 @ 12:30 pm__

item(s) listed below were:
☑ Received From
☐ Returned To
☐ Released To
☐ Seized

(Name) __EPPD TFO Robert Hanner__
(Street Address) __911 N. Raynor__
(City) __El Paso, TX__

Description of Item(s): __1 (one) iPhone Black in color Model A1387, 1 (one) Samsung Gray in color Model: SCH-U650 cellphone, 1 (one) DVD marked 237767, 1 (one) CD marked 13-166219 dated 6/24/13, 1 (one) CD marked 13-166219 dated 6/19/13__

Received By: FBI SA Alex Bustillos (Signature)
Received From: TFO Robert Hanner (Signature)

CAPUTO - 008949

| User: T1695, | El Paso Police Department | 04/26/2016 11:25 |
|---|---|---|

## Chain of Custody Signature Form

Transaction Date/Time: 04/26/2016 11:23:57      Case #: 13-166219

Transaction Reason: OUT TO INVESTIGATION

From: (C1667) BARRAZA, ANA LUISA      To: (02196) HANNER, ROBERT S

| Item List | Prop Grp # | Prop Seq # | Prop ID # | Property Description |
|---|---|---|---|---|
| 1 | 1 | 1 | 5360045 | CD MARKED 13-166219 |
| 2 | 1 | 1 | 5361883 | CD-R MARKED 13-166219 |
| 3 | 1 | 1 | 5361887 | CELL PHONE |
| 4 | 1 | 2 | 5361892 | IPHONE |
| 5 | 1 | 1 | 5386891 | DVD MARKED 237767 |

Evidence Room Officer Signature: _[signature]_      Date/Time: 04/26/2016

Officer Signature: _[signature]_      Date/Time: 4-26-16 1125

CAPUTO - 008950