

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Benjamin B. Wagner
*United States Attorney*

| | |
|---|---|
| 2500 Tulare St., Suite 4401 | Phone 559/497-4000 |
| Fresno, CA 93721 | Fax    559/497-4099 |
| | TTD   559/497-4500 |

April 18, 2016

**VIA U.S. MAIL**

Eric A. Chase
The Criminal Defense Group
5250 Lankershim Blvd., Suite 500
North Hollywood, CA 91601

Re:   ***United States v. Brian CAPUTO***
      **Case No. 1:14-CR-00041 LJO**

Dear Eric,

Enclosed please find supplemental discovery material bearing *Bates Stamp Numbers 007964 through 008944*. Please review the material and let me know immediately if any pages are missing and/or poorly copied.

A few words on how to navigate through this material.   As you are aware, this case was originally opened with the FBI in El Paso, Case number 305H-EP-3332123.   It was later opened in Bakersfield, which is part of the Sacramento Resident Agency, as Case number 305H-SC-4480087. You have been produced materials from each of these cases previously.   However, as we get closer to the trial date, we have asked the FBI to re-send us the materials from both files, as well as an index for each case file.

On this disk, you will see folders for each case, identified by the case number.   The first sub-folder within each case contains an index of the materials in the FBI's system regarding each case. For example, the index for the El Paso case appears at Bates Number 7964, in a subfolder called "BN 7964 Table of Contents."   When you open the index, you will see that it is organized by "serial number" (in the left-hand column).   That serial number is the key to the rest of the materials on the disk.   Each PDF is labeled with the serial number it is associated with.   So for example, the subfolder "BN 7965 item 7" includes serial 7 from the relevant case.   And the subfolder "BN 7970-8362" contains a number of PDFs that each contain a single serial.

It's a little confusing to describe here, but is relatively easy to navigate in practice.   Please call me if you have any questions about how this works.

As you are also aware, the FBI seized your client's phone, a computer in his residence, and other electronic items, including cellular phones of the alleged victims, in the course of the case. These materials are being held in the Sacramento FBI office and are available for your review.   If you wish to review them but would like to discuss alternate locations, please let us know.

By accepting and retaining this discovery, you agree that these materials will be used only by you and your staff and that you will not copy or use these materials for purposes other than for the preparation of the defendant in this case.

Pursuant to Criminal Rule 440 of the Local Rules of U.S. District Court for the Eastern District of California, the United States further requests that any discovery by the defendant be provided to the government within twenty (20) days of this letter.

Sincerely yours,

BENJAMIN B. WAGNER
United States Attorney

By      */s/ Michael G. Tierney*
MICHAEL G. TIERNEY
Assistant U.S. Attorney

MGT:sks
enclosed