

**U.S. DEPARTMENT OF JUSTICE**

*United States Attorney*
*Eastern District of California*

Benjamin B. Wagner
*United States Attorney*

2500 Tulare St., Suite 4401    Phone 559/497-4000
Fresno, CA 93721                       Fax     559/497-4099
                                                      TTD    559/497-4500

May 4, 2016

**VIA U.S. MAIL**

Eric A. Chase
2600 W Olive Ave.
Fifth Floor
Burbank, CA   91505

Re:   <u>United States v. Brian CAPUTO</u>
       <u>Case No. 1:14-CR-00041 LJO</u>

Dear Eric,

    To date you have received discovery in the above-captioned matter bates stamped 1-8944. Several reports produced in discovery discuss other items of evidence that we are making available for your review with FBI and/or here at the U.S. Attorney's office in Fresno. The items contain child pornography making production of such items unlawful.

    We previously discussed these items during our phone call on April 27, 2016, and mentioned in our discovery letter of April 18, 2016.   However, those previous communications did not include a detailed list of which items were available.   Accordingly, below is a list of the items containing child pornography being made available for your review:

(1) Defendant's Samsung phone seized the day of the search;

(2) Screenshots and an FTK report containing the extraction of evidence from Defendant's phone;

(3) Search warrant return on the loved_one11@ymail.com email account;

(4) Search warrant return on the drop box accounts loved_one11@ymail.com and peaceluv2312@gmail.com;

(5) Samsung Galaxy phone obtained from minor victim ▮▮▮▮▮▮" and an associated Cellebrite report;

(6) A "My Touch" phone obtained from minor victim "▆▆▆▆▆." The phone is damaged and FBI was unable to extract data from the phone;

(7) A Samsung phone obtained from minor victim " SH " and an associated Cellebrite report;

(8) An iPhone obtained from minor victim " SH ." The iPhone was damaged at the time of FBI's seizure. FBI will attempt to extract data from the iPhone with updated Cellebrite programs and we will make that available for your review if such extraction is successful. A Microsoft Life Cam video was taken of the iPhone by TFO Robert Hanner. That video captured some of the contents on the phone while the phone was on.

(9) Facebook search warrant returns containing the full images of child pornography.

FBI SA Erick Bach took handwritten notes during the interview of Defendant the day of the residential search warrant. A 302 produced in discovery documents the contents of the interview. Although the handwritten notes were made part of the FBI case file, to date, FBI is unable to locate a copy of the handwritten notes. We will produce those if they are found.

Enclosed with this letter you will find two disks containing additional discovery. One of these disks (Bates Number 8945) contains material from the phone of minor victim " EA ." The other contains the most recent FBI serials (numbers 75-79, Bates numbers 8946-8969). The second disk also contains a supplemental report by TFO Hanner (Bates number 8970) documenting actions he took both in 2013 and recently. Please note that TFO Hanner states that he took handwritten notes during certain interviews in 2013 with minor victims " SH " and " EA " and that these notes were later destroyed. TFO Hanner also notes that the LifeCam video of victim " SH 's'" phone was destroyed after TFO Hanner transferred to another unit in June 2014.

By accepting and retaining the discovery produced throughout this case, you agree that these materials will be used only by you and your staff and that you will not copy or use these materials for purposes other than for the preparation of the defendant in this case.

Pursuant to Criminal Rule 440 of the Local Rules of U.S. District Court for the Eastern District of California, the United States further requests that any discovery by the defendant be provided to the government within twenty (20) days of this letter.

    Sincerely yours,

    BENJAMIN B. WAGNER
    United States Attorney

By    */s/ Michael G. Tierney*
    MICHAEL G. TIERNEY
    Assistant U.S. Attorney

MGT:sks
enclosed