Brian CAPUTO

1:14-CR-00041 LJO

(Password: cr-0-2-8-1)

| Legal Asst. | Bates Nos. | Description | Date Produced | Recipient(s) (Deft/Attny) |
|---|---|---|---|---|
| SS | 1-424 | 1 CD | 03/26/14 | Chavez |
| SS | 425-460 | Hard copies | 05/19/14 | Chavez, given in court by DLG |
| SS | 461-768 | 1 CD | 07/29/14 | Chavez |
| SS | 769-799 | Hard copies | 08/18/14 | Chavez |
| SS | 800-801 | Hard copies | 12/08/14 | Chavez (given in court by DLG) |
| SS | 802-834 | 1 CD, Facebook and Yahoo warrants | 02/04/15 | Chavez |
| SS | 835-7963 | 1 CD | 02/26/15 | Chavez |
| SS | 7964-8944 | 1 CD: FBI/El Paso and Bakersfield documents | 04/18/16 | Chase (new attorney) |
| SS | 8945 | (1 CD with one Bates number) El Paso Cell Phone, from phone of minor victim Elizabeth. | 05/04/16 | Chase/US Mail |
| SS | 8946-8970 | FBI serials 75-79 and TFO Hanner notes. | 05/04/16 | Chase/US Mail |

**FILE FORMATS for ELECTRONIC FILES (circle all that apply):**

(PDF)   (WPD)   (PST)   (DOC, RTF) (XLS, XLSX, CSV) (PPT, PPTX) (LFP, DAT, DII)

(WAV, WMV, MP3, MP4, VOB)   (TIFF, JPG, BMP, GIF)   (TXT) (CM8) (TMV) (HTM, HTML)

(OTHER _____)