FD-302 (Rev. 5-8-10)

- 1 of 2 -



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry    03/05/2014

A Federal Search Warrant authorized and issued by the United States District Court, Eastern District of California on 2/27/2014 was executed at 1311 Haven Dr, APT 8, Arvin, California, at approximately 6:30a.m. on 2/28/2014. The purpose of the search warrant was to locate evidence of child pornographic crimes still under investigation.  The search team included the following participants of the FEDERAL BUREAU OF INVESTIGATION (FBI):

FBI Special Agents: ERICK T. BACH, ERIC BAILEY, JEFFREY R. JONES, LEIF SIRMAN, DESMOND JENNINGS, BRIAN MYERS and MELISSAA NOVAK.

FBI SOS: TRACY SCHEIBLE.

Also present at the premises during the search was a marked unit from the Arvin Police Department.

The two residents present at the time the search began were Patricia Caputo and Isabella Caputo.  Brain Caputo was at his place of employment and it was requested that he return home to the search location.  Brian Caputo voluntarily returned to his residence for the duration of the search.

Items of evidence seized were marked with the individual who found the item, the description of the item and the location the item was found. This information was also recorded on an Evidence Recovery Log.

Digital images were taken at the premises before, during and after the search and were later downloaded to a CD.

Receipt for Property forms were completed and reviewed with Patricia Caputo. A signed copy of the receipts and a copy of the search warrant and attachments were provided to Patricia Caputo.

The search was concluded and scene released at approximately 9:30 AM.

The FD-597, Evidence Recovery Log, sketch of the premises, CD containing photographs taken at the premises and Photographic Log, were placed in a 1A envelope and made part of the case file.

---

Investigation on  02/28/2014  at  Arvin, California, United States (In Person)

File #  305H-SC-4480087                                           Date drafted  03/03/2014

by  JONES JEFFREY RYAN

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CAPUTO - 008869

FD-302a (Rev. 05-08-10)

305H-SC-4480087

Continuation of FD-302 of  SEARCH OF 1311 Haven Dr, APT 8, Arvin, CA   , On   02/28/2014  , Page   2 of 2


      A CD back-up of the original and CD working copy of the photographs taken at the scene were placed in a separate 1A envelope and made part of the case file.

**CAPUTO - 008870**