FD-1087 (Rev. 5-8-10)

UNCLASSIFIED



# FEDERAL BUREAU OF INVESTIGATION
### Evidence Log

**Event Title:** (U) Search warrant executed at 1311 Haven dr, APt 8, Arvin, CA  
**Date:** 03/05/2014

**Approved By:** SSRA MORENO JOSE N

**Drafted By:** JONES JEFFREY RYAN

**Case ID #:** 305H-SC-4480087   (U) Brian Anthony Caputo; Production of Child Pornography; IINI

**Full Investigation Initiated:** 02/25/2014

**Collected By:** JONES JEFFREY RYAN on 02/28/2014

**Collected From:** (U) Patricia Caputo  
1311 Haven Dr  
APT 8  
Arvin, California 93203

**Receipt Given?:** Yes

**Holding Office:** SACRAMENTO

**Details:**

On 2/28/2014, a search warrant was conducted at 1311 Haven Drive, APT 8, Arvin, California 93203. The items seized during the search warrant were entered as evidence. The search warrant was further documented under a separate serial for the case.

| Item Type | Description |
| --- | --- |

UNCLASSIFIED

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

CAPUTO - 008871

**UNCLASSIFIED**

Title:  (U) Search warrant executed at 1311 Haven dr, APt 8, Arvin, CA
Re:  305H-SC-4480087, 03/05/2014

| | |
|---|---|
| 1B CART | (U) Black Samsung phone with battery<br>Collected On:  02/28/2014<br>Receipt Number:  1<br>Located By:  JONES JEFFREY RYAN<br>Location Area:  On Person<br>Specific Location:  Brian caputo<br>Device Type:  Other<br>Number of Devices Collected:  1 |
| 1B CART | (U) Black yiboyuan battery charger with samsung battery<br>Collected On:  02/28/2014<br>Receipt Number:  2<br>Located By:  JONES JEFFREY RYAN<br>Location Area:  Room G<br>Specific Location:  Plugged into outlet<br>Device Type:  Other<br>Number of Devices Collected:  1 |
| 1B CART | (U) Sony Cybershot camera, serial #71032 with sony lanyard and sony 256mb memory stick pro duo<br>Collected On:  02/28/2014<br>Receipt Number:  3<br>Located By:  JONES JEFFREY RYAN<br>Location Area:  Room G<br>Specific Location:  On speaker<br>Device Type:  Other<br>Number of Devices Collected:  1 |
| 1B CART | (U) HP Pavilion P6000 series computer, serial #mxx1290n4k with power cord<br>Collected On:  02/28/2014<br>Receipt Number:  4<br>Located By:  JONES JEFFREY RYAN<br>Location Area:  Room F<br>Specific Location:  under desk<br>Device Type:  Desktop Computer<br>Number of Devices Collected:  1 |

**CAPUTO - 008872**

**UNCLASSIFIED**

Title: (U) Search warrant executed at 1311 Haven dr, APt 8, Arvin, CA
Re:   305H-SC-4480087, 03/05/2014


| | |
|---|---|
| 1B CART | (U) Belkin n450 db wireless N router, serial #20318GE5207243<br>Collected On: 02/28/2014<br>Receipt Number: 5<br>Located By: JONES JEFFREY RYAN<br>Location Area: Room F<br>Specific Location: Under desk<br>Device Type: Other<br>Number of Devices Collected: 1 |
| 1B CART | (U) Webstar modem, serial # 206406758<br>Collected On: 02/28/2014<br>Receipt Number: 6<br>Located By: JONES JEFFREY RYAN<br>Location Area: Room F<br>Specific Location: Under desk<br>Device Type: Other<br>Number of Devices Collected: 1 |

♦♦