# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 1:14-cr-00041 JLT SKO |
|---|---|
| Plaintiff, | ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S NOTICE OF REQUEST TO SEAL |
| v. | |
| BRIAN CAPUTO, | |
| Defendant. | (Doc. 177) |

    Before the Court is Defendant Brian Caputo's Notice of Request to Seal Exhibits 1-A, 1-C, 1-E, 3, 4, 5, 6, 9, 10, 12, and 13 in connection with his motion for sentence reduction. (Doc. 177.)

    The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990), and finds that, for the reasons stated in Defendant's Request, sealing the Request and Exhibits 1-A, 1-C, 1-E, 3, 4, 5, 6, and 13 serves a compelling interest; that in the absence of closure, the compelling interests identified in the Request would be harmed; and that there are no additional alternatives to sealing Defendant's Request and Exhibits 1-A, 1-C, 1-E, 3, 4, 5, 6, and 13 that would adequately protect the compelling interests identified.

    Pursuant to Local Rule 141(b) and based upon the representations contained in the Request to Seal, IT IS HEREBY ORDERED that Exhibits 1-A, 1-C, 1-E, 3, 4, 5, 6, and 13 to Defendant's motion for sentence reduction and Defendant's Request to Seal shall be SEALED until further order of the

1

Court. It is further ordered that electronic access to the sealed documents shall be limited to the United States and counsel for Defendant.

In accordance with Local Rule 141, defense counsel shall submit for sealed docketing only the portions of Defendant's exhibits subject to seal as described herein.

Turning to the remaining exhibits, Defendant's Request is DENIED WITHOUT PREJUDICE. As to Exhibit 9, the Court is unable to identify an obvious basis for the assertion that it contains sensitive or confidential information for which there is authority supporting a sealing order. As to Exhibits 10 and 12, the only pages appearing to contain sensitive or confidential information are pages 268 and 272 of the document. If desired, Defendant may re-file a request to seal unredacted versions of Exhibits 10 and 12 that proposes appropriate redactions to publicly-filed versions of those documents. *See* Local Rules 140, 141.

IT IS SO ORDERED.

Dated:   **April 9, 2025**

UNITED STATES DISTRICT JUDGE