MICHELE BECKWITH
Acting United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00041-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE; [~~PROPOSED~~] ORDER |
| v. | |
| BRIAN CAPUTO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. On March 17, 2025, the Defendant filed a renewed motion for compassionate release. Docket No. 175. The Government's response is due Friday May 16, 2025. Docket No. 176.

2. Counsel for the Government requests additional time to review documents received from BOP on May 13, 2025 and draft a proper response to the Defendant's motion. The Defendant does not oppose the Government's request. The Government is seeking a continuance of one court day- to Monday May 19, 2025.

3. Accordingly, by this stipulation, the parties jointly request that the Court reset the briefing schedule on the Defendant's motion for compassionate release as follows:

   a) The Government's response to the Defendant's motion for compassionate release

STIPULATION RE BRIEFING SCHEDULE                      1

is to be filed on or before May 19, 2025;

    b)    The Defendant's reply to the Government's response to be filed on or before June 18, 2025.

    c)    The parties jointly request an expedited hearing on the motion.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: May 15, 2025 | MICHELE BECKWITH<br>Acting United States Attorney |
| | /s/ *Michael G. Tierney*<br>MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| Dated: May 15, 2025 | */s/ Carolyn Phillips*<br>CAROLYN PHILLIPS<br>Attorney for Defendant<br>Brian Caputo |

### [~~PROPOSED~~] ORDER

Based upon the stipulation and representations of the parties, the Court adopts the following as a revised briefing schedule regarding the Defendant's motion for compassionate release:

    a)    The Government's response to the Defendant's motion, (Docket No. 175), is now due on or before May 19, 2025.

    b)    The Defendant's reply to the Government's response, if any, is due on or before June 18, 2025.

    c)    Should the Court determine a hearing is necessary, it will set one expeditiously.

IT IS SO ORDERED.

Dated: **May 16, 2025**

*[signature]*
UNITED STATES DISTRICT JUDGE