Carolyn D. Phillips, #103045
Attorney at Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant BRIAN CAPUTO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:14-cr-41 |
| *Plaintiff*, | [~~Proposed~~] ORDER EXTENDING TIME TO FILE NOTICE OF APPEAL |
| v. | |
| BRIAN CAPUTO, | |
| *Defendant*. | |

GOOD CAUSE HAVING BEEN SHOWN, the time to file the Notice of Appeal of this Court's Order Denying Defendant's Renewed Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(1)(A), is extended to September 19, 2025.

IT IS SO ORDERED.

Dated:  **September 19, 2025**

*[signature: Jennifer L. Thurston]*
UNITED STATES DISTRICT JUDGE